**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | Alex<br>First name | First name |
| | | B.<br>Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | Rosenberg<br>Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | AKA Alex Benjamin Rosenberg | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0671 | |

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 1 of 165

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | EIN | EIN |

**5.    Where you live**

541 Papac Way
San Jose, CA 95117
Number, Street, City, State & ZIP Code

Santa Clara
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

Number, Street, City, State & ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.**   Note that the court will send any notices to this mailing address.

Number, P.O. Box, Street, City, State & ZIP Code

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☒   Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐   I have another reason.
Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐   Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐   I have another reason.
Explain. (See 28 U.S.C. § 1408.)

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
☒ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8.** **How you will pay the fee**

☒ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9.** **Have you filed for bankruptcy within the last 8 years?**

☒ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☒ No
☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11.** **Do you rent your residence?**

☒ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

☐   No. Go to line 12.

☐   Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 3 of 165

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No.  Go to Part 4.

☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☒ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☒ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____

_____
Number, Street, City, State & Zip Code

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 4 of 165

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

**15.** **Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.   If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

## Part 6:   Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☒ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☒ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☒ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐   $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50   million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐   $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Alex B. Rosenberg
_____      _____
Alex B. Rosenberg                                          Signature of Debtor 2
Signature of Debtor 1

Executed on   June 27, 2025                    Executed on   _____
                     MM / DD / YYYY                                              MM / DD / YYYY

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 6 of 165

| Debtor 1 | Alex B. Rosenberg | Case number *(if known)* | |
|---|---|---|---|

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.   I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| /s/ Lars Fuller | | Date | June 27, 2025 |
|---|---|---|---|
| Signature of Attorney for Debtor | | | MM / DD / YYYY |

Lars Fuller
Printed name

The Fuller Law Firm PC
Firm name

60 N Keeble Avenue
San Jose, CA 95126
Number, Street, City, State & ZIP Code

| Contact phone | (408) 295-5595 | Email address | admin@fullerlawfirm.net |
|---|---|---|---|

141270 CA
Bar number & State

Official Form 101     **Voluntary Petition for Individuals Filing for Bankruptcy**      page 7

**Fill in this information to identify your case:**

Debtor 1     Alex B. Rosenberg
           First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)     First Name            Middle Name            Last Name

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest.    Do Not Include Claims by Insiders.

| | | **Unsecured claim** |
|---|---|---|

**1** | Affirm, Inc.
650 California St., Floor 12
San Francisco, CA 94108

**What is the nature of the claim?**    Credit card purchases    $1,349.14

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
       Unsecured claim

_____ Contact
_____ Contact phone

**2** | Bank of America
FL1-300-03-15
  PO Box 25118
Tampa, FL 33622

**What is the nature of the claim?**    Guar of Bus line of credit    $155,563.81

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**
☒ No
☐ Yes. Total claim (secured and unsecured)
       Value of security:    -
       Unsecured claim

_____ Contact
_____ Contact phone

B104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 1

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| 3 | | | | |
|---|---|---|---|---|

**Bank of America**
P.O. Box 17237
Wilmington, DE 19886

**What is the nature of the claim?**  guar of Corp Ford Van in Corporate name    $25,187.25

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                    - _____
  - Unsecured claim                         _____

---

| 4 | | | | |
|---|---|---|---|---|

**Bank of America, N.A.**
PO Box 15102
Wilmington, DE 19886-5102

**What is the nature of the claim?** _____    $193,373.41

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                    - _____
  - Unsecured claim                         _____

---

| 5 | | | | |
|---|---|---|---|---|

**Cali Energy, Inc.**
co ABX Law PC
8620 Oakdale Ave.
Winnetka, CA 91306

**What is the nature of the claim?**  breach of contract by Sunternal; Debtor not guar; seek to pierce veil    $103,994.00

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

_____

Contact _____

Contact phone _____

**Does the creditor have a lien on your property?**
- ☒ No
- ☐ Yes. Total claim (secured and unsecured)
  - Value of security:                    - _____
  - Unsecured claim                         _____

---

| 6 | | | | |
|---|---|---|---|---|

**JC Morgan Chase**
P.P. Box 15298
Wilmington, DE 19850

**What is the nature of the claim?**  Credit card purchases NFS CC    $1,279.78

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

_____

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 9 of 165

Debtor 1    Alex B. Rosenberg      Case number (if known) _____

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim    _____

---

**7**    Samson Funding
1545 Route 202, Suite 201
Pomona, NY 10970

**What is the nature of the claim?**    breach of contract    $1,063,938.54

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim    _____

---

**8**    Tokio Marine
801 South Figueroa St., Ste. 700
Los Angeles, CA 90017

**What is the nature of the claim?**    Guarantee of Sunternal contractor's bond    $4,500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

**Does the creditor have a lien on your property?**

Contact _____

Contact phone _____

☒ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:    - _____
     Unsecured claim    _____

---

**Part 2:**   **Sign Below**

**Under penalty of perjury, I declare that the information provided in this form is true and correct.**

X    /s/ Alex B. Rosenberg _____
Alex B. Rosenberg
Signature of Debtor 1

X    _____
Signature of Debtor 2

Date    June 27, 2025 _____

Date    _____

B 104 (Official Form 104)      For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims      Page 3

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 10 of 165

**Fill in this information to identify your case:**

Debtor 1    Alex B. Rosenberg
          First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

**Part 1:   Summarize Your Assets**

|  | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B................................................. | $ 2,045,000.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $ 462,207.00 |
| | 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $ 2,507,207.00 |

**Part 2:   Summarize Your Liabilities**

|  | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ 1,419,288.23 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $ 0.00 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $ 1,549,185.93 |
| | **Your total liabilities** | $ 2,968,474.16 |

**Part 3:   Summarize Your Income and Expenses**

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*............................................... | $ 12,216.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*.......................................... | $ 11,515.98 |

**Part 4:   Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☒ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☒ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 11 of 165

Debtor 1   Alex B. Rosenberg             Case number *(if known)* _____

8. **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ |
| 9d. Student loans. (Copy line 6f.) | $ _____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ |

9g. **Total.** Add lines 9a through 9f.

$ _____

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 12 of 165

**Fill in this information to identify your case and this filing:**

Debtor 1    Alex B. Rosenberg
_____
First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) _____
First Name     Middle Name     Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number _____

☐ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once.   If an asset fits in more than one category, list the asset in the category where you think it fits best.   Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.   **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☒ Yes.   Where is the property?

1.1

541 Papac Way
_____
Street address, if available, or other description

San Jose     CA     95117
_____
City     State     ZIP Code

Santa Clara
_____
County

**What is the property?** Check all that apply
☒ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

Estimated value per Realtor.com

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?   $2,045,000.00

Current value of the portion you own?   $2,045,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
Fee Simple

2.   **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**...........................................................=>

$2,045,000.00

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 13 of 165

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☒ Yes

| 3.1 | Make: | Audi | Who has an interest in the property? Check one | | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|---|

3.1  Make:   Audi

Model:   Q8

Year:   2019

Approximate mileage:   50000

Other information:

> Estimated value per nada.com

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$29,917.00        $29,917.00

3.2  Make:   Honda

Model:   CRV

Year:   2014

Approximate mileage:   80000

Other information:

> Estimated value per nada.com

**Who has an interest in the property?** Check one

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**    **Current value of the portion you own?**

$11,735.00        $11,735.00

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
    *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☒ No
☐ Yes

5   **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=>**

| $41,652.00 |
|---|

**Part 3:   Describe Your Personal and   Household Items**

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6.  **Household goods and furnishings**
    *Examples:* Major appliances, furniture, linens, china, kitchenware
    ☐ No
    ☒ Yes.   Describe.....

| Furniture | $2,500.00 |
|---|---|
| Linens, sheets and towels | $100.00 |
| Mattress and box spring | $200.00 |
| Small kitchen appliances | $500.00 |

7.  **Electronics**
    *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
    ☐ No
    ☒ Yes.   Describe.....

| Personal computer | $300.00 |
|---|---|
| Refrigerator | $300.00 |
| TV's, stereos, mobile phone and other electronics | $400.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Washer and dryer | $600.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☒ No
   ☐ Yes.   Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☒ No
   ☐ Yes.   Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ☒ No
    ☐ Yes.   Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ☒ Yes.   Describe.....

| Clothing and Wearing Apparel | $400.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ☒ Yes.   Describe.....

| Wedding rings and Misc jewelry | $1,500.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☒ No
    ☐ Yes.   Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ☒ No
    ☐ Yes.   Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..........................................................................

| $6,800.00 |

| **Part 4:** | **Describe Your Financial Assets** |

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ☒ Yes..................................................................................................

| Cash on hand | $50.00 |

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ☒ Yes.....................      Institution name:

| 17.1. | Checking | CP int in W's Bank of America Acct 1409 | $3,145.42 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 17.2. | Savings | CP int in W's BofA Acct No. 8414 | $246.97 |
| 17.3. | Checking-overdrawn $16.19 | Bank of America***7167 | $0.00 |
| 17.4. | Checking Acct 1997 | Chase-Husband | $7.31 |
| 17.5. | Checking *4668 | CP interest in Bank of America Wife's acct | $986.20 |
| 17.6. | Checking Acct overdrawn $3.61 | Bank of America***2105 joint acct | $0.00 |
| 17.7. | Money Market Savings Acct *0980 | Star One Credit Union-Husband | $581.62 |
| 17.8. | Savings Acct 1199 | CP int in Bank of America (Wife's account) | $763.40 |
| 17.9. | Savings Acct 1770-1 | CP interest in Star One Credit Union- Wife's account | $81.21 |
| 17.10. | Checking | CP interest in Star One Credit Union - Wife's checking Acct 1770-2 | $361.97 |
| 17.11. | Checking Acct 9820 | CP Interest in Chase Acct -Wife | $5,476.44 |

**18.    Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
   ☐ No
   ☒ Yes..................

| | | |
|---|---|---|
| | Institution or issuer name: Wife's Etrade acct | $0.19 |

**19.    Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
   ☐ No
   ☒ Yes.    Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Sunternal Construction, Inc. (100% Owned by Sunternal, Inc.) (liabilities greater than assets). Entity will be dissolved within 2 months | 0 | % | $0.00 |
| Debtor's capital account in Orange Grove ADU, LLC plus adding of depreciation plus adjustment to FMV of real property is $178,002.03 (Debtor's interest). Arguably value less because Debtor has not management or control over liquidation of asset | 50% | % | $178,002.03 |
| Equity Interest in Sunternal, Inc. Liabilities exceed assets. Entity will dissolve within 2 months | 68 | % | $0.00 |

| | | | |
|---|---|---|---|
| | Debtor's equity in Sandia Sun, LLC (Liabilities exceed assets) Entity will dissolved within 2 months | 100% owned by Sunternal, Inc. | % | $0.00 |
| | Debtor's equity interest in Tidewater Sun, LLC. Liabilities exceed assets. Entity will dissolve within 2 months | 100 | % | $0.00 |
| | Debtor's equity interest in Flyrock, LLC (Liabilities Exceed assets; not presently profitable; Debtor never took salary; No present market value or liquidity; however, debtor expects modest salary in near future of 2K-5K per month) | 100 | % | $20,000.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
☒ No
☐ Yes. Give specific information about them
　　　　Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
☐ No
☒ Yes. List each account separately.

| | Type of account: | Institution name: | |
|---|---|---|---|
| | 401(k) | Community Property Interest in Fidelity 401K-Wife | $132,489.00 |
| | | Community Property Interest in Instacart Fidelity Retirement Savings-Wife | $71,563.24 |

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
☒ No
☐ Yes. ....................　　　　　Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
☒ No
☐ Yes............　　Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☒ No
☐ Yes............　　Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
☒ No
☐ Yes.　Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☒ No
☐ Yes.　Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☒ No
☐ Yes.　Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
☒ No
☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

_____

29. **Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☒ No
☐ Yes. Give specific information......

30. **Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,    workers' compensation, Social Security
benefits; unpaid loans you made to someone else
☒ No
☐ Yes.    Give specific information..

31. **Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
☒ No
☐ Yes. Name the insurance company of each policy and list its value.
    Company name:                              Beneficiary:                        Surrender or refund
                                                                                   value:

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because
someone has died.
☒ No
☐ Yes.    Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue
☒ No
☐ Yes.    Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
☒ No
☐ Yes.    Describe each claim.........

35. **Any financial assets you did not already list**
☒ No
☐ Yes.    Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
for Part 4. Write that number here**.................................................................................................................

| $413,755.00 |

**Part 5:**   Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
☐ No. Go to Part 6.
☒ Yes.    Go to line 38.

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

38. **Accounts receivable or commissions you already earned**
☐ No
☒ Yes.    Describe.....

| Bank of America Acct 2883 | $0.00 |

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices
☒ No
☐ Yes.    Describe.....

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**40.   Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**
☒ No
☐ Yes.   Describe.....

**41.   Inventory**
☒ No
☐ Yes.   Describe.....

**42.   Interests in partnerships or joint ventures**
☒ No
☐ Yes.   Give specific information about them...................
          Name of entity:                                    % of ownership:

**43.   Customer lists, mailing lists, or other compilations**
☒ No.
☐ **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

          ☒ No
          ☐ Yes.   Describe.....

**44.   Any business-related property you did not already list**
☒ No
☐ Yes. Give specific information.........

**45.**   Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
          for Part 5. Write that number here.................................................................................................

| | $0.00 |

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46.   Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☒ No. Go to Part 7.
☐ Yes.   Go to line 47.

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53.   Do you have other property of any kind you did not already list?**
     *Examples:* Season tickets, country club membership
☒ No
☐ Yes. Give specific information.........

**54.**   Add the dollar value of all of your entries from Part 7. Write that number here   ...................................

| | $0.00 |

| Part 8: | **List the Totals of Each Part of this Form** |
|---|---|

| | | |
|---|---|---|
| **55.   Part 1: Total real estate, line 2** ........................................................................................ | | $2,045,000.00 |
| **56.   Part 2: Total vehicles, line 5** | $41,652.00 | |
| **57.   Part 3: Total personal and household items, line 15** | $6,800.00 | |
| **58.   Part 4: Total financial assets, line 36** | $413,755.00 | |
| **59.   Part 5: Total business-related property, line 45** | $0.00 | |
| **60.   Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| **61.   Part 7: Total other property not listed, line 54** | + $0.00 | |
| **62.   Total personal property.** Add lines 56 through 61... | $462,207.00 | Copy personal property total |  $462,207.00 |
| **63.   Total of all property on Schedule A/B.** Add line 55 + line 62 | | $2,507,207.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor 1 | Alex B. Rosenberg | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☒ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | | Specific laws that allow exemption |
|---|---|---|---|---|
| 541 Papac Way, San Jose, CA 95117 Santa Clara County Estimated value per Realtor.com<br>Line from *Schedule A/B*: 1.1 | $2,045,000.00 | ☒ | $722,502.00 | C.C.P. § 704.730 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| 2014 Honda CRV 80000 miles Estimated value per nada.com<br>Line from *Schedule A/B*: 3.2 | $11,735.00 | ☒ | $8,625.00 | C.C.P. § 704.010 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Furniture<br>Line from *Schedule A/B*: 6.1 | $2,500.00 | ☒ | $2,500.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Linens, sheets and towels<br>Line from *Schedule A/B*: 6.2 | $100.00 | ☒ | $100.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |
| Mattress and box spring<br>Line from *Schedule A/B*: 6.3 | $200.00 | ☒ | $200.00 | C.C.P. § 704.020 |
| | | ☐ | 100% of fair market value, up to any applicable statutory limit | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Small kitchen appliances<br>Line from *Schedule A/B*: 6.4 | $500.00 | ☒ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Personal computer<br>Line from *Schedule A/B*: 7.1 | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Refrigerator<br>Line from *Schedule A/B*: 7.2 | $300.00 | ☒ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| TV's, stereos, mobile phone and other electronics<br>Line from *Schedule A/B*: 7.3 | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Washer and dryer<br>Line from *Schedule A/B*: 7.4 | $600.00 | ☒ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Clothing and Wearing Apparel<br>Line from *Schedule A/B*: 11.1 | $400.00 | ☒ $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.020 |
| Wedding rings and Misc jewelry<br>Line from *Schedule A/B*: 12.1 | $1,500.00 | ☒ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.040 |
| CP int in W's Bank of America Acct 1409<br>Line from *Schedule A/B*: 17.1 | $3,145.42 | ☒ $3,145.42<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.070 |
| Community Property Interest in Fidelity 401K-Wife<br>Line from *Schedule A/B*: 21.1 | $132,489.00 | ☒ $132,489.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |
| Community Property Interest in Instacart Fidelity Retirement Savings-Wife<br>Line from *Schedule A/B*: 21.2 | $71,563.24 | ☒ $71,563.24<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.115(a)(1) & (2), (b) |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☐ No

☒ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

     ☒ No

     ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 21 of 165

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Alex B. Rosenberg |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

**1. Do any creditors have claims secured by your property?**

     ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

     ☒ Yes. Fill in all of the information below.

**Part 1:**    **List All Secured Claims**

| 2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| | | | |
|---|---|---|---|
| **2.1** Beacon Sales Acquisition, Inc. | **Describe the property that secures the claim:** | $33,977.07 | $251,354.76 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

2019 Audi Q8 50000 miles Estimated value per nada.com; 2014 Honda CRV 80000 miles Estimated value per nada.com; Cash on hand; CP int in W's Bank of America Acct 1409; CP int in W's BofA Acct No. 8414; Chase-Husband; CP interest in Bank of AmericaWife's acct; Star One Credit Union-Husband; CP int in Bank of America (Wife's account); CP interest in Star One Credit Union- Wife's account; CP interest in Star One Credit Union - Wife's checking Acct 1770-2; CP Interest in Chase Acct -Wife; Wife's Etrade acct; Sunternal Construction, Inc. (100% Owned by Sunternal, Inc.) (liabilities greater than assets). Entity will be dissolved within 2 months; Debtor's capital account in Orange Grove ADU, LLC plus adding of depreciation plus adjustment to FMV of real property is $178,002.03 (Debtor's interest). Arguably value less because Debtor has not management or control over liquidation of asset; Equity Interest in Sunternal, Inc.Liabilities exceed assets. Entity will dissolve within 2 months; Debtor's equity in Sandia Sun, LLC(Liabilities exceed assets) Entity will dissolved within 2 months; Debtor's equity interest in Tidewater Sun, LLC. Liabilities exceed assets. Entity will dissolve within 2 months; Debtor's equity interest in Flyrock, LLC(Liabilities Exceed assets; not presently profitable; Debtor never took salary; No present market value or liquidity; however, debtor expects modest salary in near future of 2K-5K per month); Bank of America Acct 2883

co Steven Booska, Esq.
P.O. Box 2169
Oakland, CA 94621

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☒ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☒ Other (including a right to offset)    Service of OEX created lien

Date debt was incurred   2-17-2021      Last 4 digits of account number _____

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 23 of 165

| 2.2 | Chase | | | | $904,630.92 | $2,045,000.00 | $0.00 |
|---|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**
541 Papac Way, San Jose, CA 95117 Santa Clara County Estimated value per Realtor.com

P.O. Box 78420
Phoenix, AZ 85062-8420
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

☒ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____    Last 4 digits of account number    6552

---

| 2.3 | Onesource Distributors, LLC | | | | $120,431.00 | $198,002.22 | $0.00 |
|---|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**
Wife's Etrade acct; Sunternal Construction, Inc. (100% Owned by Sunternal, Inc.) (liabilities greater than assets). Entity will be dissolved within 2 months; Debtor's capital account in Orange Grove ADU, LLC plus adding of depreciation plus adjustment to FMV of real property is $178,002.03 (Debtor's interest). Arguably value less because Debtor has not management or control over liquidation of asset; Equity Interest in Sunternal, Inc.Liabilities exceed assets. Entity will dissolve within 2 months; Debtor's equity in Sandia Sun, LLC(Liabilities exceed assets) Entity will dissolved within 2 months; Debtor's equity interest in Tidewater Sun, LLC. Liabilities exceed assets. Entity will dissolve within 2 months; Debtor's equity interest in Flyrock, LLC(Liabilities Exceed assets; not presently profitable; Debtor never took salary; No present market value or liquidity; however, debtor expects modest salary in near future of 2K-5K per month); Bank of America Acct 2883

co Scholefield, P.C.
16870 West Bernardo Dr.
San Diego, CA 92127
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim relates to a
    community debt

☐ An agreement you made (such as mortgage or secured
    car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset)    UCC-1 on 6-18-2024

Date debt was incurred    1-9-2024    Last 4 digits of account number    5085

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 24 of
165

| 2.4 | Star One Credit Union | Describe the property that secures the claim: | $332,576.31 | $2,045,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

541 Papac Way, San Jose, CA 95117
Santa Clara County Estimated value
per Realtor.com

P.O. Box 3643
Sunnyvale, CA 94088
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    9-19-2024        Last 4 digits of account number    4320

| 2.5 | Star One Credit Union | Describe the property that secures the claim: | $789.93 | $11,735.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

2014 Honda CRV 80000 miles
Estimated value per nada.com

P.O. Box 3643
Sunnyvale, CA 94088
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    _____        Last 4 digits of account number    5274

| 2.6 | Star One Credit Union | Describe the property that secures the claim: | $26,883.00 | $29,917.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

2019 Audi Q8 50000 miles
Estimated value per nada.com

P.O. Box 3643
Sunnyvale, CA 94088
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.

**Who owes the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☒ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred    _____        Last 4 digits of account number    _____

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $1,419,288.23 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $1,419,288.23 |

**Part 2:**   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| Debtor 1 | Alex B. Rosenberg | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 106E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

**Part 1:     List All of Your PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☒ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

| 2.1 | Franchise Tax Board | Last 4 digits of account number  0671 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
PO Box 942867
Sacramento, CA 94267-0001
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**                    _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

| 2.2 | Internal Revenue Service | Last 4 digits of account number  0671 | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|

Priority Creditor's Name
PO Box 7346
Philadelphia, PA 19101-7346
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**                    _____

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☒ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

**Part 2:     List All of Your NONPRIORITY Unsecured Claims**

3.  **Do any creditors have nonpriority unsecured claims against you?**
☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 26 of 165

☒ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | Total claim |
|---|---|---|

**4.1** Affirm, Inc.
Nonpriority Creditor's Name
650 California St., Floor 12
San Francisco, CA 94108
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   2025

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Credit card purchases

**Total claim** $1,349.14

---

**4.2** Bank of America
Nonpriority Creditor's Name
P.O. Box 17237
Wilmington, DE 19886
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** 6137

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   guar of Corp Ford Van in Corporate name

**Total claim** $25,187.25

---

**4.3** Bank of America
Nonpriority Creditor's Name
FL1-300-03-15
  PO Box 25118
Tampa, FL 33622
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a   community debt

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?**   6-23-2021

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   Guar of Bus line of credit

**Total claim** $155,563.81

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 27 of 165

| 4.4 | Bank of America, N.A. | Last 4 digits of account number _____ | $193,373.41 |

Nonpriority Creditor's Name
PO Box 15102
Wilmington, DE 19886-5102

Number Street City State Zip Code

**When was the debt incurred?**    6/23/2021

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

---

| 4.5 | Cali Energy, Inc. | Last 4 digits of account number _____ | $103,994.00 |

Nonpriority Creditor's Name
co ABX Law PC
8620 Oakdale Ave.
Winnetka, CA 91306

Number Street City State Zip Code

**When was the debt incurred?**    July 2021

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☒ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☒ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify   breach of contract by Sunternal; Debtor not guar; seek to pierce veil

---

| 4.6 | Independent Electric | Last 4 digits of account number _____ | $0.00 |

Nonpriority Creditor's Name
2001 Marina Blvd
San Leandro, CA 94577

Number Street City State Zip Code

**When was the debt incurred?**

**Who incurred the debt?** Check one.
- ☒ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☒ Other. Specify _____

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 28 of 165

| 4.7 | JC Morgan Chase | Last 4 digits of account number    9670 | $1,279.78 |

**Nonpriority Creditor's Name**
P.P. Box 15298
Wilmington, DE 19850
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Credit card purchases NFS CC

---

| 4.8 | Samson Funding | Last 4 digits of account number | $1,063,938.54 |

**Nonpriority Creditor's Name**
1545 Route 202, Suite 201
Pomona, NY 10970
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    breach of contract

---

| 4.9 | Tokio Marine | Last 4 digits of account number    AC6 | $4,500.00 |

**Nonpriority Creditor's Name**
801 South Figueroa St., Ste. 700
Los Angeles, CA 90017
Number Street City State Zip Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ **Check if this claim is for a   community debt**

**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**    10/13/2020

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    Guarantee of Sunternal contractor's bond

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.   **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ | 0.00 |
|---|---|---|---|---|---|

**Total claims from Part 2**

|  | 6f. | **Student loans** |  | **Total Claim** | |
|---|---|---|---|---|---|
|  |  |  | 6f. | $ | 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ | 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 1,549,185.93 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 1,549,185.93 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Alex B. Rosenberg |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules.    You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| **2.1** Name<br><br>Number    Street<br><br>City      State      ZIP Code | |
| **2.2** Name<br><br>Number    Street<br><br>City      State      ZIP Code | |
| **2.3** Name<br><br>Number    Street<br><br>City      State      ZIP Code | |
| **2.4** Name<br><br>Number    Street<br><br>City      State      ZIP Code | |
| **2.5** Name<br><br>Number    Street<br><br>City      State      ZIP Code | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor 1 | Alex B. Rosenberg | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
amended filing

# Official Form 106H
## Schedule H: Your Codebtors

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.

☐ No
☒ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
☒ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

☐ No
☒ Yes.

In which community state or territory did you live?   _-NONE-_  . Fill in the name and current address of that person.

_____
Name of your spouse, former spouse, or legal equivalent
Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| | Column 1: **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|---|
| 3.1 | American Contractor Indemnity Co.<br>601 South Figueroa Street, Suite 1600<br>Los Angeles, CA 90017 | ☒ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Onesource Distributors, LLC |
| 3.2 | Andrew Little<br>3989 Vistamont Dr<br>San Jose, CA 95118 | ☒ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Beacon Sales Acquisition, Inc. |
| 3.3 | Andrew Little<br>3989 VISTAMONT DR<br>San Jose, CA 95118 | ☐ Schedule D, line<br>☒ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Cali Energy, Inc. |

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 32 of
165

**Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  Andrew Little<br>3989 Vistamont Dr<br>San Jose, CA 95118 | ☒ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Onesource Distributors, LLC |
| 3.5  Andrew Little<br>3989 Vistamont Dr<br>San Jose, CA 95118 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.8___<br>☐ Schedule G _____<br>Samson Funding |
| 3.6  Matthew Stasch<br>322 Queen Victoria Ave.<br>Saint Johns, FL 32259 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.3___<br>☐ Schedule G _____<br>Bank of America |
| 3.7  Mayana Rosenberg<br>541 Papac Way<br>San Jose, CA 95117 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.7___<br>☐ Schedule G _____<br>JC Morgan Chase |
| 3.8  North River Insurance Co.<br>305 Madison Ave<br>Morristown, NJ 07960 | ☒ Schedule D, line ___2.3___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Onesource Distributors, LLC |
| 3.9  Sandia Sun, LLC<br>120 Madeira Dr. NE Ste 220<br>Albuquerque, NM 87108 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.2___<br>☐ Schedule G _____<br>Bank of America |
| 3.10  Sunternal Construction, Inc.<br>5671 Santa Teresa Blvd., Ste 105<br>San Jose, CA 95123 | ☐ Schedule D, line _____<br>☒ Schedule E/F, line ___4.5___<br>☐ Schedule G _____<br>Cali Energy, Inc. |
| 3.11  Sunternal Construction, Inc.<br>5671 Santa Teresa Blvd., Ste 105<br>San Jose, CA 95123 | ☒ Schedule D, line ___2.1___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>Beacon Sales Acquisition, Inc. |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

| ■ Additional Page to List More Codebtors | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.12   Sunternal Construction, Inc.
5671 Santa Teresa Blvd., Ste 105
San Jose, CA 95123

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.9___
☐ Schedule G _____
Tokio Marine

3.13   Sunternal Construction, Inc.
5671 Santa Teresa Blvd, Ste 105
San Jose, CA 95123

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.8___
☐ Schedule G _____
Samson Funding

3.14   Sunternal Construction, Inc.
5671 Santa Teresa Blvd., Ste 105
San Jose, CA 95123

☒ Schedule D, line ___2.3___
☐ Schedule E/F, line _____
☐ Schedule G _____
Onesource Distributors, LLC

3.15   Sunternal Construction, Inc.
5671 Santa Teresa Blvd #105
San Jose, CA 95123

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.3___
☐ Schedule G _____
Bank of America

3.16   Sunternal Construction, Inc.
90 Great Oak Blvd, Ste 1075671 Santa Teresa Blvd #105
San Jose, CA 95123

☐ Schedule D, line _____
☒ Schedule E/F, line ___4.4___
☐ Schedule G _____
Bank of America, N.A.

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 34 of 165

| Fill in this information to identify your case: |

Debtor 1     Alex B. Rosenberg

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I
## Schedule I: Your Income

**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**     **Describe Employment**

1.   **Fill in your employment information.**

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☒ Employed<br>☐ Not employed | ☒ Employed<br>☐ Not employed |
| Include part-time, seasonal, or self-employed work. | **Occupation** | Manager | |
| | **Employer's name** | Flyrock, LLC | Maplebar, Inc. DBA Instacart |
| Occupation may include student or homemaker, if it applies. | **Employer's address** | 100 Pine St., Ste 1250<br>San Francisco, CA 94111 | 50 Beale St.<br>San Francisco, CA 94105 |
| | **How long employed there?** | 2.5 years | |

**Part 2:**     **Give Details About Monthly Income**

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $          0.00 | $          0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$          0.00 | +$          0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $          0.00 | $          0.00 |

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 35 of 165

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here ................................................................................. | 4. | $ 0.00 | $ 0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify: | 5h.+ | $ 0.00 + | $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.    6.    $ 0.00    $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.    7.    $ 0.00    $ 0.00

8. List all other income regularly received:

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.    8a.    $ 12,216.00    $ 0.00

8b. **Interest and dividends**    8b.    $ 0.00    $ 0.00

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.    8c.    $ 0.00    $ 0.00

8d. **Unemployment compensation**    8d.    $ 0.00    $ 0.00

8e. **Social Security**    8e.    $ 0.00    $ 0.00

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify:    8f.    $ 0.00    $ 0.00

8g. **Pension or retirement income**    8g.    $ 0.00    $ 0.00

8h. **Other monthly income.** Specify:    8h.+    $ 0.00 +    $ 0.00

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.    9.    $ 12,216.00    $ 0.00

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.    10.    $ 12,216.00 + $ 0.00 = $ 12,216.00

11. **State all other regular contributions to the expenses that you list in** *Schedule J*.
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify:    11.    +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies    12.    $ 12,216.00

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
☒ Yes. Explain:    Debtor has not received any salary from Flyrock startup but expected to begin taking modest salary within 1-2 months, business cash-flow permitting

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 36 of 165

Fill in this information to identify your case:

Debtor 1    Alex B. Rosenberg

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13
   expenses as of the following date:

_____
MM / DD / YYYY

**Official Form 106J**

# Schedule J: Your Expenses
<span style="float:right">12/15</span>

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Describe Your Household

1. **Is this a joint case?**

   ☒ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and    ☒ Yes.   Fill out this information for
   Debtor 2.               each dependent..............

   Do not state the
   dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 5 | ☐ No  ☒ Yes |
| daughter | 1 | ☐ No  ☒ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**    ☒ No   ☐ Yes

## Part 2:   Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | **Your expenses** |
|---|---|

| | | |
|---|---|---:|
| 4. | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ 4,240.96 |
| | **If not included in line 4:** | |
| 4a. | Real estate taxes | 4a. $ 1,534.59 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 200.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 0.00 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. $ 2,018.43 |
| 6. | **Utilities:** | |
| 6a. | Electricity, heat, natural gas | 6a. $ 200.00 |
| 6b. | Water, sewer, garbage collection | 6b. $ 0.00 |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ 320.00 |
| 6d. | Other. Specify: | 6d. $ 0.00 |

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 37 of 165

| | | | |
|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. $ | 900.00 |
| 8. | **Childcare and children's education costs** | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | 9. $ | 150.00 |
| 10. | **Personal care products and services** | 10. $ | 150.00 |
| 11. | **Medical and dental expenses** | 11. $ | 0.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | 500.00 |
| 14. | **Charitable contributions and religious donations** | 14. $ | 0.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. $ | 0.00 |
| | 15b.  Health insurance | 15b. $ | 0.00 |
| | 15c.  Vehicle insurance | 15c. $ | 250.00 |
| | 15d.  Other insurance. Specify: _____ | 15d. $ | 0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. $ | 577.00 |
| | 17b.  Car payments for Vehicle 2 | 17b. $ | 275.00 |
| | 17c.  Other. Specify: _____ | 17c. $ | 0.00 |
| | 17d.  Other. Specify: _____ | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | 0.00 |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income*.** | | |
| | 20a.  Mortgages on other property | 20a. $ | 0.00 |
| | 20b.  Real estate taxes | 20b. $ | 0.00 |
| | 20c.  Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d.  Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e.  Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: _____ | 21.  +$ | 0.00 |

22. **Calculate your monthly expenses**

| | | |
|---|---|---|
| 22a. Add lines 4 through 21. | $ | 11,515.98 |
| 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 11,515.98 |

23. **Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 12,216.00 |
| 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 11,515.98 |
| 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. $ | 700.02 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☒ No.

☐ Yes. | Explain here: _____

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 38 of 165

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | Alex B. Rosenberg |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

<u>Official Form 106Dec</u>
# Declaration About an Individual Debtor's Schedules
**12/15**

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☒ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

| X | /s/ Alex B. Rosenberg | X | |
|---|---|---|---|
| | Alex B. Rosenberg | | Signature of Debtor 2 |
| | Signature of Debtor 1 | | |
| | Date    June 27, 2025 | | Date |

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Debtor 1 | Alex B. Rosenberg |
| | First Name     Middle Name     Last Name |
| Debtor 2 (Spouse if, filing) | |
| | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☒ Married
☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☒ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

☐ No
☒ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**   Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☐ Wages, commissions, bonuses, tips | $0.00 | ☒ Wages, commissions, bonuses, tips | $154,638.00 |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For last calendar year: (January 1 to December 31, 2024 )** | ☒ Wages, commissions, bonuses, tips | $96,954.00 | ☒ Wages, commissions, bonuses, tips | $213,913.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 40 of 165

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | ☒ Wages, commissions, bonuses, tips | $242,852.00 | ☒ Wages, commissions, bonuses, tips | $209,564.00 |
| | ☐ Operating a business | | ☐ Operating a business | |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately. Do not include income that you listed in line 4.

☐ No
☒ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |
| **For the calendar year before that:**<br>(January 1 to December 31, 2023 ) | Bank interest | $21.00 | | |
| | IRS interest | $5,378.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
☒ No. **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?
☐ No. Go to line 7.
☒ Yes List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
* Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

☐ Yes. **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.
☐ Yes List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| Chase<br>P.O. Box 78420<br>Phoenix, AZ 85062 | 4-1-2025<br>$4,240.96;<br>5-1-2025<br>$4,240.96;<br>6-2-2025<br>$4,240.96;<br>6-26-2025<br>$4,240.96 | $16,963.84 | $906,669.00 | ☒ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

    ☒  No
    ☐  Yes. List all payments to an insider.

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
    | --- | --- | --- | --- | --- |
    |  |  |  |  |  |

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☒  No
    ☐  Yes. List all payments to an insider

    | Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
    | --- | --- | --- | --- | --- |
    |  |  |  |  |  |

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ☐  No
    ☒  Yes. Fill in the details.

    | Case title Case number | Nature of the case | Court or agency | Status of the case |
    | --- | --- | --- | --- |
    | Cali Energy, Inc. v Sunternal Construction, Inc. 25CV456451 | Breach of contract, tort, piercing veil | Santa Clara Co. Superior Court 191 N. First St. San Jose, CA 95113 | ☒ Pending ☐ On appeal ☐ Concluded |
    | Beacon Sales Acquisition, Inc. v Sunternal Construction, Inc., et al 24CV448000 | Breach of Contract. Debtor guarantor | Santa Clara Co. Superiour Court 191 No. First St.<br><br>San Jose, CA 95113 | ☐ Pending ☐ On appeal ☒ Concluded |
    | Samson MCA, LLC v Sunternal Construction, Inc., et al. 2024-10021659 | Contract; Debtor guarantor | Supreme Court of State NY, Co. of Monroe 99 Exchange Blvd. Hall of Justice Room 545 5th Floor Rochester, NY 14614 | ☒ Pending ☐ On appeal ☐ Concluded |
    | OneSource Distributors, LLC v Sunternal Construction, Inc. 25CU004833C | Breach of contract; Debtor guarantor | Superior Court of California, Co. of San Diego Hall of Justice 330 West Broadway<br><br>San Diego, CA 92101 | ☒ Pending ☐ On appeal ☐ Concluded |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☒ No. Go to line 11.
☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property | Date | Value of the property |
|---|---|---|---|
| | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
☒ No
☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
☒ No
☐ Yes

### Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
☒ No
☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| Person to Whom You Gave the Gift and Address: | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
☒ No
☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

### Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☒ No
☐ Yes.   Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss | Date of your loss | Value of property lost |
|---|---|---|---|
| | Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | | |

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 43 of 165

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

    ☐ No
    ☒ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| The Fuller Law Firm, P.C.<br>60 N Keeble Ave<br>San Jose, CA 95126-2723 |  | 9/2024 | $2,500.00 |
| The Fuller Law Firm, P.C.<br>60 N. Keeble Ave.<br>San Jose, CA 95126 | In addition Debtor paid filing fee | 6-23-2025 | $23,262.00 |
| The Fuller Law Firm, P.C.<br>60 N. Keeble Ave.<br>San Jose, CA 95126 | $1,237 | 1-22-2025 | $1,237.00 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

    ☒ No
    ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ☐ No
    ☒ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Flyrock, LLC<br>100 Pine St., Suite 1250<br>San Francisco, CA 94111<br><br>Business Entity | Invested   $508,500 and time to start up business Flyrock; | None | Last 2 years |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)
    ☒ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.
☐ No
☒ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Bank of America<br>P.O. Box 15284<br>Wilmington, DE 19850 | **XXXX**-7167 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 5-20-2025 | $0.00 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**
☒ No
☐ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**
☒ No
☐ Yes. Fill in the details.

| Name of Storage Facility Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**
☒ No
☐ Yes.   Fill in the details.

| Owner's Name Address (Number, Street, City, State and ZIP Code) | Where is the property? (Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

☒ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
☒ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
☒ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**
☒ No
☐ Yes. Fill in the details.

| Name of site Address (Number, Street, City, State and ZIP Code) | Governmental unit Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 45 of 165

**25. Have you notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

---

**Part 11:   Give Details About Your Business or Connections to Any Business**

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☒ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☒ A partner in a partnership
☒ An officer, director, or managing executive of a corporation
☒ An owner of at least 5% of the voting or equity securities of a corporation

☐ No. None of the above applies.   Go to Part 12.
☒ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Sunternal, Inc.<br>90 Great Oaks Blvd, Suite 107<br>San Jose, CA 95119 | Holding Company that owns interest in Sunternal Construction, Inc.and Sandia Sun, LLC | EIN:   84-2916481<br><br>From-To   9-3-2019-present |
| Sunternal Construction, Inc.<br>90 great Oaks Blvd #107<br>San Jose, CA 95119 | Licensed General Contractor and Electrician business, specializing in solar installations.   Sunternal was a vertically integrated installation company with in-house Installers, project management, sales, service, and engineering. | EIN:   81-5386494<br><br>From-To   1-19-2016 to present |
| Sandia Sun LLC<br>30 N. Gould St., Ste. R<br>Sheridan, WY 82801 | Licensed General Contractor and Electrician business, specializing in solar installations.   Sunternal was a vertically integrated installation company with in-house Installers, project management, sales, service, and engineering. | EIN:   84-1919464<br><br>From-To   5-29-2019-present (not operating) |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 46 of 165

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Tidewater Sun, LLC<br>6802 PARAGON PL STE 410<br>Richmond, VA 23230 | Licensed General Contractor and Electrician business, specializing in solar installations.   Sunternal was a vertically integrated installation company with in-house Installers, project management, sales, service, and engineering. | EIN:    84-494886<br><br>From-To    3-2-20 to present (not operating) |
| Flyrock, LLC<br>100 Pine St., Suite 1250<br>San Francisco, CA 94111 | Online sales & marketing platform. Flyrock offers done-for-you sales services, training courses, and marketing tools for solar companies. | EIN:<br><br>From-To    2-3-2023 |

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No<br>☒ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| Star One Credit<br>P.O. Box 3643<br>Suunnyvale, CA 94088 | 6-2024 |

**Part 12:    Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
**18 U.S.C. §§ 152, 1341, 1519, and 3571.**

/s/ Alex B. Rosenberg                                        _____
Alex B. Rosenberg                                            **Signature of Debtor 2**
**Signature of Debtor 1**

Date    June 27, 2025                                        Date    _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**
☒ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☒ No
☐ Yes. Name of Person _____ . Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---|---|
|   | $1,167 | filing fee |
| + | $571 | administrative fee |
|   | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 49 of 165

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

| | | |
|---|---|---|
| | $200 | filing fee |
| + | $78 | administrative fee |
| | $278 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

| | | |
|---|---|---|
| | $235 | filing fee |
| + | $78 | administrative fee |
| | $313 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

    domestic support obligations,

    most student loans,

    certain taxes,

    debts for fraud or theft,

    debts for fraud or defalcation while acting in a fiduciary capacity,

    most criminal fines and restitution obligations,

    certain debts that are not listed in your bankruptcy papers,

    certain debts for acts that caused death or personal injury, and

    certain long-term secured debts.

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 50 of 165

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                    Case No.

    Alex B. Rosenberg

_____ Debtor(s).            /

<u>CREDITOR MATRIX COVER SHEET</u>

      I declare that the attached Creditor Mailing Matrix, consisting of __4__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:   June 27, 2025

                                              /s/ Lars Fuller
                                              Signature of Debtor's Attorney or Pro Per Debtor

Software Copyright (c) 1996-2025 Best Case, LLC    - www.bestcase.com                                                    Best Case Bankruptcy

Affirm, Inc.
650 California St., Floor 12
San Francisco, CA 94108


American Contractor Indemnity Co.
601 South Figueroa Street, Suite 1600
Los Angeles, CA 90017


Andrew Little
3989 Vistamont Dr
San Jose, CA 95118


Andrew Little
3989 Vistamont Dr
San Jose, CA 95118


Andrew Little
3989 Vistamont Dr
San Jose, CA 95118


Andrew Little
3989 VISTAMONT DR
San Jose, CA 95118


Bank of America
P.O. Box 17237
Wilmington, DE 19886


Bank of America
FL1-300-03-15
PO Box 25118
Tampa, FL 33622

Bank of America, N.A.
PO Box 15102
Wilmington, DE 19886-5102


Beacon Sales Acquisition, Inc.
co Steven Booska, Esq.
P.O. Box 2169
Oakland, CA 94621


Cali Energy, Inc.
co ABX Law PC
8620 Oakdale Ave.
Winnetka, CA 91306


Chase
P.O. Box 78420
Phoenix, AZ 85062-8420


Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001


Independent Electric
2001 Marina Blvd
San Leandro, CA 94577


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


JC Morgan Chase
P.P. Box 15298
Wilmington, DE 19850

Matthew Stasch
322 Queen Victoria Ave.
Saint Johns, FL 32259


Mayana Rosenberg
541 Papac Way
San Jose, CA 95117


North River Insurance Co.
305 Madison Ave
Morristown, NJ 07960


Onesource Distributors, LLC
co Scholefield, P.C.
16870 West Bernardo Dr.
San Diego, CA 92127


Samson Funding
1545 Route 202, Suite 201
Pomona, NY 10970


Sandia Sun, LLC
120 Madeira Dr. NE Ste 220
Albuquerque, NM 87108


Star One Credit Union
P.O. Box 3643
Sunnyvale, CA 94088


Star One Credit Union
P.O. Box 3643
Sunnyvale, CA 94088

Star One Credit Union
P.O. Box 3643
Sunnyvale, CA 94088


Sunternal Construction, Inc.
5671 Santa Teresa Blvd., Ste 105
San Jose, CA 95123


Sunternal Construction, Inc.
5671 Santa Teresa Blvd., Ste 105
San Jose, CA 95123


Sunternal Construction, Inc.
5671 Santa Teresa Blvd, Ste 105
San Jose, CA 95123


Sunternal Construction, Inc.
5671 Santa Teresa Blvd #105
San Jose, CA 95123


Sunternal Construction, Inc.
90 Great Oak Blvd, Ste 1075671 Santa Ter
San Jose, CA 95123


Tokio Marine
801 South Figueroa St., Ste. 700
Los Angeles, CA 90017

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | Alex B. Rosenberg |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern District of California |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122B
# Chapter 11 Statement of Your Current Monthly Income     **12/21**

You must file this form if you are an individual and are filing for bankruptcy under Chapter 11 (other than Subchapter V). If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known).

**Part 1:**   Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

☐ **Not married**. Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☒ **Married and your spouse is NOT filing with you.** Fill out Column A, lines 2-11.

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | *Column A* Debtor 1 | *Column B* Debtor 2 |
|---|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | $ 0.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | $ 0.00 | $ |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from a business, profession, or farm | $ | 0.00 | **Copy here ->** $ 0.00 | $ |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $ | 0.00 | | |
| Ordinary and necessary operating expenses | -$ | 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | | **Copy here ->** $ 0.00 | $ |

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 57 of 165

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 |
|---|---|---|
| 7. **Interest, dividends, and royalties** | $ _____ 0.00 | $ _____ |
| 8. **Unemployment compensation** | $ _____ 0.00 | $ _____ |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you ...................................................................$ _____ 0.00

For your spouse....................................................$ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

$ _____ 0.00       $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

| | | |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ 0.00 | $ _____ |
| Total amounts from separate pages, if any. | + $ _____ 0.00 | $ _____ |

11. **Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$ _____ 0.00  + $ _____  = $ ____ 16,784.34

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 58 of 165

**Part 2:**    **Sign Below**

By signing here, under penalty of perjury I declare that the information on this statement and in any attachments is true and correct.

**X**  /s/ Alex B. Rosenberg

Alex B. Rosenberg
Signature of Debtor 1

Date    June 27, 2025

MM / DD  / YYYY

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 59 of 165

## Current Monthly Income Details for the Debtor

**Debtor Income Details:**
Income for the Period 12/01/2024 to 05/31/2025.

Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Employer: Sunternal Construction
Constant income of $0.00 per month.*

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 60 of 165

# Current Monthly Income Details for the Debtor's Spouse

**Spouse Income Details**:
Income for the Period 12/01/2024 to 05/31/2025.

Line 2 - Gross wages, salary, tips, bonuses, overtime, commissions
Source of Income: Employer: Instacart
Constant income of $16,784.34 per month.*

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 61 of
165

**\*Paycheck Details:**

Sunternal Construction

| Date | Earnings | Overtime | Taxes | Other | Net Check |
|------|----------|----------|-------|-------|-----------|
| 09/09/2024 | 10,000.00 | 0.00 | 0.00 | 0.00 | 10,000.00 |
| 10/03/2024 | 5,703.00 | 0.00 | 0.00 | 0.00 | 5,703.00 |
| 10/11/2024 | 7,721.17 | 0.00 | 0.00 | 0.00 | 7,721.17 |
| 10/25/2024 | 7,721.14 | 0.00 | 0.00 | 0.00 | 7,721.14 |
| Totals: | 31,145.31 | 0.00 | 0.00 | 0.00 | 31,145.31 |

Instacart

| Date | Earnings | Overtime | Taxes | Other | Net Check |
|------|----------|----------|-------|-------|-----------|
| 12/06/2024 | 7,692.31 | 0.00 | 1,515.01 | 560.70 | 5,616.60 |
| 12/20/2024 | 7,692.31 | 0.00 | 1,580.29 | 560.70 | 5,551.32 |
| 01/03/2025 | 7,693.31 | 0.00 | 1,955.74 | 567.20 | 5,170.37 |
| 01/17/2025 | 7,692.31 | 0.00 | 1,955.73 | 567.20 | 5,169.38 |
| 01/31/2025 | 7,692.31 | 0.00 | 1,955.74 | 322.70 | 5,413.87 |
| 02/14/2025 | 7,692.31 | 0.00 | 1,955.74 | 567.20 | 5,169.37 |
| 02/28/2025 | 7,692.31 | 0.00 | 1,955.51 | 567.20 | 5,169.60 |
| 03/14/2025 | 7,692.31 | 0.00 | 1,955.53 | 567.20 | 5,169.58 |
| 03/28/2025 | 7,692.31 | 0.00 | 1,955.75 | 582.20 | 5,154.36 |
| 04/11/2025 | 7,855.02 | 0.00 | 2,019.84 | 573.71 | 5,261.47 |
| 04/25/2025 | 7,873.08 | 0.00 | 1,451.60 | 559.43 | 5,862.05 |
| 05/09/2025 | 7,873.08 | 0.00 | 2,026.92 | 574.43 | 5,271.73 |
| 05/23/2025 | 7,873.08 | 0.00 | 2,001.57 | 653.16 | 5,218.35 |
| Totals: | 131,851.36 | 0.00 | 24,284.97 | 7,223.03 | 100,343.36 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# United States Bankruptcy Court
## Northern District of California

In re    Alex B. Rosenberg         Case No.

                           Debtor(s)         Chapter    11

## STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1.     The undersigned is the attorney for the debtor(s) in this case.

2.     The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   - a)    For legal services rendered or to be rendered in contemplation of and in connection with this case, I have agreed to accept and received a retainer of ............................................................................................................ $         26,999.00
   - b)    The undersigned shall bill against the retainer at an hourly rate of.......... $         505.00

3.     $   1,738.00   of the filing fee in this case has been paid.

4.     The Services rendered or to be rendered include the following:

5.     The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for services performed, and

6.     The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will be from earnings, wages and compensation for services performed, and

7.     The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for the value stated:

8.     The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's law firm, any compensation paid or to be paid except as follows:

Dated:    June 27, 2025                     Respectfully submitted,

/s/ Lars Fuller

Attorney for Debtor: Lars Fuller
The Fuller Law Firm PC
60 N Keeble Avenue
San Jose, CA 95126
(408) 295-5595   Fax:
admin@fullerlawfirm.net



Please initial below to indicate your agreement with the following statements. If you have any questions, contact your tax professional **BEFORE** signing.

- I have declared all ownership or beneficiary interests in foreign (non-US) trusts and/or foreign (non-US) pensions. Failure to disclose and declare such information can result in penalties equal to the **GREATER** of

    o $10,000 per foreign trust/pension,

    o 5% of the fair market value of the foreign trusts/pensions, or

    o 35% of distribution/contribution to the foreign trusts/pensions.

- I have declared all ownership in foreign entities, investments, and assets including bank accounts. Failure to disclose and declare such information can result in penalties of at least $10,000 per entity or account.

- I have reviewed my tax return for accuracy and completeness.

- I have reviewed the **ACTION ITEMS** file for any tax payments due.

Taxpayer Initials: _ABR_     Spouse Initials: _MR_

***Your returns will be released for electronic filing as soon as all required state and federal e-file authorization forms have been signed via DocuSign.***



CliftonLarsonAllen LLP
CLAconnect.com

# ALEX B. & MARYANA ROSENBERG

# 1040 INCOME TAX RETURN

# 2023



CliftonLarsonAllen LLP
CLAconnect.com

October 15, 2024

Alex B. & Maryana Rosenberg
541 Papac Way
San Jose, CA  95117

Greetings,

Enclosed are your 2023 income tax returns.

The summary below reflects the tax return results, E-Filed status, and the use of direct deposit (overpayment) or direct debit (balance due).

- The table will be blank if there is no tax due or overpayment.
- If payments are due where direct debit is not utilized, we recommend using the taxing authority's authorized payment website.  All federal and state electronic payment options can be found on our CLA website at https://www.claconnect.com/resources/tools/tax-payment-sites.
- If you prefer to mail your payment, we recommend using certified mail with postmarked receipt for proof of timely payment.
- If you mail a check, include your social security number and the applicable tax form number on the check.
- Specific instructions for each taxing authority follow.

**Tax Return Summary**

| Jurisdiction | E-Filed | Amount Refunded | Overpayment Applied | Amount Due | Direct Deposit/Debit |
|---|---|---|---|---|---|
| Federal | Yes | $79,901 | $0 | | Yes |
| California | Yes | $22,056 | $0 | | Yes |

## FEDERAL INCOME TAX RETURN:

This return has qualified for electronic filing.  **Please sign and return Form 8879 to our office as soon as possible, but no later than by October 15, 2024.**  We will then transmit your return electronically to the IRS.

No payment is required as you are due a refund in the amount of $79,901.

Your refund will be deposited directly into your account ending in 1997.  Refer to Form 1040 on the Direct Deposit/Debit Report for complete account information.

## CALIFORNIA INCOME TAX RETURN:

This return has qualified for electronic filing.  **Please sign and return California Form 8879 to our office as soon as possible, but no later than by October 15, 2024.**  We will then transmit your return electronically to the FTB.

No payment is required as you are to receive a refund in the amount of $22,056.

Your refund will be deposited directly into your account ending in 1997.  Refer to Form 540 on the Direct Deposit/Debit Report for complete account information.

## NEW MEXICO INCOME TAX RETURN:

This return has qualified for electronic filing.  **Please sign and return Form PIT-8453 to our office as soon as possible, but no later than by October 15, 2024.**  We will then transmit your return electronically to the TRD.

No payment is required.

## A few final reminders relating to your tax return filings:

- There are substantial penalties for failure to properly disclose and report foreign financial accounts and foreign activity, specifically foreign pensions and trusts.  Please make sure you have informed us of any foreign financial accounts, foreign pensions, foreign trusts, or foreign activity so that we have the necessary information to complete any required disclosures or filings.
- Be sure to review the returns prior to signing as you have final responsibility for all information included in the returns.  Please contact us if you have any questions or concerns.
- We recommend you keep a paper or electronic copy of your tax returns permanently.  Supporting documentation should be kept for a minimum of seven years based on IRS guidance.
- A copy of the 2023 CLA Engagement Agreement can be found at https://www.claconnect.com/-/media/files/engagement-agreement.pdf for your records.  If you are unable to access this link, please contact your CLA professional for a copy of the Engagement Agreement prior to signing the enclosed 8879 e-file authorizations.

CLA exists to create opportunities — for our clients, our people, and our communities. We value our relationship with you and thank you for your trust and confidence in allowing us to serve you. If we can assist you in making strategic, informed decisions in areas of tax or beyond, please contact us as questions arise throughout the year.

Sincerely,

CliftonLarsonAllen LLP

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

CLIFTONLARSONALLEN LLP
1100 WALNUT STREET, SUITE 3400
KANSAS CITY, MO  64106

ALEX B. & MARYANA ROSENBERG
541 PAPAC WAY
SAN JOSE, CA  95117

||l.l..l.l...ll.l..lll..ll..ll

326340
04-01-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# Two-Year Comparison Worksheet

<strong>2023</strong>

| Name(s) as shown on return | | Social security number | |
|---|---|---|---|
| ALEX B. & MARYANA ROSENBERG | | | |

| 2022 Filing Status | MARRIED FILING JOINT | 2023 Filing Status | MARRIED FILING JOINT |
|---|---|---|---|
| 2022 Tax Bracket | | 2023 Tax Bracket 0.0% | |

| Description | Tax Year 2022 | Tax Year 2023 | Increase (Decrease) |
|---|---|---|---|
| WAGES, SALARIES, AND TIPS | 437,139. | 452,416. | 15,277. |
| SCHEDULE B - TAXABLE INTEREST | 6,741. | 5,399. | -1,342. |
| SCHEDULE D (CAPITAL GAIN/LOSS) | -597. | 0. | 597. |
| SCH. C (BUSINESS INCOME/LOSS) | 0. | -2,073. | -2,073. |
| SCHEDULE E (RENTAL AND PASSTHROUGH) | 0. | -769,897. | -769,897. |
| OTHER INCOME | 0. | 193,970. | 193,970. |
| TOTAL INCOME | 442,692. | -120,185. | -562,877. |
| ADJUSTED GROSS INCOME | 442,692. | -120,185. | -562,877. |
| TAXES | 10,000. | 10,000. | 0. |
| INTEREST (DEDUCTIBLE) | 21,572. | 21,391. | -181. |
| CONTRIBUTIONS | 170. | 0. | -170. |
| TOTAL ITEMIZED DEDUCTIONS | 31,742. | 31,391. | -351. |
| TOTAL DEDUCTIONS | 31,742. | 31,391. | -351. |
| TAXABLE INCOME | 410,950. | 0. | -410,950. |
| TAX | 91,967. | 0. | -91,967. |
| TAX BEFORE CREDITS | 91,967. | 0. | -91,967. |
| FORM 2441 (CHILD CARE CREDIT) | 600. | 0. | -600. |
| TAX AFTER NON-REFUNDABLE CREDITS | 91,367. | 0. | -91,367. |
| FORM 8959 (ADDITIONAL MEDICARE TAX) | 0. | 1,956. | 1,956. |
| TOTAL TAX | 93,392. | 1,956. | -91,436. |
| FED. INCOME TAX WITHHELD, FORM W-2 | 0. | 77,411. | 77,411. |
| FED. INCOME TAX WITHHELD, OTHER FORM | 0. | 497. | 497. |
| SCH. 8812 (ADD. CHILD TAX CREDIT) | 0. | 3,200. | 3,200. |
| EXCESS FICA AND RRTA TAX WITHHELD | 0. | 749. | 749. |
| TOTAL PAYMENTS | 92,318. | 81,857. | -10,461. |
| TAX OVERPAID | 0. | 79,901. | 79,901. |
| AMOUNT REFUNDED | 1,074. | 79,901. | 78,827. |
| FORM 2210/2210F (EST. TAX PENALTY) | 544. | 0. | -544. |
| BALANCE DUE (INCLUDING 2210/2210F) | 1,618. | 0. | -1,618. |
| CALIFORNIA STATE RETURN | | | |
| TAXABLE INCOME | 434,392. | 246,775. | -187,617. |
| TAX | 33,905. | 16,256. | -17,649. |
| NON-REFUNDABLE CREDITS | 28. | 1,180. | 1,152. |
| PAYMENTS | 38,195. | 37,023. | -1,172. |
| REFUNDABLE CREDITS | 0. | 109. | 109. |
| AMOUNT REFUNDED | 5,031. | 22,056. | 17,025. |
| NEW MEXICO STATE RETURN | | | |
| TAXABLE INCOME | 416,792. | 0. | -416,792. |
| TAX | 31. | 0. | -31. |
| BALANCE DUE | 31. | 0. | -31. |

326301 04-01-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# Tax Return Carryovers to 2024

NAME: **ALEX B. & MARYANA ROSENBERG**                    ID Number:

| Disallowing Form | Description | Originating Form | Entity/ Activity | St/ City | Amount |
|---|---|---|---|---|---|
| 7203 | SCH E - SUNTERNAL, INC. | SCH E P2 | 1 | | 226,136. |
| 7203 | STATE SCH E - SUNTERNAL, INC. | SCH E P2 | 1 | | 831,640. |
| 7203 | BASIS QBI LOSS - SOLAR INSTALLATION FROM 2023 | SCH E P2 | 1 | | 226,136. |
| 7203AMT | SCH E - SUNTERNAL, INC. | SCH E P2 | 1 | | 227,457. |
| 7203AMT | STATE SCH E - SUNTERNAL, INC. | SCH E P2 | 1 | | 828,796. |
| 1040 | NOL C/O FROM 2023 | 1040 | | | 125,584. |
| 6251 | AMT NOL C/O FROM 2023 | 1040 | | | 125,584. |
| 461 | NOL C/O FROM 2023 - EXCESS BUSINESS LOSS | 1040 | | | 193,970. |
| 461 AMT | AMT NOL C/O FROM 2023 - EXCESS BUSINESS LOSS | 6251 | | | 192,649. |
| 8995 | TOTAL QUALIFIED BUSINESS LOSS | 8995 | | | 769,897. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

312541 04-01-23

12521016 131839 0113639                    2023.04030 ROSENBERG, ALEX B                    01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

**Direct Deposit/Debit Report**

Name: **ALEX B. & MARYANA ROSENBERG**　　　　　ID Number: **\*\*\*-\*\*-0671**

| Unit | Form | Name of Financial Institution | Account Type | Routing Number | Account Number | Debit/Deposit Date | Amount |
|------|------|-------------------------------|--------------|----------------|----------------|--------------------|--------|
| FED | 1040 | CHASE | CHECKING | 322271627 | \*\*\*\*1997 | DEPOSIT | 79,901. |
| CA | 540 | CHASE | CHECKING | 322271627 | \*\*\*\*1997 | DEPOSIT | 22,056. |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

303481  04-01-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| Form **1040** | Department of the Treasury - Internal Revenue Service **U.S. Individual Income Tax Return** | **2023** | EXTENSION GRANTED TO 10/15/24 | | |
|---|---|---|---|---|---|
| | | | OMB No. 1545-0074 | IRS Use Only - Do not write or staple in this space. | |

For the year Jan. 1 - Dec. 31, 2023, or other tax year beginning _____ , ending _____ | See separate instructions.

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
| ALEX B. | ROSENBERG | \*\*\* \*\* 0671 |

| If joint return, spouse's first name and middle initial | Last name | Spouse's social security number |
|---|---|---|
| MARYANA | ROSENBERG | \*\*\* \*\* 7979 |

Home address (number and street). If you have a P.O. box, see instructions. | Apt. no.
541 PAPAC WAY

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.  ☐ You  ☐ Spouse

City, town, or post office. If you have a foreign address, also complete spaces below. | State | ZIP code
SAN JOSE | CA | 95117

Foreign country name | Foreign province/state/county | Foreign postal code

**Filing Status**
Check only one box.

☐ Single
☒ Married filing jointly (even if only one had income)
☐ Married filing separately (MFS)
☐ Head of household (HOH)
☐ Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent

**Digital Assets**
At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  ☐ Yes  ☒ No

**Standard Deduction**
Someone can claim: ☐ You as a dependent  ☐ Your spouse as a dependent
☐ Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: ☐ Were born before January 2, 1959  ☐ Are blind  **Spouse:** ☐ Was born before January 2, 1959  ☐ Is blind

**Dependents** (see instructions):
If more than four dependents, see instr. and check here ☐

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check the box if qualifies for (see instr.): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
| CAMRYN ROSENBERG | \*\*\*-\*\*-2896 | SON | ☒ | |
| AYLA ROSENBERG | \*\*\*-\*\*-3725 | DAUGHTER | ☒ | |

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a Form W-2, see instructions.

| | | | |
|---|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | STMT 1 | **1a** | 452,416. |
| b | Household employee wages not reported on Form(s) W-2 | | **1b** | |
| c | Tip income not reported on line 1a (see instructions) | | **1c** | |
| d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) | | **1d** | |
| e | Taxable dependent care benefits from Form 2441, line 26 | | **1e** | |
| f | Employer-provided adoption benefits from Form 8839, line 29 | | **1f** | |
| g | Wages from Form 8919, line 6 | | **1g** | |
| h | Other earned income (see instructions) | | **1h** | |
| i | Nontaxable combat pay election (see instructions) | **1i** | | |
| z | Add lines 1a through 1h | | **1z** | 452,416. |

Attach Sch. B if required.

| | | | |
|---|---|---|---|
| 2a | Tax-exempt interest | **2a** | b Taxable interest | **2b** | 5,399. |
| 3a | Qualified dividends | **3a** | b Ordinary dividends | **3b** | |
| 4a | IRA distributions | **4a** | b Taxable amount | **4b** | |
| 5a | Pensions and annuities | **5a** | b Taxable amount | **5b** | |
| 6a | Social security benefits | **6a** | b Taxable amount | **6b** | |
| c | If you elect to use the lump-sum election method, check here (see instructions) | ☐ | | |

**Standard Deduction for -**
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

| | | | |
|---|---|---|---|
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ☐ | **7** | |
| 8 | Additional income from Schedule 1, line 10 | **8** | -578,000. |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | **9** | -120,185. |
| 10 | Adjustments to income from Schedule 1, line 26 | **10** | |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | **11** | -120,185. |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | **12** | 31,391. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | **13** | |
| 14 | Add lines 12 and 13 | **14** | 31,391. |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | **15** | 0. |

LHA  **For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.**

Form **1040** (2023)

313921 12-04-23

| **Tax and Credits** | **16** | **Tax** (see instructions). Check if any from Form(s): **1** ☐ 8814 **2** ☐ 4972 **3** ☐ _____ | **16** | 0. |
|---|---|---|---|---|
| | **17** | Amount from Schedule 2, line 3 | **17** | |
| | **18** | Add lines 16 and 17 | **18** | 0. |
| | **19** | Child tax credit or credit for other dependents from Schedule 8812 | **19** | |
| | **20** | Amount from Schedule 3, line 8 | **20** | |
| | **21** | Add lines 19 and 20 | **21** | 0. |
| | **22** | Subtract line 21 from line 18. If zero or less, enter -0- | **22** | 0. |
| | **23** | Other taxes, including self-employment tax, from Schedule 2, line 21 | **23** | 1,956. |
| | **24** | Add lines 22 and 23. This is your **total tax** | **24** | 1,956. |

| **Payments** | **25** | Federal income tax withheld from: | | | |
|---|---|---|---|---|---|
| | **a** | Form(s) W-2         SEE STATEMENT 2 | **25a** | 77,411. | |
| | **b** | Form(s) 1099 | **25b** | | |
| | **c** | Other forms (see instructions)   SEE STATEMENT 3 | **25c** | 497. | |
| | **d** | Add lines 25a through 25c | | | **25d** 77,908. |
| If you have a qualifying child, attach Sch. EIC. | **26** | 2023 estimated tax payments and amount applied from 2022 return | **26** | | |
| | **27** | Earned income credit (EIC)                    NO | **27** | | |
| | **28** | Additional child tax credit from Schedule 8812 | **28** | 3,200. | |
| | **29** | American opportunity credit from Form 8863, line 8 | **29** | | |
| | **30** | Reserved for future use | **30** | | |
| | **31** | Amount from Schedule 3, line 15 | **31** | 749. | |
| | **32** | Add lines 27, 28, 29, and 31. These are your **total other payments and refundable credits** | **32** | | 3,949. |
| | **33** | Add lines 25d, 26, and 32. These are your **total payments** | **33** | | 81,857. |

| **Refund** | **34** | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you **overpaid** | **34** | 79,901. |
|---|---|---|---|---|
| | **35a** | Amount of line 34 you want **refunded to you**. If Form 8888 is attached, check here ☐ | **35a** | 79,901. |
| Direct deposit? See instructions. | **b** | Routing number  322271627      **c** Type: ☒ Checking ☐ Savings | | |
| | **d** | Account number  *****1997 | | |
| | **36** | Amount of line 34 you want **applied to your 2024 estimated tax** | **36** | |

| **Amount You Owe** | **37** | Subtract line 33 from line 24. This is the **amount you owe**. | | |
|---|---|---|---|---|
| | | For details on how to pay, go to *www.irs.gov/Payments* or see instructions | **37** | |
| | **38** | Estimated tax penalty (see instructions) | **38** | |

| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions | ☒ **Yes.** Complete below. | ☐ **No** |
|---|---|---|---|
| | Designee's name  KELLY DRISKEL, EA | Phone no.  816-704-7310 | Personal identification number (PIN)  55902 |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

| Your signature | Date | Your occupation  SALES | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
|---|---|---|---|
| Spouse's signature. If a joint return, **both** must sign. | Date | Spouse's occupation  ACCOUNTANT | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) |

Joint return? See instructions. Keep a copy for your records.

Phone no.  408-744-2990      Email address

| **Paid Preparer Use Only** | Preparer's name  KELLY DRISKEL, EA | Preparer's signature  KELLY DRISKEL, EA | Date  10/15/24 | PTIN  P00772972 | Check if: ☐ Self-employed |
|---|---|---|---|---|---|
| | Firm's name  CLIFTONLARSONALLEN LLP | | | | Phone no.  816-704-7310 |
| | Firm's address  1100 WALNUT STREET, SUITE 3400 KANSAS CITY, MO 64106 | | | | Firm's EIN  41-0746749 |

Go to *www.irs.gov/Form1040* for instructions and the latest information.                    Form **1040** (2023)

**SCHEDULE 1**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Income and Adjustments to Income

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to www.irs.gov/Form1040 for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **01**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR
ALEX B. & MARYANA ROSENBERG

Your social security number
\*\*\*-\*\*-0671

| Part I | Additional Income |
|---|---|

| 1 | Taxable refunds, credits, or offsets of state and local income taxes  STMT 4    STMT 5 | 1 | 0. |
|---|---|---|---|
| 2a | Alimony received | 2a | |
| b | Date of original divorce or separation agreement (see instructions) | | |
| 3 | Business income or (loss). Attach Schedule C | 3 | -2,073. |
| 4 | Other gains or (losses). Attach Form 4797 | 4 | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | 5 | -769,897. |
| 6 | Farm income or (loss). Attach Schedule F | 6 | |
| 7 | Unemployment compensation | 7 | |

| 8 | Other income: | | |
|---|---|---|---|
| a | Net operating loss | 8a | ( ) |
| b | Gambling | 8b | |
| c | Cancellation of debt | 8c | |
| d | Foreign earned income exclusion from Form 2555 | 8d | ( ) |
| e | Income from Form 8853 | 8e | |
| f | Income from Form 8889 | 8f | |
| g | Alaska Permanent Fund dividends | 8g | |
| h | Jury duty pay | 8h | |
| i | Prizes and awards | 8i | |
| j | Activity not engaged in for profit income | 8j | |
| k | Stock options | 8k | |
| l | Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | |
| m | Olympic and Paralympic medals and USOC prize money (see instructions) | 8m | |
| n | Section 951(a) inclusion (see instructions) | 8n | |
| o | Section 951A(a) inclusion (see instructions) | 8o | |
| p | Section 461(l) excess business loss adjustment | 8p | 193,970. |
| q | Taxable distributions from an ABLE account (see instructions) | 8q | |
| r | Scholarship and fellowship grants not reported on Form W-2 | 8r | |
| s | Nontaxable amount of Medicaid waiver payments included on Form 1040, line 1a or 1d | 8s | ( ) |
| t | Pension or annuity from a nonqualifed deferred compensation plan or a nongovernmental section 457 plan | 8t | |
| u | Wages earned while incarcerated | 8u | |
| z | Other income. List type and amount: | 8z | |

| 9 | Total other income. Add lines 8a through 8z | 9 | 193,970. |
|---|---|---|---|
| 10 | Combine lines 1 through 7 and 9. This is your **additional income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 8 | 10 | -578,000. |

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 1 (Form 1040) 2023

LHA    314141 12-14-23

**Part II**   **Adjustments to Income**

| | | |
|---|---|---|
| **11** | Educator expenses | **11** |
| **12** | Certain business expenses of reservists, performing artists, and fee-basis government officials. Attach Form 2106 | **12** |
| **13** | Health savings account deduction. Attach Form 8889 | **13** |
| **14** | Moving expenses for members of the Armed Forces. Attach Form 3903 | **14** |
| **15** | Deductible part of self-employment tax. Attach Schedule SE | **15** |
| **16** | Self-employed SEP, SIMPLE, and qualified plans | **16** |
| **17** | Self-employed health insurance deduction | **17** |
| **18** | Penalty on early withdrawal of savings | **18** |
| **19a** | Alimony paid | **19a** |
| **b** | Recipient's SSN | |
| **c** | Date of original divorce or separation agreement (see instructions): | |
| **20** | IRA deduction | **20** |
| **21** | Student loan interest deduction | **21** |
| **22** | Reserved for future use | **22** |
| **23** | Archer MSA deduction | **23** |
| **24** | Other adjustments: | |
| **a** | Jury duty pay (see instructions) | **24a** |
| **b** | Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | **24b** |
| **c** | Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | **24c** |
| **d** | Reforestation amortization and expenses | **24d** |
| **e** | Repayment of supplemental unemployment benefits under the Trade Act of 1974 | **24e** |
| **f** | Contributions to section 501(c)(18)(D) pension plans | **24f** |
| **g** | Contributions by certain chaplains to section 403(b) plans | **24g** |
| **h** | Attorney fees and court costs for actions involving certain unlawful discrimination claims (see instructions) | **24h** |
| **i** | Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | **24i** |
| **j** | Housing deduction from Form 2555 | **24j** |
| **k** | Excess deductions of section 67(e) expenses from Schedule K-1 (Form 1041) | **24k** |
| **z** | Other adjustments. List type and amount: | **24z** |
| **25** | Total other adjustments. Add lines 24a through 24z | **25** |
| **26** | Add lines 11 through 23 and 25. These are your **adjustments to income.** Enter here and on Form 1040, 1040-SR, or 1040-NR, line 10 | **26** |

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| SCHEDULE 2 (Form 1040) | **Additional Taxes** | OMB No. 1545-0074 |
|---|---|---|

**Additional Taxes**

Department of the Treasury
Internal Revenue Service

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to www.irs.gov/Form1040 for instructions and the latest information.

**2023**

Attachment
Sequence No. **02**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| ALEX B. & MARYANA ROSENBERG | \*\*\*-\*\*-0671 |

**Part I    Tax**

| | | | |
|---|---|---|---|
| 1 | Alternative minimum tax. Attach Form 6251 | **1** | |
| 2 | Excess advance premium tax credit repayment. Attach Form 8962 | **2** | |
| 3 | Add lines 1 and 2. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 17 | **3** | 0. |

**Part II    Other Taxes**

| | | | | | |
|---|---|---|---|---|---|
| 4 | Self-employment tax. Attach Schedule SE | | | **4** | |
| 5 | Social security and Medicare tax on unreported tip income. Attach Form 4137 | **5** | | | |
| 6 | Uncollected social security and Medicare tax on wages. Attach Form 8919 | **6** | | | |
| 7 | Total additional social security and Medicare tax. Add lines 5 and 6 | | | **7** | |
| 8 | Additional tax on IRAs or other tax-favored accounts. Attach Form 5329 if required If not required, check here ☐ | | | **8** | |
| 9 | Household employment taxes. Attach Schedule H | | | **9** | |
| 10 | Repayment of first-time homebuyer credit. Attach Form 5405 if required | | | **10** | |
| 11 | Additional Medicare Tax. Attach Form 8959 | | | **11** | 1,956. |
| 12 | Net investment income tax. Attach Form 8960 | | | **12** | |
| 13 | Uncollected social security and Medicare or RRTA tax on tips or group-term life insurance from Form W-2, box 12 | | | **13** | |
| 14 | Interest on tax due on installment income from the sale of certain residential lots and timeshares | | | **14** | |
| 15 | Interest on the deferred tax on gain from certain installment sales with a sales price over $150,000 | | | **15** | |
| 16 | Recapture of low-income housing credit. Attach Form 8611 | | | **16** | |

(continued on page 2)

For Paperwork Reduction Act Notice, see your tax return instructions.

Schedule 2 (Form 1040) 2023

LHA    314151 12-14-23

12521016 131839 0113639    2023.04030 ROSENBERG, ALEX B    01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| Part II | Other Taxes *(continued)* | | | | |
|---|---|---|---|---|---|
| **17** | Other additional taxes: | | | | |
| **a** | Recapture of other credits. List type, form number, and amount | **17a** | | | |
| **b** | Recapture of federal mortgage subsidy, if you sold your home see instructions | **17b** | | | |
| **c** | Additional tax on HSA distributions. Attach Form 8889 | **17c** | | | |
| **d** | Additional tax on an HSA because you didn't remain an eligible individual. Attach Form 8889 | **17d** | | | |
| **e** | Additional tax on Archer MSA distributions. Attach Form 8853 | **17e** | | | |
| **f** | Additional tax on Medicare Advantage MSA distributions. Attach Form 8853 | **17f** | | | |
| **g** | Recapture of a charitable contribution deduction related to a fractional interest in tangible personal property | **17g** | | | |
| **h** | Income you received from a nonqualified deferred compensation plan that fails to meet the requirements of section 409A | **17h** | | | |
| **i** | Compensation you received from a nonqualified deferred compensation plan described in section 457A | **17i** | | | |
| **j** | Section 72(m)(5) excess benefits tax | **17j** | | | |
| **k** | Golden parachute payments | **17k** | | | |
| **l** | Tax on accumulation distribution of trusts | **17l** | | | |
| **m** | Excise tax on insider stock compensation from an expatriated corporation | **17m** | | | |
| **n** | Look-back interest under section 167(g) or 460(b) from Form 8697 or 8866 | **17n** | | | |
| **o** | Tax on non-effectively connected income for any part of the year you were a nonresident alien from Form 1040-NR | **17o** | | | |
| **p** | Any interest from Form 8621, line 16f, relating to distributions from, and dispositions of, stock of a section 1291 fund | **17p** | | | |
| **q** | Any interest from Form 8621, line 24 | **17q** | | | |
| **z** | Any other taxes. List type and amount: | **17z** | | | |
| **18** | Total additional taxes. Add lines 17a through 17z | | | **18** | |
| **19** | Reserved for future use | | | **19** | |
| **20** | Section 965 net tax liability installment from Form 965-A | **20** | | | |
| **21** | Add lines 4, 7 through 16, and 18. These are your **total other taxes.** Enter here and on Form 1040 or 1040-SR, line 23, or Form 1040-NR, line 23b | | | **21** | 1,956. |

314152 12-14-23

12521016 131839 0113639      2023.04030 ROSENBERG, ALEX B      01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# SCHEDULE 3
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Additional Credits and Payments

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to *www.irs.gov /Form1040* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **03**

| Name(s) shown on Form 1040, 1040-SR, or 1040-NR | Your social security number |
|---|---|
| ALEX B. & MARYANA ROSENBERG | ***-**-0671 |

## Part I   Nonrefundable Credits

| | | | | |
|---|---|---|---|---|
| **1** | Foreign tax credit. Attach Form 1116 if required | | **1** | |
| **2** | Credit for child and dependent care expenses from Form 2441, line 11. Attach Form 2441 | | **2** | 0. |
| **3** | Education credits from Form 8863, line 19 | | **3** | |
| **4** | Retirement savings contributions credit. Attach Form 8880 | | **4** | |
| **5a** | Residential clean energy credit from Form 5695, line 15 | | **5a** | |
| **b** | Energy efficient home improvement credit from Form 5695, line 32 | | **5b** | |
| **6** | Other nonrefundable credits: | | | |
| **a** | General business credit. Attach Form 3800 | **6a** | | |
| **b** | Credit for prior year minimum tax. Attach Form 8801 | **6b** | | |
| **c** | Adoption credit. Attach Form 8839 | **6c** | | |
| **d** | Credit for the elderly or disabled. Attach Schedule R | **6d** | | |
| **e** | Reserved for future use | **6e** | | |
| **f** | Clean vehicle credit. Attach Form 8936 | **6f** | | |
| **g** | Mortgage interest credit. Attach Form 8396 | **6g** | | |
| **h** | District of Columbia first-time homebuyer credit. Attach Form 8859 | **6h** | | |
| **i** | Qualified electric vehicle credit. Attach Form 8834 | **6i** | | |
| **j** | Alternative fuel vehicle refueling property credit. Attach Form 8911 | **6j** | | |
| **k** | Credit to holders of tax credit bonds. Attach Form 8912 | **6k** | | |
| **l** | Amount on Form 8978, line 14. See instructions | **6l** | | |
| **m** | Credit for previously owned clean vehicles. Attach Form 8936 | **6m** | | |
| **z** | Other nonrefundable credits. List type and amount: | **6z** | | |
| **7** | Total other nonrefundable credits. Add lines 6a through 6z | | **7** | |
| **8** | Add lines 1 through 4, 5a, 5b, and 7. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 20 | | **8** | 0. |

*(continued on page 2)*

**For Paperwork Reduction Act Notice, see your tax return instructions.**

Schedule 3 (Form 1040) 2023

LHA   314161 12-14-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

## Part II   Other Payments and Refundable Credits

| | | | |
|---|---|---|---|
| 9 | Net premium tax credit. Attach Form 8962 | 9 | |
| 10 | Amount paid with request for extension to file (see instructions) | 10 | |
| 11 | Excess social security and tier 1 RRTA tax withheld    STMT 6 | 11 | 749. |
| 12 | Credit for federal tax on fuels. Attach Form 4136 | 12 | |
| 13 | Other payments or refundable credits: | | |
| a | Form 2439 | 13a | |
| b | Credit for repayment of amounts included in income from earlier years | 13b | |
| c | Elective payment election amount from Form 3800, Part III, line 6, column (i) | 13c | |
| d | Deferred amount of net 965 tax liability (see instructions) | 13d | |
| z | Other payments or refundable credits. List type and amount: | 13z | |
| 14 | Total other payments or refundable credits. Add lines 13a through 13z | 14 | |
| 15 | Add lines 9 through 12 and 14. Enter here and on Form 1040, 1040-SR, or 1040-NR, line 31 | 15 | 749. |

314162 12-14-23

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 79 of 165
12521016 131839 0113639      2023.04030 ROSENBERG, ALEX B      01136391

# SCHEDULE A
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Itemized Deductions

**Attach to Form 1040 or 1040-SR.**
**Go to www.irs.gov/ScheduleA for instructions and the latest information.**
**Caution:** If you are claiming a net qualified disaster loss on Form 4684, see the instructions for line 16.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **07**

Name(s) shown on Form 1040 or 1040-SR

**Your social security number**

ALEX B. & MARYANA ROSENBERG

\*\*\* \*\* 0671

| | | | |
|---|---|---|---|
| **Medical and Dental Expenses** | **Caution:** Do not include expenses reimbursed or paid by others. | | |
| | 1 Medical and dental expenses (see instructions) | **1** | |
| | 2 Enter amount from Form 1040 or 1040-SR, line 11 ......... **2** | | |
| | 3 Multiply line 2 by 7.5% (0.075) | **3** | |
| | 4 Subtract line 3 from line 1. If line 3 is more than line 1, enter -0- | **4** | |
| **Taxes You Paid** | 5 State and local taxes. | | |
| | a State and local income taxes or general sales taxes. You may include either income taxes or general sales taxes on line 5a, but not both. If you elect to use general sales taxes instead of income taxes, check this box      SEE STATEMENT 7 ▢ | **5a** | 39,889. |
| | b State and local real estate taxes (see instructions) | **5b** | 17,995. |
| | c State and local personal property taxes | **5c** | |
| | d Add lines 5a through 5c | **5d** | 57,884. |
| | e Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) | **5e** | 10,000. |
| | 6 Other taxes. List type and amount: | **6** | |
| | 7 Add lines 5e and 6 | **7** | 10,000. |
| **Interest You Paid**<br>**Caution:** Your mortgage interest deduction may be limited. See instructions. | 8 Home mortgage interest and points. If you didn't use all of your home mortgage loan(s) to buy, build, or improve your home, see instructions and check this box ▢ | | |
| | a Home mortgage interest and points reported to you on Form 1098. See instructions if limited      SEE STATEMENT 8 | **8a** | 21,391. |
| | b Home mortgage interest not reported to you on Form 1098. See instructions if limited. If paid to the person from whom you bought the home, see instructions and show that person's name, identifying no., and address | **8b** | |
| | c Points not reported to you on Form 1098. See instructions for special rules | **8c** | |
| | d Reserved for future use | **8d** | |
| | e Add lines 8a through 8c | **8e** | 21,391. |
| | 9 Investment interest. Attach Form 4952 if required. See instructions | **9** | |
| | 10 Add lines 8e and 9 | **10** | 21,391. |
| **Gifts to Charity**<br>**Caution:** If you made a gift and got a benefit for it, see instructions. | 11 Gifts by cash or check. If you made any gift of $250 or more, see instructions | **11** | |
| | 12 Other than by cash or check. If you made any gift of $250 or more, see instructions. You **must** attach Form 8283 if over $500 | **12** | |
| | 13 Carryover from prior year | **13** | |
| | 14 Add lines 11 through 13 | **14** | |
| **Casualty and Theft Losses** | 15 Casualty and theft loss(es) from a federally declared disaster (other than net qualified disaster losses). Attach Form 4684 and enter the amount from line 18 of that form. See instructions | **15** | |
| **Other Itemized Deductions** | 16 Other - from list in instructions. List type and amount: | **16** | |
| **Total Itemized Deductions** | 17 Add the amounts in the far right column for lines 4 through 16. Also, enter this amount on Form 1040 or 1040-SR, line 12 | **17** | 31,391. |
| | 18 If you elect to itemize deductions even though they are less than your standard deduction, check this box ▢ | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1040.**

319501  11-03-23

**Schedule A (Form 1040) 2023**

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

**SCHEDULE B**
**(Form 1040)**

Department of the Treasury
Internal Revenue Service

# Interest and Ordinary Dividends

**Attach to Form 1040 or 1040-SR.**
**Go to www.irs.gov/ScheduleB for instructions and the latest information.**

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **08**

Name(s) shown on return

ALEX B. & MARYANA ROSENBERG

Your social security number

\*\*\* \*\* 0671

| Part I **Interest** | | | Amount |
|---|---|---|---|
| | **1** List name of payer. If any interest is from a seller-financed mortgage and the buyer used the property as a personal residence, see the instructions and list this interest first. Also, show that buyer's social security number and address: | | |
| | BANK OF AMERICA 7167 | | 21. |
| | DEPARTMENT OF THE TREASURY | | 5,378. |
| **Note:** If you received a Form 1099-INT, Form 1099-OID, or substitute statement from a brokerage firm, list the firm's name as the payer and enter the total interest shown on that form. | | **1** | |
| | **2** Add the amounts on line 1 | **2** | 5,399. |
| | **3** Excludable interest on series EE and I U.S. savings bonds issued after 1989. Attach Form 8815 | **3** | |
| | **4** Subtract line 3 from line 2. Enter the result here and on Form 1040 or 1040-SR, line 2b | **4** | 5,399. |
| | **Note:** If line 4 is over $1,500, you must complete Part III. | | |

| Part II **Ordinary Dividends** | | | Amount |
|---|---|---|---|
| | **5** List name of payer: | | |
| **Note:** If you received a Form 1099-DIV or substitute statement from a brokerage firm, list the firm's name as the payer and enter the ordinary dividends shown on that form. | | **5** | |
| | **6** Add the amounts on line 5. Enter the total here and on Form 1040 or 1040-SR, line 3b | **6** | |
| | **Note:** If line 6 is over $1,500, you must complete Part III. | | |

| Part III **Foreign Accounts and Trusts** | | Yes | No |
|---|---|---|---|
| | You must complete this part if you **(a)** had over $1,500 of taxable interest or ordinary dividends; **(b)** had a foreign account; or **(c)** received a distribution from, or were a grantor of, or a transferor to, a foreign trust. | | |
| **Caution:** If required, failure to file FinCEN Form 114 may result in substantial penalties. Additionally, you may be required to file Form 8938, Statement of Specified Foreign Financial Assets. See instr. | **7a** At any time during 2023, did you have a financial interest in or signature authority over a financial account (such as a bank account, securities account, or brokerage account) located in a foreign country? See instructions | | X |
| | If "Yes," are you required to file FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR), to report that financial interest or signature authority? See FinCEN Form 114 and its instructions for filing requirements and exceptions to those requirements | | |
| | **b** If you are required to file FinCEN Form 114, list the name(s) of the foreign country(-ies) where the financial account(s) is (are) located | | |
| | **8** During 2023, did you receive a distribution from, or were you the grantor of, or transferor to, a foreign trust? If "Yes," you may have to file Form 3520. See instructions | | X |

LHA **For Paperwork Reduction Act Notice, see your tax return instructions.** **Schedule B (Form 1040) 2023**

12521016 131839 0113639                    2023504030 ROSENBERG, ALEX B                    01136391

**Interest and Dividend Summary**

Name: <u>ALEX B. & MARYANA ROSENBERG</u>

Interest:

| Payer | Interest Income | Early Withdrawal Penalty | U.S. Bond Interest | Market Discount | Original Issue Discount | Other Periodic Interest | Tax-Exempt Interest | Investment Expense | Investment Interest Expense | Foreign Tax Paid | Federal Tax Withheld | State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BANK OF AMERICA 7167 | 21. | | | | | | | | | | | |
| DEPARTMENT OF THE TREAS | 5,378. | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Totals: | 5,399. | | | | | | | | | | | |

Dividends:

| Payer | Ordinary Dividends | Qualified Dividends | Capital Gain Distribution | Unrecap. Sec. 1250 Gains | Sec. 1202 Gains | Collectibles | Sec. 199A Dividends | U.S. Bond Interest | Exempt-Interest Dividends | Investment Expense | Foreign Tax Paid | Federal Tax Withheld | State Tax Withheld |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Totals: | | | | | | | | | | | | | |

327491
04-01-23

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business

### (Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.
Go to www.irs.gov/ScheduleC for instructions and the latest information.

OMB No. 1545-0074

## 2023

Attachment
Sequence No. **09**

Name of proprietor: **ALEX B. ROSENBERG**

Social security number (SSN): **\*\*\*-\*\*-0671**

**A** Principal business or profession, including product or service (see instructions)
**CONSULTANT**

**B** Enter code from instructions ▶ **541990**

**C** Business name. If no separate business name, leave blank.
**FLYROCK LLC**

**D** Employer ID number (EIN) (see instr.) **93-2527245**

**E** Business address (including suite or room no.) ▶ _____
City, town or post office, state, and ZIP code

**F** Accounting method: **(1)** [X] Cash **(2)** [ ] Accrual **(3)** [ ] Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses ......... [X] Yes [ ] No

**H** If you started or acquired this business during 2023, check here ................................................ [X]

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions .................. [ ] Yes [ ] No

**J** If "Yes," did you or will you file required Form(s) 1099? ........................................................ [ ] Yes [ ] No

## Part I — Income

| | | |
|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked .......... [ ] | **1** |
| 2 | Returns and allowances .......................................... | **2** |
| 3 | Subtract line 2 from line 1 ....................................... | **3** |
| 4 | Cost of goods sold (from line 42) ................................ | **4** |
| 5 | **Gross profit.** Subtract line 4 from line 3 ....................... | **5** |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | **6** |
| 7 | **Gross income.** Add lines 5 and 6 ............................ | **7** |

## Part II — Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | |
|---|---|---:|---|---|---:|
| 8 | Advertising | **8** 479. | 18 | Office expense ........................ | **18** 520. |
| 9 | Car and truck expenses (see instructions) | **9** | 19 | Pension and profit-sharing plans ....... | **19** |
| 10 | Commissions and fees | **10** | 20 | Rent or lease (see instructions): | |
| 11 | Contract labor (see instructions) | **11** | a | Vehicles, machinery, and equipment ... | **20a** |
| 12 | Depletion | **12** | b | Other business property .............. | **20b** |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | **13** | 21 | Repairs and maintenance ............. | **21** |
| | | | 22 | Supplies (not included in Part III) ...... | **22** |
| | | | 23 | Taxes and licenses ................... | **23** 800. |
| 14 | Employee benefit programs (other than on line 19) | **14** | 24 | Travel and meals: | |
| 15 | Insurance (other than health) | **15** | a | Travel ............................... | **24a** |
| 16 | Interest (see instructions): | | b | Deductible meals (see instructions) ... | **24b** |
| a | Mortgage (paid to banks, etc.) | **16a** | 25 | Utilities ............................. | **25** |
| b | Other | **16b** | 26 | Wages (less employment credits) ...... | **26** |
| 17 | Legal and professional services | **17** 274. | 27 a | Other expenses (from line 48) ........ | **27a** |
| | | | b | Energy efficient commercial bldgs deduction (attach Form 7205) | **27b** |

| | | |
|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b ▶ | **28** 2,073. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 ................................ | **29** -2,073. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. | |
| | **Simplified method filers only:** Enter the total square footage of (a) your home: _____ | |
| | and (b) the part of your home used for business: _____ . | |
| | Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 ...... | **30** |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | |
| | ● If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** | **31** -2,073. |
| | ● If a loss, you **must** go to line 32. | |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. | |
| | ● If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** | **32a** [X] All investment is at risk. |
| | ● If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | **32b** [ ] Some investment is not at risk. |

For Paperwork Reduction Act Notice, see the separate instructions.

Schedule C (Form 1040) 2023

LHA   320001 10-25-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

Name(s) shown on return. Do not enter name and social security number if shown on page 1.      **Your social security number**

**ALEX B. & MARYANA ROSENBERG**      \*\*\*-\*\*-**0671**

**Caution:** The IRS compares amounts reported on your tax return with amounts shown on Schedule(s) K-1.

| Part II | Income or Loss From Partnerships and S Corporations |
|---|---|

**Note:** If you report a loss, receive a distribution, dispose of stock, or receive a loan repayment from an S corporation, you **must** check the box in column **(e)** on line 28 and attach the required basis computation. If you report a loss from an at-risk activity for which **any** amount is **not** at risk, you **must** check the box in column **(f)** on line 28 and attach **Form 6198.** See instructions.

**27** Are you reporting any loss not allowed in a prior year due to the at-risk or basis limitations, a prior year unallowed loss from a passive activity (if that loss was not reported on Form 8582), or unreimbursed partnership expenses? If you answered "Yes," see instructions before completing this section ......................................................... ☐ **Yes** ☒ **No**

**28**

| | **(a)** Name | **(b)** Enter **P** for partnership; **S** for S corporation | **(c)** Check if foreign partnership | **(d)** Employer identification number | **(e)** Check if basis computation is required | **(f)** Check if any amount is not at risk |
|---|---|---|---|---|---|---|
| **A** | SUNTERNAL, INC. | S | | 84-2916481 | X | |
| **B** | | | | | | |
| **C** | | | | | | |
| **D** | | | | | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | | |
|---|---|---|---|---|---|
| | **(g)** Passive loss allowed (attach **Form 8582** if required) | **(h)** Passive income from **Schedule K-1** | **(i)** Nonpassive loss allowed (see **Schedule K-1**) | **(j)** Section 179 expense deduction from **Form 4562** | **(k)** Nonpassive income from **Schedule K-1** |
| **A** | | | 769,897. | | |
| **B** | | | | | |
| **C** | | | | | |
| **D** | | | | | |
| **29a** Totals | | | | | |
| **b** Totals | | | 769,897. | | |

**30** Add columns (h) and (k) of line 29a ...................................................... | **30** | |
**31** Add columns (g), (i), and (j) of line 29b ................................................. | **31** | ( 769,897. ) |
**32** **Total partnership and S corporation income or (loss).** Combine lines 30 and 31 | **32** | -769,897. |

| Part III | Income or Loss From Estates and Trusts |
|---|---|

**33**

| | **(a)** Name | **(b)** Employer identification number |
|---|---|---|
| **A** | | |
| **B** | | |

| | Passive Income and Loss | | Nonpassive Income and Loss | |
|---|---|---|---|---|
| | **(c)** Passive deduction or loss allowed (attach **Form 8582** if required) | **(d)** Passive income from **Schedule K-1** | **(e)** Deduction or loss from **Schedule K-1** | **(f)** Other income from **Schedule K-1** |
| **A** | | | | |
| **B** | | | | |
| **34a** Totals | | | | |
| **b** Totals | | | | |

**35** Add columns (d) and (f) of line 34a ...................................................... | **35** | |
**36** Add columns (c) and (e) of line 34b ...................................................... | **36** | ( ) |
**37** **Total estate and trust income or (loss).** Combine lines 35 and 36 ............... | **37** | |

| Part IV | Income or Loss From Real Estate Mortgage Investment Conduits (REMICs) - Residual Holder |
|---|---|

**38**

| | **(a)** Name | **(b)** Employer identification number | **(c)** Excess inclusion from **Schedules Q,** line 2c (see instructions) | **(d)** Taxable income (net loss) from **Schedules Q,** line 1b | **(e)** Income from **Schedules Q,** line 3b |
|---|---|---|---|---|---|
| | | | | | |

**39** Combine columns (d) and (e) only. Enter the result here and include in the total on line 41 below | **39** | |

| Part V | Summary |
|---|---|

**40** Net farm rental income or (loss) from **Form 4835.** Also, complete line 42 below ......... | **40** | |
**41** **Total income or (loss).** Combine lines 26, 32, 37, 39, and 40. Enter the result here and on Schedule 1 (Form 1040), line 5 ...... | **41** | -769,897. |
**42** **Reconciliation of farming and fishing income.** Enter your **gross** farming and fishing income reported on Form 4835, line 7; Schedule K-1 (Form 1065), box 14, code B; Schedule K-1 (Form 1120-S), box 17, code AN; and Schedule K-1 (Form 1041), box 14, code F. *See instructions.* | **42** | |
**43** **Reconciliation for real estate professionals.** If you were a real estate professional (see instructions), enter the net income or (loss) you reported anywhere on Form 1040, Form 1040-SR, or Form 1040-NR from all rental real estate activities in which you materially participated under the passive activity loss rules | **43** | |

**INCOME FROM PASSTHROUGH STATEMENT, PAGE 1**   **2023**

SCHEDULE E
Name  ALEX B. ROSENBERG                                      SSN/EIN  ***-**-0671
Passthrough  SUNTERNAL, INC. - SUNTERNAL, INC.   ID  84-2916481    TAXPAYER
S CORPORATION

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **SCHEDULE E, PAGE 2** | | | | | | | | |
| Ordinary business income (loss) | -996,033. | | | | | | | |
| Rental real estate income (loss) | | | | | | | | |
| Other net rental income (loss) | | | | | | | | |
| Intangible drilling costs/dry hole costs | | | | | | | | |
| Self-charged passive interest expense | | | | | | | | |
| Guaranteed payments | | | | | | | | |
| Section 179 and carryover | | | | | | | | |
| Disallowed section 179 expense | | | | | | | | |
| Excess farm loss | | | | | | | | |
| Net income (loss) | -996,033. | | 226,136. | | | | | -769,897. |
| First passive other | | | | | | | | |
| Second passive other | | | | | | | | |
| Cost depletion | | | | | | | | |
| Percentage depletion | | | | | | | | |
| Depletion carryover | | | | | | | | |
| Disallowed due to 65% limitation | | | | | | | | |
| Unreimbursed expenses (nonpassive) | | | | | | | | |
| Nonpassive other | | | | | | | | |
| Total Schedule E (page 2) | -996,033. | | 226,136. | | | | | -769,897. |
| **FORM 4797** | | | | | | | | |
| Section 1231 gain (loss) | | | | | | | | |
| Section 179 recapture on disposition | | | | | | | | |
| **SCHEDULE D** | | | | | | | | |
| Net short-term cap. gain (loss) | | | | | | | | |
| Net long-term cap. gain (loss) | | | | | | | | |
| Section 1256 contracts & straddles | | | | | | | | |
| **FORM 4952** | | | | | | | | |
| Investment interest expense - Sch. A | | | | | | | | |
| Other net investment income | | | | | | | | |
| **ITEMIZED DEDUCTIONS** | | | | | | | | |
| Charitable contributions | | | | | | | | |
| Deductions related to portfolio income | | | | | | | | |
| Other | | | | | | | | |

321551  04-01-23

**INCOME FROM PASSTHROUGH STATEMENT, PAGE 2** **2023**

SCHEDULE E

Name ALEX B. ROSENBERG    SSN/EIN ***-**-0671

Passthrough SUNTERNAL, INC. - SUNTERNAL, INC.    ID 84-2916481    TAXPAYER

S CORPORATION

| NONPASSIVE | K-1 Input | Prior Year Unallowed Basis Loss | Disallowed Due to Basis Limitation | Prior Year Unallowed At-Risk Loss | Disallowed Due to At-Risk | Prior Year Passive Loss | Disallowed Passive Loss | Tax Return |
|---|---|---|---|---|---|---|---|---|
| **INTEREST AND DIVIDENDS** | | | | | | | | |
| Interest income | | | | | | | | |
| Interest from U.S. bonds | | | | | | | | |
| Ordinary dividends | | | | | | | | |
| Qualified dividends | | | | | | | | |
| Tax-exempt interest income | | | | | | | | |
| **FORM 6251** | | | | | | | | |
| Depreciation adjustment after 12/31/86 | | | | | | | | |
| Adjusted gain or loss | | | | | | | | |
| Beneficiary's AMT adjustment | | | | | | | | |
| Depletion (other than oil) | | | | | | | | |
| Other | | | | | | | | |
| **MISCELLANEOUS** | | | | | | | | |
| Self-employment earnings (loss)/Wages | | | | | | | | |
| Gross farming & fishing inc | | | | | | | | |
| Royalties | | | | | | | | |
| Royalty expenses/depletion | | | | | | | | |
| Undistributed capital gains credit | | | | | | | | |
| Backup withholding | | | | | | | | |
| Credit for estimated tax | | | | | | | | |
| Cancellation of debt | | | | | | | | |
| Medical insurance - 1040 | | | | | | | | |
| Dependent care benefits | | | | | | | | |
| Retirement plans | | | | | | | | |
| Passthrough adjustment to Form 1040 | | | | | | | | |
| Penalty on early withdrawal of savings | | | | | | | | |
| NOL | | | | | | | | |
| Other taxes/recapture of credits | | | | | | | | |
| Credits | | | | | | | | |
| Casualty and theft loss | | | | | | | | |
| **FORM 8995** | | | | | | | | |
| Qualified business income | | | | | | | | |
| Qualified service income | | | | | | | | |
| Section 199A W-2 wages | 2,541,710. | | | | | | | 2,541,710. |
| Section 199A unadjusted basis | 133,833. | | | | | | | 133,833. |

321552 04-01-23

**Schedule E**      **PASSTHROUGH RECAP - BASIC INFORMATION**      **2023**

ALEX B. & MARYANA ROSENBERG      \*\*\*-\*\*-0671

| T/Y S/P J/E | T/Y/P/E | Entity No. | Act. No. | Name | Ordinary Income (Loss) 1/1/6 | Rental Real Estate Inc. (Loss) 2/2/7 | Other Rental Income (Loss) 3/3/8 | Passive Activity Loss C/O \* | AMT Passive Activity Loss C/O \* | Interest 5/4/1 | US Treasury Bond Interest \* | Dividends 6a/5a/2a | Qualified Dividends 6b/5b/2b | Royalties 7/6/\* | Short-Term Capital Gain (Loss) 8/7/3 | Net Long-Term Capital Gain (Loss) 9a/8a/4a |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| T | S | 1 | 1 | SUNTERNAL, INC. | -996,033. | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |

Totals ...............    -996,033.

Component of: Schedule E, Page 2, Various | Schedule E, Page 2, Various | Schedule E, Page 2, Various | Form 8582 Line 2c | Form 8582 AMT, Line 2c | Schedule B, Line 1 | Schedule B, Line 1 | Schedule B, Line 5 | Form 1040 Line 3a | Schedule E, Line 4 | Schedule D, Line 5 | Schedule D, Line 12

**Schedule K-1 Line Reference: (1065/1120S/1041)**

| Entity No. | Act. No. | Guaranteed Payments to Partner 4/\*/\* | Section 1231 Gain (Loss) 10/9/\* | Ordinary Gain (Loss) Form 4797 \* | Other Income 11/10/\* | Charitable Contributions 60% 13/12/\* | Section 179 Expense 12/11/\* | Other Deductions 13/12/\* | Investment Int. Expense (Schedule A) 13/12/\* | Investment Int. Expense (Schedule E) \*/\* | Investment Income 20/17/14 | SE Health Insurance Premium 13/\*/\* | Wages for More Than 2% Shareholders \* | Net SE Earnings 14/\*/\* | AMT Depr Adj on Post '86 Property 17/15/12 | Minimum Tax Adjustment \*/\*/12 | Exclusion Items \*/\*/12 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |

Totals .........

Component of: Schedule E, Page 2, Various | Form 4797, Line 2 | Form 4797, Line 10 | Schedule E, Page 2, Various | Schedule A, Lines 11 & 12 | Form 4562, Line 6 | Schedule E, Page 2, Various | Schedule A, Line 9 | Schedule E, Page 2, Various | Form 4952, Line 4a | Form 1040, Schedule 1, Line 17 | Form 1040, Line 1 | Schedule SE, Line 2 | Form 6251, Line 2m | Form 6251, Line 2j | 2023 Form 8801

\* - No specific Schedule K-1 line reference for these amounts.

328071 04-01-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| Schedule E | PASSTHROUGH RECAP - ADDITIONAL INCOME, DEDUCTIONS, AND PRIOR YEAR CARRYOVERS | 2023 |
|---|---|---|

ALEX B. & MARYANA ROSENBERG  ***-**-0671

Schedule K-1
Line Reference:
(1065/1120S/1041)

| | | 17/15/* | | 15/13/13 | */*/10 | */*/11 | 18/16/14 | 18/16/* | 18/16/* | * | * | * | * | * | * | * | * |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entity No. | Act. No. | AMT Adj. Gain or Loss | Reserved | Low Income Housing Cr Post '07 | Estate Tax Deduction | Excess Deductions on Termination | Tax-exempt Interest Income | Other Tax-exempt Income | Nondeductible Expenses | Section 1231 PAL Carryover | AMT Section 1231 PAL Carryover | ST Capital PAL C/O | AMT ST Capital PAL C/O | LT Capital PAL C/O | AMT LT Capital PAL C/O | Form 4797 Ordinary PAL C/O | AMT 4797 Ordinary PAL C/O |
| 1 | 1 | | | | | | | | 12,667. | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Totals | | | | | | | | | 12,667. | | | | | | | | |
| Component of: | | Form 6251, Line 2m | | Form 8586 Line 4 | Schedule A, Line 16 | Schedule A, Line 16 | Schedule B, Line 1 | Schedule B, Line 1 | Form 6198, Line 4 Basic Lmt. | Form 8582, Line 2c | Form 8582 AMT, Line 2c | Form 8582, Line 2c | Form 8582 AMT, Line 2c | Form 8582, Line 2c | Form 8582 AMT, Line 2c | Form 8582, Line 2c | Form 8582 AMT, Line 2c |

Schedule K-1
Line Reference:
(1065/1120S/1041)

| | | */* | 13/12/* | 13/12/* | 13/12/* | 13/*/* | 13/*/* | 13/*/* | 11/10/5 | * | 9c/8c/4c | 20/17/* | * | */*/9 | 13/12/* | * | 13/12/* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Entity No. | Act. No. | Section 179 Carryover | Charitable Contributions 30% Regular | Charitable Contributions 30% Special | Charitable Contributions 20% | Keogh Payments | SEP Payments | IRA Contributions | Other Portfolio Income (loss) | Other Nonportfolio Nonpassive Income | Unrecaptured Section 1250 Gain | Investment Expenses | Investment Interest Expense C/O (Sch. E) | Nonpassive Depreciation and Amortization | Deductions Related to Portfolio Income (not 2%) | Medical Payments for 2% Owner | Section 59(e)(2) Expenditure |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Totals | | | | | | | | | | | | | | | | | |
| Component of: | | Form 4562, Line 10 | Schedule A, Lines 11 & 12 | Schedule A, Lines 11 & 12 | Schedule A, Lines 11 & 12 | Form 1040, Schedule 1, Line 16 | Form 1040, Schedule 1, Line 16 | Form 1040, Schedule 1, Line 20 | Schedule E, Page 2, Various | Schedule E, Page 2, Various | Schedule D, Line 19 | Form 4952, Line 5 | Form 4952, Line 2 | Schedule E, Line 33 | Schedule A, Line 16 | Schedule A, Line 1 | Schedule E, Page 2, Various |

328072 04-01-23      * - No specific Schedule K-1 line reference for these amounts.

| Schedule E | PASSTHROUGH RECAP - QUALIFIED BUSINESS INCOME DEDUCTION | 2023 |
|---|---|---|

ALEX B. & MARYANA ROSENBERG     \*\*\*-\*\*-0671

Schedule K-1
Line Reference:
(1065/1120S/1041)

| Entity No. | Act. No. | Ordinary Income or Loss 20/17/14 | Rental Income or Loss 20/17/14 | Royalty Income or Loss 20/17/14 | Section 1231 Loss 20/17/14 | Other Income 20/17/14 | Other Deductions 20/17/14 | Reserved | Depletion 20/17/14 | Depletion Adjustments 20/17/14 | Sec 59(e)(2) Expenditures 20/17/14 | Sec 59(e)(2) Expenditures Adjustments 20/17/14 | W-2 Wages 20/17/14 | Unadjusted Basis 20/17/14 | REIT Dividends 20/17/14 | PTP Income Override 20/17/14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 996,033. | | | | | | | | | | | 2541710. | 133,833. | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | |
| Totals | | 996,033. | | | | | | | | | | | 2541710. | 133,833. | | |
| Components of: | | Form 8995 | Form 8995 | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A |

Schedule K-1
Line Reference:
(1065/1120S/1041)

| Entity No. | Act. No. | Qualified Business Inc Override 20/17/14 | Qualified Service Inc Override 20/17/14 | Patron Reduction Override 20/17/14 | Ordinary Gain Override 20/17/14 | QBI from Cooperatives 20/17/14 | W-2 Wages from Cooperatives 20/17/14 | Section 179 Deduction 20/17/14 | Section 179 Deduction Adjustment 20/17/14 | SE Health Insurance Deduction 20/17/14 | SE Health Insurance Deduction Adj. 20/17/14 | Retirement Plan Deductions 20/17/14 | Retirement Plan Deduction Adj. 20/17/14 | Net Earnings from SE 20/17/14 | Net Earnings from SE Adjustment 20/17/14 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| Totals | | | | | | | | | | | | | | | |
| Components of: | | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995-A | Form 8995/ 8995-A | Form 8995-A | Form 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | Form 8995/ 8995-A | |

328077 10-16-23

| Schedule E | | | | | | PASSTHROUGH RECAP - BASIS CARRYOVERS TO NEXT YEAR | | | | | | | | | | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**ALEX B. & MARYANA ROSENBERG**  ***-**-0671

| Entity No. | Act. No. | Schedule E Basis Carryover | AMT Schedule E Basis Carryover | ST Capital Basis Carryover | AMT ST Capital Basis Carryover | LT Capital Basis Carryover | AMT LT Capital Basis Carryover | Section 1231 Basis Carryover | AMT Section 1231 Basis Carryover | Form 4797 Ordinary Basis Carryover | AMT Form 4797 Basis At-Risk C/O | Charitable Contributions Basis Carryover | AMT Charitable Contributions Basis Carryover | Section 179 Expense Basis C/O | AMT Section 179 Expense Basis C/O | Portfolio Income Deductions Basis C/O | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 226,136. | 227,457. | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| Totals ......... | | 226,136. | 227,457. | | | | | | | | | | | | | | |

| Entity No. | Act. No. | Keogh, SEP, IRA Basis C/O | AMT Keogh, SEP, IRA Basis C/O | Other Basis Carryovers | AMT Other Basis Carryovers | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| Totals ......... | | | | | | | | | | | | |

328075  04-01-23

Form **2441**

Department of the Treasury
Internal Revenue Service

# Child and Dependent Care Expenses

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to www.irs.gov/Form2441 for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **21**

Name(s) shown on return

ALEX B. & MARYANA ROSENBERG

Your social security number

\*\*\* \*\* 0671

**A** You can't claim a credit for child and dependent care expenses if your filing status is married filing separately unless you meet the requirements listed in the instructions under *Married Persons Filing Separately*. If you meet these requirements, check this box ☐

**B** If you or your spouse was a student or was disabled during 2023 and you're entering deemed income of $250 or $500 a month on Form 2441 based on the income rules listed in the instructions under *If You or Your Spouse Was a Student or Disabled*, check this box ☐

## Part I | Persons or Organizations Who Provided the Care - You **must** complete this part.

If you have more than three care providers, see the instructions and check this box ☐

| 1 | (a) Care provider's name | (b) Address (number, street, apt. no., city, state, and ZIP code) | (c) Identifying number (SSN or EIN) | (d) Was the care provider your household employee in 2023? For example, this generally includes nannies but not daycare centers. | (e) Amount paid |
|---|---|---|---|---|---|
| | I GROW LEARNING ACAD | 1063 FEWTRELL DRIVE CAMPBELL, CA 95008 | 46-4418451 | ☐ Yes ☒ No | 26,250. |
| | | | | ☐ Yes ☐ No | |
| | | | | ☐ Yes ☐ No | |

Did you receive **dependent care benefits?** — **No** — Complete only Part II below.
— **Yes** — Complete Part III on page 2 next.

**Caution:** If the care provider is your household employee, you may owe employment taxes. For details, see the Instructions for Schedule H (Form 1040). If you incurred care expenses in 2023 but didn't pay them until 2024, or if you prepaid in 2023 for care to be provided in 2024, don't include these expenses in column (d) of line 2 for 2023. See the instructions.

## Part II | Credit for Child and Dependent Care Expenses

**2** Information about your **qualifying person(s).** If you have more than three qualifying persons, see the instructions and check this box ☐

| (a) Qualifying person's name | | (b) Qualifying person's social security number | (c) Check here if the qualifying person was over age 12 and was disabled. (see instructions) | (d) Qualified expenses you incurred and paid in 2023 for the person listed in column (a) |
|---|---|---|---|---|
| First | Last | | | |
| CAMRYN | ROSENBERG | \*\*\*-\*\*-2896 | ☐ | 26,250. |
| | | | ☐ | |
| | | | ☐ | |

| | | | |
|---|---|---|---|
| **3** | Add the amounts in column (d) of line 2. **Don't** enter more than $3,000 if you had one qualifying person or $6,000 if you had two or more persons. If you completed Part III, enter the amount from line 31 | **3** | 3,000. |
| **4** | Enter your **earned income.** See instructions | **4** | 240,779. |
| **5** | If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions); **all others,** enter the amount from line 4 | **5** | 209,564. |
| **6** | Enter the **smallest** of line 3, 4, or 5 | **6** | 3,000. |
| **7** | Enter the amount from Form 1040, 1040-SR, or 1040-NR, line 11 | **7** -120,185. | |
| **8** | Enter on line 8 the decimal amount shown below that applies to the amount on line 7. | | |

| If line 7 is: | | | If line 7 is: | | | If line 7 is: | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Over | But not over | Decimal amount is | Over | But not over | Decimal amount is | Over | But not over | Decimal amount is | | |
| $0 - 15,000 | | .35 | $25,000 - 27,000 | | .29 | $37,000 - 39,000 | | .23 | | |
| 15,000 - 17,000 | | .34 | 27,000 - 29,000 | | .28 | 39,000 - 41,000 | | .22 | | |
| 17,000 - 19,000 | | .33 | 29,000 - 31,000 | | .27 | 41,000 - 43,000 | | .21 | | |
| 19,000 - 21,000 | | .32 | 31,000 - 33,000 | | .26 | 43,000 - No limit | | .20 | | |
| 21,000 - 23,000 | | .31 | 33,000 - 35,000 | | .25 | | | | **8** | x .35 |
| 23,000 - 25,000 | | .30 | 35,000 - 37,000 | | .24 | | | | | |

| | | | |
|---|---|---|---|
| **9a** | Multiply line 6 by the decimal amount on line 8 | **9a** | 1,050. |
| **b** | If you paid 2022 expenses in 2023, complete Worksheet A in the instructions. Enter the amount from line 13 of the worksheet here. Otherwise, enter -0- on line 9b and go to line 9c | **9b** | 0. |
| **c** | Add lines 9a and 9b and enter the result | **9c** | 1,050. |
| **10** | Tax liability limit. Enter the amount from the Credit Limit Worksheet in the instructions | **10** 0. | |
| **11** | **Credit for child and dependent care expenses.** Enter the **smaller** of line 9c or line 10 here and on Schedule 3 (Form 1040), line 2 | **11** | 0. |

LHA **For Paperwork Reduction Act Notice, see your tax return instructions.** 313751 12-14-23 Form **2441** (2023)

12521016 131839 0113639          2023.04030 ROSENBERG, ALEX B          01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| Part III | Dependent Care Benefits |
|---|---|

**12** Enter the total amount of **dependent care benefits** you received in 2023. Amounts you received as an employee should be shown in box 10 of your Form(s) W-2. **Don't** include amounts reported as wages in box 1 of Form(s) W-2. If you were self-employed or a partner, include amounts you received under a dependent care assistance program from your sole proprietorship or partnership ......... **12**

**13** Enter the amount, if any, you carried over from 2022 and used in 2023 during the grace period. See instructions **13**

**14** If you forfeited or carried over to 2024 any of the amounts reported on line 12 or 13, enter the amount. See instructions ......... **14** ( )

**15** Combine lines 12 through 14. See instructions .................................... **15**

**16** Enter the total amount of **qualified expenses** incurred in 2023 for the care of the **qualifying person(s)** ............................ **16**

**17** Enter the **smaller** of line 15 or 16 ............................ **17**

**18** Enter your **earned income.** See instructions ............ **18**

**19** Enter the amount shown below that applies to you.
- If married filing jointly, enter your spouse's earned income (if you or your spouse was a student or was disabled, see the instructions for line 5).
- If married filing separately, see instructions.
- All others, enter the amount from line 18.

**19**

**20** Enter the **smallest** of line 17, 18, or 19 ............... **20**

**21** Enter $5,000 ($2,500 if married filing separately **and** you were required to enter your spouse's earned income on line 19). However, don't enter more than the maximum amount allowed under your dependent care plan. See instructions **21**

**22** Is any amount on line 12 or 13 from your sole proprietorship or partnership?
- [ ] **No.** Enter -0-.
- [ ] **Yes.** Enter the amount here **22**

**23** Subtract line 22 from line 15 ............ **23**

**24** **Deductible benefits.** Enter the **smallest** of line 20, 21, or 22. Also, include this amount on the appropriate line(s) of your return. See instructions **24**

**25** **Excluded benefits.** If you checked "No" on line 22, enter the smaller of line 20 or line 21. Otherwise, subtract line 24 from the smaller of line 20 or line 21. If zero or less, enter -0- ........... **25**

**26** **Taxable benefits.** Subtract line 25 from line 23. If zero or less, enter -0-. Also, enter this amount on Form 1040, 1040-SR, or 1040-NR, line 1e ........... **26**

To claim the child and dependent care credit,
complete lines 27 through 31 below.

**27** Enter $3,000 ($6,000 if two or more qualifying persons) ........................... **27**

**28** Add lines 24 and 25 ............................... **28**

**29** Subtract line 28 from line 27. If zero or less, **stop.** You can't take the credit. **Exception.** If you paid 2022 expenses in 2023, see the instructions for line 9b .................. **29**

**30** Complete line 2 on page 1 of this form. **Don't** include in column (d) any benefits shown on line 28 above. Then, add the amounts in column (d) and enter the total here .................. **30**

**31** Enter the **smaller** of line 29 or 30. Also, enter this amount on line 3 on page 1 of this form and complete lines 4 through 11 .................... **31**

313752 12-14-23     Form **2441** (2023)

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

DOES NOT APPLY

**Form 6251**

## Alternative Minimum Tax - Individuals

OMB No. 1545-0074

Department of the Treasury
Internal Revenue Service

Attach to Form 1040, 1040-SR, or 1040-NR.
Go to www.irs.gov/Form6251 for instructions and the latest information.

**2023**

Attachment Sequence No. **32**

Name(s) shown on Form 1040, 1040-SR, or 1040-NR

ALEX B. & MARYANA ROSENBERG

Your social security number

\*\*\* \*\* 0671

| Part I | Alternative Minimum Taxable Income | | |
|---|---|---|---|
| 1 | Enter the amount from Form 1040 or 1040-SR, line 15, if more than zero. If Form 1040 or 1040-SR, line 15, is zero, subtract line 14 of Form 1040 or 1040-SR from line 11 of Form 1040 or 1040-SR and enter the result here. (If less than zero, enter as a negative amount.) | 1 | -151,576. |
| 2a | If filing Schedule A (Form 1040), enter the taxes from Schedule A, line 7; otherwise, enter the amount from Form 1040 or 1040-SR, line 12 | 2a | 10,000. |
| b | Tax refund from Schedule 1 (Form 1040), line 1 or line 8z | 2b | |
| c | Investment interest expense (difference between regular tax and AMT) | 2c | |
| d | Depletion (difference between regular tax and AMT) | 2d | |
| e | Net operating loss deduction from Schedule 1 (Form 1040), line 8a. Enter as a positive amount | 2e | |
| f | Alternative tax net operating loss deduction | 2f | |
| g | Interest from specified private activity bonds exempt from the regular tax | 2g | |
| h | Qualified small business stock, see instructions | 2h | |
| i | Exercise of incentive stock options (excess of AMT income over regular tax income) | 2i | |
| j | Estates and trusts (amount from Schedule K-1 (Form 1041), box 12, code A) | 2j | |
| k | Disposition of property (difference between AMT and regular tax gain or loss) | 2k | |
| l | Depreciation on assets placed in service after 1986 (difference between regular tax and AMT) | 2l | |
| m | Passive activities (difference between AMT and regular tax income or loss) | 2m | |
| n | Loss limitations (difference between AMT and regular tax income or loss)   SEE STATEMENT 9 | 2n | 1,321. |
| o | Circulation costs (difference between regular tax and AMT) | 2o | |
| p | Long-term contracts (difference between AMT and regular tax income) | 2p | |
| q | Mining costs (difference between regular tax and AMT) | 2q | |
| r | Research and experimental costs (difference between regular tax and AMT) | 2r | |
| s | Income from certain installment sales before January 1, 1987 | 2s | |
| t | Intangible drilling costs preference | 2t | |
| 3 | Other adjustments, including income-based related adjustments   SEE STATEMENT 10 | 3 | -1,321. |
| 4 | **Alternative minimum taxable income.** Combine lines 1 through 3. (If married filing separately and line 4 is more than $831,150, see instructions.) | 4 | -141,576. |

| Part II | Alternative Minimum Tax (AMT) | | | |
|---|---|---|---|---|
| 5 | **Exemption.** | | | |

| IF your filing status is ... | AND line 4 is not over ... | THEN enter on line 5 ... | | |
|---|---|---|---|---|
| Single or head of household | $578,150 | $81,300 | | |
| Married filing jointly or qualifying surviving spouse | 1,156,300 | 126,500 | | |
| Married filing separately | 578,150 | 63,250 | | |

If line 4 is **over** the amount shown above for your filing status, see instructions.

| | | | 5 | 126,500. |
|---|---|---|---|---|
| 6 | Subtract line 5 from line 4. If more than zero, go to line 7. If zero or less, enter -0- here and on lines 7, 9, and 11, and go to line 10 | | 6 | 0. |
| 7 | • If you are filing Form 2555, see instructions for the amount to enter. • If you reported capital gain distributions directly on Form 1040 or 1040-SR, line 7; you reported qualified dividends on Form 1040 or 1040-SR, line 3a; **or** you had a gain on both lines 15 and 16 of Schedule D (Form 1040) (as refigured for the AMT, if necessary), complete Part III on the back and enter the amount from line 40 here. • **All others:** If line 6 is $220,700 or less ($110,350 or less if married filing separately), multiply line 6 by 26% (0.26). Otherwise, multiply line 6 by 28% (0.28) and subtract $4,414 ($2,207 if married filing separately) from the result. | | 7 | 0. |
| 8 | Alternative minimum tax foreign tax credit (see instructions) | | 8 | |
| 9 | Tentative minimum tax. Subtract line 8 from line 7 | | 9 | 0. |
| 10 | Add Form 1040 or 1040-SR, line 16 (minus any tax from Form 4972), and Schedule 2 (Form 1040), line 2. Subtract from the result Schedule 3 (Form 1040), line 1 and any negative amount reported on Form 8978, line 14 (treated as a positive number). If zero or less, enter -0-. If you used Schedule J to figure your tax on Form 1040 or 1040-SR, line 16, refigure that tax without using Schedule J before completing this line. See instructions | | 10 | |
| 11 | **AMT.** Subtract line 10 from line 9. If zero or less, enter -0-. Enter here and on Schedule 2 (Form 1040), line 1 | | 11 | 0. |

LHA  **For Paperwork Reduction Act Notice, see your tax return instructions.**   319481  12-09-23   Form **6251** (2023)

Case: 25-50975   Doc # 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 93 of 165
12521016 131839 0113639              2023.04030 ROSENBERG, ALEX B              01136391

Form 6251 (2023)    **ALEX B. & MARYANA ROSENBERG**        **\*\*\*-\*\*-0671**    Page **2**

| **Part III** | **Tax Computation Using Maximum Capital Gains Rates** |

Complete Part III only if you are required to do so by line 7 or by the Foreign Earned Income Tax Worksheet in the instructions.

| | | | |
|---|---|---|---|
| **12** | Enter the amount from Form 6251, line 6. If you are filing Form 2555, enter the amount from line 3 of the worksheet in the instructions for line 7 | **12** | |
| **13** | Enter the amount from line 4 of the Qualified Dividends and Capital Gain Tax Worksheet in the Instructions for Form 1040 or the amount from line 13 of the Schedule D Tax Worksheet in the Instructions for Schedule D (Form 1040), whichever applies (as refigured for the AMT, necessary). See instructions. If you are filing Form 2555, see instructions for the amount to enter | **13** | |
| **14** | Enter the amount from Schedule D (Form 1040), line 19 (as refigured for the AMT, if necessary). See instructions. If you are filing Form 2555, see instructions for the amount to enter | **14** | |
| **15** | If you did not complete a Schedule D Tax Worksheet for the regular tax or the AMT, enter the amount from line 13. Otherwise, add lines 13 and 14, and enter the **smaller** of that result or the amount from line 10 of the Schedule D Tax Worksheet (as refigured for the AMT, if necessary). If you are filing Form 2555, see instructions for the amount to enter | **15** | |
| **16** | Enter the **smaller** of line 12 or line 15 | **16** | |
| **17** | Subtract line 16 from line 12 | **17** | |
| **18** | If line 17 is $220,700 or less ($110,350 or less if married filing separately), multiply line 17 by 26% (0.26). Otherwise, multiply line 17 by 28% (0.28) and subtract $4,414 ($2,207 if married filing separately) from the result | **18** | |
| **19** | Enter:  • $89,250 if married filing jointly or qualifying surviving spouse,  • $44,625 if single or married filing separately, or  • $59,750 if head of household. | **19** | |
| **20** | Enter the amount from line 5 of the Qualified Dividends and Capital Gain Tax Worksheet or the amount from line 14 of the Schedule D Tax Worksheet, whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040 or 1040-SR, line 15; if zero or less, enter -0-. If you are filing Form 2555, see instructions for the amount to enter | **20** | |
| **21** | Subtract line 20 from line 19. If zero or less, enter -0- | **21** | |
| **22** | Enter the **smaller** of line 12 or line 13 | **22** | |
| **23** | Enter the **smaller** of line 21 or line 22. This amount is taxed at 0% | **23** | |
| **24** | Subtract line 23 from line 22 | **24** | |
| **25** | Enter:  • $492,300 if single,  • $276,900 if married filing separately,  • $553,850 if married filing jointly or qualifying surviving spouse, or  • $523,050 if head of household. | **25** | |
| **26** | Enter the amount from line 21 | **26** | |
| **27** | Enter the amount from line 5 of the Qualified Dividends and Capital Gain Tax Worksheet or the amount from line 21 of the Schedule D Tax Worksheet, whichever applies (as figured for the regular tax). If you did not complete either worksheet for the regular tax, enter the amount from Form 1040 or 1040-SR, line 15; if zero or less, enter -0-. If you are filing Form 2555, see instructions for the amount to enter | **27** | |
| **28** | Add line 26 and line 27 | **28** | |
| **29** | Subtract line 28 from line 25. If zero or less, enter -0- | **29** | |
| **30** | Enter the smaller of line 24 or line 29 | **30** | |
| **31** | Multiply line 30 by 15% (0.15) | **31** | |
| **32** | Add lines 23 and 30 | **32** | |
| | **If lines 32 and 12 are the same, skip lines 33 through 37 and go to line 38. Otherwise, go to line 33.** | | |
| **33** | Subtract line 32 from line 22 | **33** | |
| **34** | Multiply line 33 by 20% (0.20) | **34** | |
| | **If line 14 is zero or blank, skip lines 35 through 37 and go to line 38. Otherwise, go to line 35.** | | |
| **35** | Add lines 17, 32, and 33 | **35** | |
| **36** | Subtract line 35 from line 12 | **36** | |
| **37** | Multiply line 36 by 25% (0.25) | **37** | |
| **38** | Add lines 18, 31, 34, and 37 | **38** | |
| **39** | If line 12 is $220,700 or less ($110,350 or less if married filing separately), multiply line 12 by 26% (0.26). Otherwise, multiply line 12 by 28% (0.28) and subtract $4,414 ($2,207 if married filing separately) from the result | **39** | |
| **40** | Enter the **smaller** of line 38 or line 39 here and on line 7. If you are filing Form 2555, do not enter this amount on line 7. Instead, enter it on line 4 of the worksheet in the instructions for line 7 | **40** | |

319591 12-09-23

Form **6251** (2023)

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

**ALTERNATIVE MINIMUM TAX RECONCILIATION REPORT**

| Name(s) | | | | | | | Social Security Number |
|---|---|---|---|---|---|---|---|
| ALEX B. & MARYANA ROSENBERG | | | | | | | ***-**-0671 |

| Form Name | Description | Income | Adjustment | | | | |
|---|---|---|---|---|---|---|---|
| | | | Form 6251, Line 2k | Form 6251, Line 2l | Form 6251, Line 2m | Form 6251, Line 2n | Form 6251 Other Adjustment |
| K-1- | SUNTERNAL, INC. | | | | | | |
| | *   REGULAR INCOME | -996,033. | | | | | |
| | BASIS ALLOWED | 769,897. | | | | 769,897. | |
| | AMT BASIS ALLOWED | -768,576. | | | | -768,576. | |
| | AMT BASIS ADJ | -1,321. | | | | | |
| | *   AMT NET INCOME | -996,033. | | | | 1,321. | |
| | | | | | | | |
| | ** TOTAL ADJ & PREF ** | | | | | 1,321. | |

319911
04-01-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| SCHEDULE 8812 | Credits for Qualifying Children | OMB No. 1545-0074 |
|---|---|---|
| (Form 1040) | and Other Dependents | **2023** |
| Department of the Treasury Internal Revenue Service | Attach to Form 1040, 1040-SR, or 1040-NR. Go to www.irs.gov/Schedule8812 for instructions and the latest information. | Attachment Sequence No. **47** |

| Name(s) shown on return | Your social security number |
|---|---|
| ALEX B. & MARYANA ROSENBERG | ***-**-0671 |

### Part I  Child Tax Credit and Credit for Other Dependents

| | | | | |
|---|---|---|---|---|
| 1 | Enter the amount from line 11 of your Form 1040, 1040-SR, or 1040-NR | | **1** | −120,185. |
| 2a | Enter income from Puerto Rico that you excluded | **2a** | | |
| b | Enter the amounts from lines 45 and 50 of your Form 2555 | **2b** | | |
| c | Enter the amount from line 15 of your Form 4563 | **2c** | | |
| d | Add lines 2a through 2c | | **2d** | |
| 3 | Add lines 1 and 2d | | **3** | −120,185. |
| 4 | Number of qualifying children under age 17 with the required social security number | **4** | 2 | |
| 5 | Multiply line 4 by $2,000 | | **5** | 4,000. |
| 6 | Number of other dependents, including any qualifying children who are not under age 17 or who do not have the required social security number | **6** | | |
| | **Caution:** Do not include yourself, your spouse, or anyone who is not a U.S. citizen, U.S. national, or U.S. resident alien. Also, do not include anyone you included on line 4. | | | |
| 7 | Multiply line 6 by $500 | | **7** | |
| 8 | Add lines 5 and 7 | | **8** | 4,000. |
| 9 | Enter the amount shown below for your filing status. | | | |
| | • Married filing jointly - $400,000 | | | |
| | • All other filing statuses - $200,000 | | **9** | 400,000. |
| 10 | Subtract line 9 from line 3. | | | |
| | • If zero or less, enter -0-. | | | |
| | • If more than zero but not a multiple of $1,000, enter the next multiple of $1,000. For example, if the result is $425, enter $1,000; if the result is $1,025, enter $2,000, etc. | | **10** | 0. |
| 11 | Multiply line 10 by 5% (0.05) | | **11** | 0. |
| 12 | Is the amount on line 8 more than the amount on line 11? | | **12** | 4,000. |
| | ☐ **No. STOP.** You cannot take the child tax credit, credit for other dependents, or additional child tax credit. Skip Parts II-A and II-B. Enter -0- on lines 14 and 27. | | | |
| | ☒ **Yes.** Subtract line 11 from line 8. Enter the result. | | | |
| 13 | Enter the amount from **Credit Limit Worksheet A** STMT 11 | | **13** | 0. |
| 14 | Enter the smaller of line 12 or line 13. **This is your child tax credit and credit for other dependents** | | **14** | 0. |
| | **Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 19.** | | | |

If the amount on line 12 is more than the amount on line 14, you may be able to take the **additional child tax credit** on Form 1040, 1040-SR, or 1040-NR, line 28. Complete your Form 1040, 1040-SR, or 1040-NR through line 27 (also complete Schedule 3, line 11) before completing Part II-A.

**For Paperwork Reduction Act Notice, see your tax return instructions.**  Schedule 8812 (Form 1040) 2023

LHA  303501 11-03-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

## Part II-A   Additional Child Tax Credit for All Filers

**Caution:** If you file Form 2555, you cannot claim the additional child tax credit.

| | | | |
|---|---|---|---|
| **15** | Check this box if you **do not** want to claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 .................. ☐ | | |
| **16a** | Subtract line 14 from line 12. If zero, **stop here;** you cannot take the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 | **16a** | 4,000. |
| **b** | Number of qualifying children under 17 with the required social security number: ____ 2 ____ x $1,600. Enter the result. If zero, **stop here;** you cannot claim the additional child tax credit. Skip Parts II-A and II-B. Enter -0- on line 27 | **16b** | 3,200. |
| | **TIP:** The number of children you use for this line is the same as the number of children you used for line 4. | | |
| **17** | Enter the **smaller** of line 16a or line 16b ................................ | **17** | 3,200. |
| **18a** | Earned income (see instructions)        STMT 12    **18a**   450,343. | | |
| **b** | Nontaxable combat pay (see instructions) ..... **18b** | | |
| **19** | Is the amount on line 18a more than $2,500? | | |
| | ☐ **No.** Leave line 19 blank and enter -0- on line 20. | | |
| | ☒ **Yes.** Subtract $2,500 from the amount on line 18a. Enter the result   **19**   447,843. | | |
| **20** | Multiply the amount on line 19 by 15% (0.15) and enter the result ................ | **20** | 67,176. |
| | **Next.** On line 16b, is the amount $4,800 or more? | | |
| | ☒ **No.** If you are a bona fide resident of Puerto Rico, go to line 21. Otherwise, skip Part II-B and enter the **smaller** of line 17 or line 20 on line 27. | | |
| | ☐ **Yes.** If line 20 is equal to or more than line 17, skip Part II-B and enter the amount from line 17 on line 27. Otherwise, go to line 21. | | |

## Part II-B   Certain Filers Who Have Three or More Qualifying Children and Bona Fide Residents of Puerto Rico

| | | | |
|---|---|---|---|
| **21** | Withheld social security, Medicare, and Additional Medicare taxes from Form(s) W-2, boxes 4 and 6. If married filing jointly, include your spouse's amounts with yours. If your employer withheld or you paid Additional Medicare Tax or tier 1 RRTA taxes, or if you are a bona fide resident of Puerto Rico, see instructions .......... | **21** | |
| **22** | Enter the total of the amounts from Schedule 1 (Form 1040), line 15; Schedule 2 (Form 1040), line 5; Schedule 2 (Form 1040), line 6; and Schedule 2 (Form 1040), line 13 ................ | **22** | |
| **23** | Add lines 21 and 22 ................................ | **23** | |
| **24** | **1040 and 1040-SR filers:** Enter the total of the amounts from Form 1040 or 1040-SR, line 27, and Schedule 3 (Form 1040), line 11. <br> **1040-NR filers:** Enter the amount from Schedule 3 (Form 1040), line 11. | **24** | |
| **25** | Subtract line 24 from line 23. If zero or less, enter -0- | **25** | |
| **26** | Enter the **larger** of line 20 or line 25 | **26** | |
| | **Next,** enter the **smaller** of line 17 or line 26 on line 27. | | |

## Part II-C   Additional Child Tax Credit

| | | | |
|---|---|---|---|
| **27** | This is your additional child tax credit. Enter this amount on Form 1040, 1040-SR, or 1040-NR, line 28 | **27** | 3,200. |

303502 11-03-23

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 97 of 165

12521016 131839 0113639     2023.04030 ROSENBERG, ALEX B     01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

Form **8995**

Department of the Treasury
Internal Revenue Service

## Qualified Business Income Deduction
## Simplified Computation

**Attach to your tax return.**
**Go to www.irs.gov/Form8995 for instructions and the latest information.**

OMB No. 1545-2294

**2023**

Attachment
Sequence No. **55**

Name(s) shown on return

ALEX B. & MARYANA ROSENBERG

Your taxpayer identification number

\*\*\*-\*\*-0671

**Note.** *You can claim the qualified business income deduction* **only** *if you have qualified business income from a qualified trade or business, real estate investment trust dividends, publicly traded partnership income, or a domestic production activities deduction passed through from an agricultural or horticultural cooperative. See instructions.*
*Use this form if your taxable income, before your qualified business income deduction, is at or below $182,100 ($364,200 if married filing jointly), and you aren't a patron of an agricultural or horticultural cooperative.*

| 1 | (a) Trade, business, or aggregation name | (b) Taxpayer identification number | (c) Qualified business income or (loss) |
|---|---|---|---|
| i | SOLAR INSTALLATION | \*\*-\*\*\*\*\*\*\* | -769,897. |
| ii | | | |
| iii | | | |
| iv | | | |
| v | | | |

| | | | |
|---|---|---|---|
| 2 | Total qualified business income or (loss). Combine lines 1i through 1v, column (c) | **2** -769,897. | |
| 3 | Qualified business net (loss) carryforward from the prior year | **3** ( ) | |
| 4 | Total qualified business income. Combine lines 2 and 3. If zero or less, enter -0- | **4** 0. | |
| 5 | Qualified business income component. Multiply line 4 by 20% (0.20) | | **5** |
| 6 | Qualified REIT dividends and publicly traded partnership (PTP) income or (loss) (see instructions) | **6** | |
| 7 | Qualified REIT dividends and qualified PTP (loss) carryforward from the prior year | **7** ( ) | |
| 8 | Total qualified REIT dividends and PTP income. Combine lines 6 and 7. If zero or less, enter -0- | **8** | |
| 9 | REIT and PTP component. Multiply line 8 by 20% (0.20) | | **9** |
| 10 | Qualified business income deduction before the income limitation. Add lines 5 and 9 | | **10** |
| 11 | Taxable income before qualified business income deduction (see instructions) | **11** -151,576. | |
| 12 | Enter your net capital gain, if any, increased by any qualified dividends (see instructions) | **12** | |
| 13 | Subtract line 12 from line 11. If zero or less, enter -0- | **13** 0. | |
| 14 | Income limitation. Multiply line 13 by 20% (0.20) | | **14** |
| 15 | Qualified business income deduction. Enter the smaller of line 10 or line 14. Also enter this amount on the applicable line of your return (see instructions) | | **15** |
| 16 | Total qualified business (loss) carryforward. Combine lines 2 and 3. If greater than zero, enter -0- | | **16** ( 769,897.) |
| 17 | Total qualified REIT dividends and PTP (loss) carryforward. Combine lines 6 and 7. If greater than zero, enter -0- | | **17** ( ) |

LHA    **For Privacy Act and Paperwork Reduction Act Notice, see instructions.**    308421 01-11-24

Form **8995** (2023)

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

Name: **SOLAR INSTALLATION**  Ent/Act number: **1**  QBI number: **1**

## QBI Loss Tracking Worksheet

*Keep for Your Records*

Use this worksheet to track losses or deductions suspended by other provisions and attributable to QBI using the FIFO method.

Code **1366(D)** (Enter the Code section limiting your loss.)

### Part I  Suspended & Allowed Losses

| | | A. Total suspended losses in year of disallowance | B. QBI fixed percentage | C. Prior year suspended losses allowed | D. Allowed losses limited by other Code sections | |
|---|---|---|---|---|---|---|
| 1. | Pre-2018 | 0. | .000000 % | | | |
| 2. | 2018 | 0. | .000000 % | 0. | 0. | |
| 3. | 2019 | 0. | .000000 % | 0. | 0. | |
| 4. | 2020 | 0. | .000000 % | 0. | 0. | |
| 5. | 2021 | 0. | .000000 % | 0. | 0. | |
| 6. | 2022 | 0. | .000000 % | 0. | 0. | |
| 7. | 2023 | -226,136. | 1.000000 % | 0. | 0. | |
| 8. | Total | -226,136. | | 0. | 0. | |

### Part II  Non-QBI Suspended and Allowed Losses

**Allocable to Non-QBI**

| | | E. Suspended losses | F. Allocated prior year suspended losses allowed | G(i). Utilized 2018 | G(ii). Utilized 2019 | G(iii). Utilized 2020 | G(iv). Utilized 2021 | G(v). Utilized 2022 | G(vi). Utilized 2023 | H. Remaining suspended losses |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Pre-2018 | 0. | | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| 2. | 2018 | 0. | 0. | | 0. | 0. | 0. | 0. | 0. | 0. |
| 3. | 2019 | 0. | 0. | | | 0. | 0. | 0. | 0. | 0. |
| 4. | 2020 | 0. | 0. | | | | 0. | 0. | 0. | 0. |
| 5. | 2021 | 0. | 0. | | | | | 0. | 0. | 0. |
| 6. | 2022 | 0. | 0. | | | | | | 0. | 0. |
| 7. | 2023 | 0. | 0. | | | | | | | 0. |
| 8. | Total | 0. | 0. | 0. | 0. | 0. | 0. | 0. | 0. | 0. |
| 9. | Allocation of allowed losses limited by other Code sections | | | 0. | 0. | 0. | 0. | 0. | 0. | |

### Part III  QBI Suspended and Allowed Losses

**Allocable to QBI**

| | | I. Suspended losses | J. Allocated prior year suspended losses allowed | K(i). Utilized 2018 | K(ii). Utilized 2019 | K(iii). Utilized 2020 | K(iv). Utilized 2021 | K(v). Utilized 2022 | K(vi). Utilized 2023 | L. Remaining suspended losses |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. | Pre-2018 | | | | | | | | | |
| 2. | 2018 | 0. | 0. | | 0. | 0. | 0. | 0. | 0. | 0. |
| 3. | 2019 | 0. | 0. | | | 0. | 0. | 0. | 0. | 0. |
| 4. | 2020 | 0. | 0. | | | 0. | 0. | 0. | 0. | 0. |
| 5. | 2021 | 0. | 0. | | | | 0. | 0. | 0. | 0. |
| 6. | 2022 | 0. | 0. | | | | | 0. | 0. | 0. |
| 7. | 2023 | -226,136. | 0. | | | | | | | -226,136. |
| 8. | Total | -226,136. | 0. | 0. | 0. | 0. | 0. | 0. | 0. | -226,136. |
| 9. | Allocation of allowed losses limited by other Code sections | | | 0. | 0. | 0. | 0. | 0. | 0. | |
| 10. | Total prior year suspended losses allowed that must be included in QBI | | | 0. | 0. | 0. | 0. | 0. | 0. | |

314851
08-22-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| | | Detail Qualified Business Income Carryforward Worksheet | | | | **2023** |
|---|---|---|---|---|---|---|

| Entity/ Activity Number | QBI Number | Entity/Activity Name | Type | Year Carried From | Amount Available for Carryover | Reserved |
|---|---|---|---|---|---|---|
| 1 | 1 | SOLAR INSTALLATION | B | 2023 | 226,136. | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

323907 04-01-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

Form **8867**
(Rev. November 2023)
Department of the Treasury
Internal Revenue Service

# Paid Preparer's Due Diligence Checklist

Earned Income Credit (EIC), American Opportunity Tax Credit (AOTC), Child Tax Credit (CTC) (including the Additional Child Tax Credit (ACTC) and Credit for Other Dependents (ODC)), and Head of Household (HOH) Filing Status
**To be completed by preparer and filed with Form 1040, 1040-SR, 1040-NR, 1040-PR, or 1040-SS.**
**Go to www.irs.gov/Form8867 for instructions and the latest information.**

OMB No. 1545-0074

**2023**
Attachment
Sequence No. **70**

| Taxpayer name(s) shown on return | Taxpayer identification number |
|---|---|
| ALEX B. & MARYANA ROSENBERG | \*\*\*–\*\*–0671 |
| Preparer's name | Preparer tax identification number |
| KELLY DRISKEL, EA | \*\*\*\*\*\*\*\*\* |

### Part I   Due Diligence Requirements

Please check the appropriate box for the credit(s) and/or HOH filing status claimed on the return and complete the related Parts I-V
for the benefit(s) claimed (check all that apply).   ☐ EIC   ☒ CTC/ACTC/ODC   ☐ AOTC   ☐ HOH

| | | Yes | No | N/A |
|---|---|---|---|---|
| **1** | Did you complete the return based on information for the applicable tax year provided by the taxpayer or reasonably obtained by you? | ☒ | ☐ | |
| **2** | If credits are claimed on the return, did you complete the applicable EIC and/or CTC/ACTC/ODC worksheets found in the Form 1040, 1040-SR, 1040-NR, 1040-PR, 1040-SS or Schedule 8812 (Form 1040) instructions, and/or the AOTC worksheet found in the Form 8863 instructions, or your own worksheet(s) that provides the same information, and all related forms and schedules for each credit claimed? | ☒ | ☐ | ☐ |
| **3** | Did you satisfy the knowledge requirement? To meet the knowledge requirement, you must do both of the following. | | | |
| | ● Interview the taxpayer, ask questions, and contemporaneously document the taxpayer's responses to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status. | | | |
| | ● Review information to determine that the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of any credit(s) | ☒ | ☐ | |
| **4** | Did any information provided by the taxpayer or a third party for use in preparing the return, or information reasonably known to you, appear to be incorrect, incomplete, or inconsistent? (If " **Yes**," answer questions 4a and 4b. If " **No**," go to question 5.) | | ☒ | |
| **a** | Did you make reasonable inquiries to determine the correct, complete, and consistent information? | ☐ | ☐ | |
| **b** | Did you contemporaneously document your inquiries? (Documentation should include the questions you asked, whom you asked, when you asked, the information that was provided, and the impact the information had on your preparation of the return.) | ☐ | ☐ | |
| **5** | Did you satisfy the record retention requirement? To meet the record retention requirement, you must keep a copy of your documentation referenced in question 4b, a copy of this Form 8867, a copy of any applicable worksheet(s), a record of how, when, and from whom the information used to prepare Form 8867 and any applicable worksheet(s) was obtained, and a copy of any document(s) provided by the taxpayer that you relied on to determine eligibility for the credit(s) and/or HOH filing status or to figure the amount(s) of the credit(s) | ☒ | ☐ | |
| | List those documents provided by the taxpayer, if any, that you relied on: | | | |
| | _____ _____ _____ _____ | | | |
| **6** | Did you ask the taxpayer whether he/she could provide documentation to substantiate eligibility for the credit(s) and/or HOH filing status and the amount(s) of any credit(s) claimed on the return if his/her return is selected for audit? | ☒ | ☐ | |
| **7** | Did you ask the taxpayer if any of these credits were disallowed or reduced in a previous year? | ☒ | ☐ | ☐ |
| | **(If credits were disallowed or reduced, go to question 7a; if not, go to question 8.)** | | | |
| **a** | Did you complete the required recertification Form 8862? | ☐ | ☐ | |
| **8** | If the taxpayer is reporting self-employment income, did you ask questions to prepare a complete and correct Schedule C (Form 1040)? | ☒ | ☐ | |

**For Paperwork Reduction Act Notice, see separate instructions.**

Form **8867** (Rev. 11-2023)

320501 01-05-24

LHA

12521016 131839 0113639         2023.04030 ROSENBERG, ALEX B         01136391

Form 8867 (Rev. 11-2023) ALEX B. & MARYANA ROSENBERG ***–**–0671 Page **2**

| **Part II** | **Due Diligence Questions for Returns Claiming EIC** (If the return does not claim EIC, go to Part III.) | | | |
|---|---|---|---|---|
| | | **Yes** | **No** | **N/A** |
| 9a | Have you determined that the taxpayer is eligible to claim the EIC for the number of qualifying children claimed, or is eligible to claim the EIC without a qualifying child? **(If the taxpayer is claiming the EIC and does not have a qualifying child, go to question 10.)** | ☐ | ☐ | |
| b | Did you ask the taxpayer if the child lived with the taxpayer for over half of the year, even if the taxpayer has supported the child the entire year? | ☐ | ☐ | |
| c | Did you explain to the taxpayer the rules about claiming the EIC when a child is the qualifying child of more than one person (tiebreaker rules)? | ☐ | ☐ | ☐ |

| **Part III** | **Due Diligence Questions for Returns Claiming CTC/ACTC/ODC** (If the return does not claim CTC, ACTC, or ODC, go to Part IV.) | | | |
|---|---|---|---|---|
| | | **Yes** | **No** | **N/A** |
| 10 | Have you determined that each qualifying person for the CTC/ACTC/ODC is the taxpayer's dependent who is a citizen, national, or resident of the United States? | ☒ | ☐ | ☐ |
| 11 | Did you explain to the taxpayer that he/she may not claim the CTC/ACTC if the child has not lived with the taxpayer for over half of the year, even if the taxpayer has supported the child, unless the child's custodial parent has released a claim to exemption for the child? | ☒ | ☐ | ☐ |
| 12 | Did you explain to the taxpayer the rules about claiming the CTC/ACTC/ODC for a child of divorced or separated parents (or parents who live apart), including any requirement to attach a Form 8332 or similar statement to the return? | ☐ | ☐ | ☒ |

| **Part IV** | **Due Diligence Questions for Returns Claiming AOTC** (If the return does not claim AOTC, go to Part V.) | | |
|---|---|---|---|
| | | **Yes** | **No** |
| 13 | Did the taxpayer provide substantiation for the credit, such as a Form 1098-T and/or receipts for the qualified tuition and related expenses for the claimed AOTC? | ☐ | ☐ |

| **Part V** | **Due Diligence Questions for Claiming HOH** (If the return does not claim HOH filing status, go to Part VI.) | | |
|---|---|---|---|
| | | **Yes** | **No** |
| 14 | Have you determined that the taxpayer was unmarried or considered unmarried on the last day of the tax year and provided more than half of the cost of keeping up a home for the year for a qualifying person? | ☐ | ☐ |

| **Part VI** | **Eligibility Certification** |
|---|---|

You will have complied with all due diligence requirements for claiming the applicable credit(s) and/or HOH filing status on the return of the taxpayer identified above if you:

A. Interview the taxpayer, ask adequate questions, contemporaneously document the taxpayer's responses on the return or in your notes, review adequate information to determine if the taxpayer is eligible to claim the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s);

B. Complete this Form 8867 truthfully and accurately and complete the actions described in this checklist for any applicable credit(s) claimed and HOH filing status, if claimed;

C. Submit Form 8867 in the manner required; **and**

D. Keep all five of the following records for 3 years from the latest of the dates specified in the Form 8867 instructions under *Document Retention.*

   1. A copy of this Form 8867.

   2. The applicable worksheet(s) or your own worksheet(s) for any credit(s) claimed.

   3. Copies of any documents provided by the taxpayer on which you relied to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

   4. A record of how, when, and from whom the information used to prepare this form and the applicable worksheet(s) was obtained.

   5. A record of any additional information you relied upon, including questions you asked and the taxpayer's responses, to determine the taxpayer's eligibility for the credit(s) and/or HOH filing status and to figure the amount(s) of the credit(s).

**If you have not complied with all due diligence requirements, you may have to pay a penalty for each failure to comply related to a claim of an applicable credit or HOH filing status (see instructions for more information).**

| | | **Yes** | **No** |
|---|---|---|---|
| 15 | Do you certify that all of the answers on this Form 8867 are, to the best of your knowledge, true, correct, and complete? | ☒ | ☐ |

Form **8867** (Rev. 11-2023)

12521016 131839 0113639                    2024.04030 ROSENBERG, ALEX B                    01136391

Form **8959**

Department of the Treasury
Internal Revenue Service

## Additional Medicare Tax

If any line does not apply to you, leave it blank. See separate instructions.
Attach to Form 1040, 1040-SR, 1040-NR, or 1040-SS.
Go to www.irs.gov/Form8959 for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment
Sequence No. **71**

Name(s) shown on return
ALEX B. & MARYANA ROSENBERG

Your social security number
***-**-0671

### Part I  Additional Medicare Tax on Medicare Wages

| | | | |
|---|---|---|---|
| 1 | Medicare wages and tips from Form W-2, box 5. If you have more than one Form W-2, enter the total of the amounts from box 5 | **1** 467,309. | |
| 2 | Unreported tips from Form 4137, line 6 | **2** | |
| 3 | Wages from Form 8919, line 6 | **3** | |
| 4 | Add lines 1 through 3 | **4** 467,309. | |
| 5 | Enter the following amount for your filing status: Married filing jointly $250,000 Married filing separately $125,000 Single, Head of household, or Qualifying surviving spouse $200,000 | **5** 250,000. | |
| 6 | Subtract line 5 from line 4. If zero or less, enter -0- | | **6** 217,309. |
| 7 | Additional Medicare Tax on Medicare wages. Multiply line 6 by 0.9% (0.009). Enter here and go to Part II | | **7** 1,956. |

### Part II  Additional Medicare Tax on Self-Employment Income

| | | | |
|---|---|---|---|
| 8 | Self-employment income from Schedule SE (Form 1040), Part I, line 6. If you had a loss, enter -0- | **8** | |
| 9 | Enter the following amount for your filing status: Married filing jointly $250,000 Married filing separately $125,000 Single, Head of household, or Qualifying surviving spouse $200,000 | **9** | |
| 10 | Enter the amount from line 4 | **10** | |
| 11 | Subtract line 10 from line 9. If zero or less, enter -0- | **11** | |
| 12 | Subtract line 11 from line 8. If zero or less, enter -0- | | **12** |
| 13 | Additional Medicare Tax on self-employment income. Multiply line 12 by 0.9% (0.009). Enter here and go to Part III | | **13** |

### Part III  Additional Medicare Tax on Railroad Retirement Tax Act (RRTA) Compensation

| | | | |
|---|---|---|---|
| 14 | Railroad retirement (RRTA) compensation and tips from Form(s) W-2, box 14 (see instructions) | **14** | |
| 15 | Enter the following amount for your filing status: Married filing jointly $250,000 Married filing separately $125,000 Single, Head of household, or Qualifying surviving spouse $200,000 | **15** | |
| 16 | Subtract line 15 from line 14. If zero or less, enter -0- | | **16** |
| 17 | Additional Medicare Tax on railroad retirement (RRTA) compensation. Multiply line 16 by 0.9% (0.009). Enter here and go to Part IV | | **17** |

### Part IV  Total Additional Medicare Tax

| | | | |
|---|---|---|---|
| 18 | Add lines 7, 13, and 17. Also include this amount on Schedule 2 (Form 1040), line 11 (Form 1040-SS filers, see instructions), and go to Part V | | **18** 1,956. |

### Part V  Withholding Reconciliation

| | | | |
|---|---|---|---|
| 19 | Medicare tax withheld from Form W-2, box 6. If you have more than one Form W-2, enter the total of the amounts from box 6 | **19** 7,273. | |
| 20 | Enter the amount from line 1 | **20** 467,309. | |
| 21 | Multiply line 20 by 1.45% (0.0145). This is your regular Medicare tax withholding on Medicare wages | **21** 6,776. | |
| 22 | Subtract line 21 from line 19. If zero or less, enter -0-. This is your Additional Medicare Tax withholding on Medicare wages | | **22** 497. |
| 23 | Additional Medicare Tax withholding on railroad retirement (RRTA) compensation from Form W-2, box 14 (see instructions) | | **23** |
| 24 | **Total Additional Medicare Tax withholding.** Add lines 22 and 23. Also include this amount with federal income tax withholding on Form 1040, 1040-SR, or 1040-NR, line 25c (Form 1040-SS filers, see instructions) | | **24** 497. |

323111 12-07-23    LHA    **For Paperwork Reduction Act Notice, see your tax return instructions.**    Form **8959** (2023)

12521016 131839 0113639                2023.04030 ROSENBERG, ALEX B                01136391

Form **7203**

(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

## S Corporation Shareholder Stock and Debt Basis Limitations

**Attach to your tax return.**
**Go to www.irs.gov/Form7203 for instructions and the latest information.**

OMB No. 1545-2302

Attachment
Sequence No. **203**

Name of shareholder
ALEX B. ROSENBERG

Identifying number
***-**-0671

**A** Name of S corporation
SUNTERNAL, INC.

**B** Employer identification number
84-2916481

**C** Stock block (see instructions): _____

**D** Check applicable box(es) to indicate how stock was acquired:

**(1)** ☐ Original shareholder  **(2)** ☐ Purchased  **(3)** ☐ Inherited  **(4)** ☐ Gift  **(5)** ☐ Other:_____

**E** Check if you have a Regulations section 1.1367-1(g) election in effect during the tax year for this S corporation ☐

### Part I  Shareholder Stock Basis

| | | | |
|---|---|---|---:|
| 1 | Stock basis at the beginning of the corporation's tax year | 1 | 780,775. |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year | 2 | 3,000. |
| 3a | Ordinary business income (enter losses in Part III) | 3a | |
| b | Net rental real estate income (enter losses in Part III) | 3b | |
| c | Other net rental income (enter losses in Part III) | 3c | |
| d | Interest income | 3d | |
| e | Ordinary dividends | 3e | |
| f | Royalties | 3f | |
| g | Net capital gains (enter losses in Part III) | 3g | |
| h | Net section 1231 gain (enter losses in Part III) | 3h | |
| i | Other income (enter losses in Part III) | 3i | |
| j | Excess depletion adjustment | 3j | |
| k | Tax-exempt income | 3k | |
| l | Recapture of business credits | 3l | |
| m | Other items that increase stock basis  SEE STATEMENT 13 | 3m | 31,100. |
| 4 | Add lines 3a through 3m | 4 | 31,100. |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 | 5 | 814,875. |
| 6 | Distributions (excluding dividend distributions) | 6 | 32,311. |

**Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions.

| | | | |
|---|---|---|---:|
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 | 7 | 782,564. |
| 8a | Nondeductible expenses | 8a | 12,667. |
| b | Depletion for oil and gas | 8b | |
| c | Business credits (sections 50(c)(1) and (5)) | 8c | |
| 9 | Add lines 8a through 8c | 9 | 12,667. |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | 10 | 769,897. |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) | 11 | 769,897. |
| 12 | Debt basis restoration (see net increase in instructions for line 23) | 12 | |
| 13 | Other items that decrease stock basis | 13 | |
| 14 | Add lines 11, 12, and 13 | 14 | 769,897. |
| 15 | Stock basis at the end of the corporation's tax year. Subtract line 14 from line 10. If the result is zero or less, enter -0- | 15 | 0. |

### Part II  Shareholder Debt Basis

#### Section A - Amount of Debt (If more than three debts, see instructions.)

| Description | (a) Debt 1 ☐ Formal note ☐ Open account | (b) Debt 2 ☐ Formal note ☐ Open account | (c) Debt 3 ☐ Formal note ☐ Open account | (d) Total |
|---|---|---|---|---|
| 16 Loan balance at the beginning of the corporation's tax year | | | | |
| 17 Additional loans (see instructions) | | | | |
| 18 Loan balance before repayment. Add lines 16 and 17 | | | | |
| 19 Principal portion of debt repayment (this line doesn't include interest) | ( ) | ( ) | ( ) | ( ) |
| 20 Loan balance at the end of the corporation's tax year. Subtract line 19 from line 18 | | | | |

302501 04-01-23   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**   Form **7203** (12-2022)

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| Part II | Shareholder Debt Basis *(continued)* |

### Section B - Adjustments to Debt Basis

| Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|
| 21 Debt basis at the beginning of the corporation's tax year | | | | |
| 22 Enter the amount, if any, from line 17 | | | | |
| 23 Debt basis restoration (see instructions) | | | | |
| 24 Debt basis before repayment. Add lines 21, 22, and 23 | | | | |
| 25 Divide line 24 by line 18 | | | | |
| 26 Nontaxable debt repayment. Multiply line 25 by line 19 | | | | |
| 27 Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 | | | | |
| 28 Nondeductible expenses and oil and gas depletion deductions in excess of stock basis | | | | |
| 29 Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- | | | | |
| 30 Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) | | | | |
| 31 **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- | | | | |

### Section C - Gain on Loan Repayment

| Description | (a) | (b) | (c) | (d) |
|---|---|---|---|---|
| 32 Repayment. Enter the amount from line 19 | | | | |
| 33 Nontaxable repayments. Enter the amount from line 26 | | | | |
| 34 **Reportable gain.** Subtract line 33 from line 32 | | | | |

| Part III | Shareholder Allowable Loss and Deduction Items |

| Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|
| 35 Ordinary business loss | 996,033. | | 769,897. | | 226,136. |
| 36 Net rental real estate loss | | | | | |
| 37 Other net rental loss | | | | | |
| 38 Net capital loss | | | | | |
| 39 Net section 1231 loss | | | | | |
| 40 Other loss | | | | | |
| 41 Section 179 deductions | | | | | |
| 42 Charitable contributions | | | | | |
| 43 Investment interest expense | | | | | |
| 44 Section 59(e)(2) expenditures | | | | | |
| 45 Other deductions | | | | | |
| 46 Foreign taxes paid or accrued | | | | | |
| 47 **Total loss.** Add lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 | 996,033. | | 769,897. | | 226,136. |

Form **7203** (12-2022)

302502 04-01-23　　LHA

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALTERNATIVE MINIMUM TAX

# Form 7203

**S Corporation Shareholder Stock and Debt Basis Limitations**

(Rev. December 2022)
Department of the Treasury
Internal Revenue Service

**Attach to your tax return.**
**Go to www.irs.gov/Form7203 for instructions and the latest information.**

OMB No. 1545-2302

Attachment
Sequence No. **203**

| Name of shareholder | Identifying number |
|---|---|
| ALEX B. ROSENBERG | ***-**-0671 |

| **A**  Name of S corporation | **B**  Employer identification number |
|---|---|
| SUNTERNAL, INC. | 84-2916481 |

**C**  Stock block (see instructions): _____

**D**  Check applicable box(es) to indicate how stock was acquired:

**(1)** ☐ Original shareholder   **(2)** ☐ Purchased   **(3)** ☐ Inherited   **(4)** ☐ Gift   **(5)** ☐ Other: _____

**E**  Check if you have a Regulations section 1.1367-1(g) election in effect during the tax year for this S corporation ........ ☐

## Part I  Shareholder Stock Basis

| | | | |
|---|---|---|---|
| 1 | Stock basis at the beginning of the corporation's tax year | 1 | 779,454. |
| 2 | Basis from any capital contributions made or additional stock acquired during the tax year | 2 | 3,000. |
| 3a | Ordinary business income (enter losses in Part III) | 3a | |
| b | Net rental real estate income (enter losses in Part III) | 3b | |
| c | Other net rental income (enter losses in Part III) | 3c | |
| d | Interest income | 3d | |
| e | Ordinary dividends | 3e | |
| f | Royalties | 3f | |
| g | Net capital gains (enter losses in Part III) | 3g | |
| h | Net section 1231 gain (enter losses in Part III) | 3h | |
| i | Other income (enter losses in Part III) | 3i | |
| j | Excess depletion adjustment | 3j | |
| k | Tax-exempt income | 3k | |
| l | Recapture of business credits | 3l | |
| m | Other items that increase stock basis   SEE STATEMENT 14 | 3m | 31,100. |
| 4 | Add lines 3a through 3m | 4 | 31,100. |
| 5 | Stock basis before distributions. Add lines 1, 2, and 4 | 5 | 813,554. |
| 6 | Distributions (excluding dividend distributions) | 6 | 32,311. |

**Note:** If line 6 is larger than line 5, subtract line 5 from line 6 and report the result as a capital gain on Form 8949 and Schedule D. See instructions.

| | | | |
|---|---|---|---|
| 7 | Stock basis after distributions. Subtract line 6 from line 5. If the result is zero or less, enter -0-, skip lines 8 through 14, and enter -0- on line 15 | 7 | 781,243. |
| 8a | Nondeductible expenses | 8a | 12,667. |
| b | Depletion for oil and gas | 8b | |
| c | Business credits (sections 50(c)(1) and (5)) | 8c | |
| 9 | Add lines 8a through 8c | 9 | 12,667. |
| 10 | Stock basis before loss and deduction items. Subtract line 9 from line 7. If the result is zero or less, enter -0-, skip lines 11 through 14, and enter -0- on line 15 | 10 | 768,576. |
| 11 | Allowable loss and deduction items. Enter the amount from line 47, column (c) | 11 | 768,576. |
| 12 | Debt basis restoration (see net increase in instructions for line 23) | 12 | |
| 13 | Other items that decrease stock basis | 13 | |
| 14 | Add lines 11, 12, and 13 | 14 | 768,576. |
| 15 | Stock basis at the end of the corporation's tax year. Subtract line 14 from line 10. If the result is zero or less, enter -0- | 15 | 0. |

## Part II  Shareholder Debt Basis

### Section A - Amount of Debt (If more than three debts, see instructions.)

| Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|
| | ☐ Formal note  ☐ Open account | ☐ Formal note  ☐ Open account | ☐ Formal note  ☐ Open account | |
| 16 Loan balance at the beginning of the corporation's tax year | | | | |
| 17 Additional loans (see instructions) | | | | |
| 18 Loan balance before repayment. Add lines 16 and 17 | | | | |
| 19 Principal portion of debt repayment (this line doesn't include interest) | ( ) | ( ) | ( ) | ( ) |
| 20 Loan balance at the end of the corporation's tax year. Subtract line 19 from line 18 | | | | |

302501 04-01-23   LHA  **For Paperwork Reduction Act Notice, see separate instructions.**   Form **7203** (12-2022)

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| Part II | Shareholder Debt Basis *(continued)* | | | |

### Section B - Adjustments to Debt Basis

| Description | (a) Debt 1 | (b) Debt 2 | (c) Debt 3 | (d) Total |
|---|---|---|---|---|
| 21 Debt basis at the beginning of the corporation's tax year | | | | |
| 22 Enter the amount, if any, from line 17 | | | | |
| 23 Debt basis restoration (see instructions) | | | | |
| 24 Debt basis before repayment. Add lines 21, 22, and 23 | | | | |
| 25 Divide line 24 by line 18 | | | | |
| 26 Nontaxable debt repayment. Multiply line 25 by line 19 | | | | |
| 27 Debt basis before nondeductible expenses and losses. Subtract line 26 from line 24 | | | | |
| 28 Nondeductible expenses and oil and gas depletion deductions in excess of stock basis | | | | |
| 29 Debt basis before losses and deductions. Subtract line 28 from line 27. If the result is zero or less, enter -0- | | | | |
| 30 Allowable losses in excess of stock basis. Enter the amount from line 47, column (d) | | | | |
| 31 **Debt basis at the end of the corporation's tax year.** Subtract line 30 from line 29. If the result is zero or less, enter -0- | | | | |

### Section C - Gain on Loan Repayment

| | | | | |
|---|---|---|---|---|
| 32 Repayment. Enter the amount from line 19 | | | | |
| 33 Nontaxable repayments. Enter the amount from line 26 | | | | |
| 34 **Reportable gain.** Subtract line 33 from line 32 | | | | |

| Part III | Shareholder Allowable Loss and Deduction Items | | | | |

| Description | (a) Current year losses and deductions | (b) Carryover amounts (column (e)) from the previous year | (c) Allowable loss from stock basis | (d) Allowable loss from debt basis | (e) Carryover amounts |
|---|---|---|---|---|---|
| 35 Ordinary business loss | 996,033. | | 768,576. | | 227,457. |
| 36 Net rental real estate loss | | | | | |
| 37 Other net rental loss | | | | | |
| 38 Net capital loss | | | | | |
| 39 Net section 1231 loss | | | | | |
| 40 Other loss | | | | | |
| 41 Section 179 deductions | | | | | |
| 42 Charitable contributions | | | | | |
| 43 Investment interest expense | | | | | |
| 44 Section 59(e)(2) expenditures | | | | | |
| 45 Other deductions | | | | | |
| 46 Foreign taxes paid or accrued | | | | | |
| 47 **Total loss.** Add lines 35 through 46 for each column. Enter the total loss in column (c) on line 11 and enter the total loss in column (d) on line 30 | 996,033. | | 768,576. | | 227,457. |

Form **7203** (12-2022)

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 107 of 165
12521016 131839 0113639                    2022.04030 ROSENBERG, ALEX B            01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

Form **461**

Department of the Treasury
Internal Revenue Service

# Limitation on Business Losses

**Attach to your tax return.**

**Go to www.irs.gov/Form461 for instructions and the latest information.**

**2023**

Attachment
Sequence No. 64

| Name(s) shown on return | Identifying number |
|---|---|
| ALEX B. & MARYANA ROSENBERG | ***-**-0671 |

## Part I — Total Income/Loss Items

See instructions if you are filing a tax return other than Form 1040 or 1040-SR.

| | | | |
|---|---|---|---|
| 1 | Reserved for future use | 1 | |
| 2 | Enter amount from Schedule 1 (Form 1040), line 3 | 2 | −2,073. |
| 3 | Enter amount from Form 1040 or 1040-SR, line 7. See instructions | 3 | |
| 4 | Enter amount from Schedule 1 (Form 1040), line 4 | 4 | |
| 5 | Enter amount from Schedule 1 (Form 1040), line 5 | 5 | −769,897. |
| 6 | Enter amount from Schedule 1 (Form 1040), line 6 | 6 | |
| 7 | Reserved for future use | 7 | |
| 8 | Enter other income, gain, or losses from a trade or business not reported on lines 1 through 7 | 8 | |
| 9 | Combine lines 1 through 8 | 9 | −771,970. |

## Part II — Adjustment for Amounts Not Attributable to Trade or Business

See instructions if you are filing a tax return other than Form 1040 or 1040-SR.

| | | | |
|---|---|---|---|
| 10 | Enter any income or gain reported on lines 1 through 8 that is not attributable to a trade or business | 10 | |
| 11 | Enter any losses or deductions reported on lines 1 through 8 that are not attributable to a trade or business. See instructions | 11 | |
| 12 | Subtract line 11 from line 10 | 12 | |

## Part III — Limitation on Losses

| | | | |
|---|---|---|---|
| 13 | If line 12 is a negative number, enter it here as a positive number. If line 12 is a positive number, enter it here as a negative number | 13 | |
| 14 | Add lines 9 and 13 | 14 | −771,970. |
| 15 | Enter $289,000 (or $578,000 if married filing jointly) | 15 | 578,000. |
| 16 | Add lines 14 and 15. If less than zero, enter the amount from line 16 as a positive number on Schedule 1 (Form 1040), line 8p. See instructions if you are filing a tax return other than a Form 1040 or 1040-SR. If zero or greater, do not attach this form to your tax return | 16 | −193,970. |

LHA **For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**

Form **461** (2023)

12521016 131839 0113639          2023.04030 ROSENBERG, ALEX B          01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALTERNATIVE MINIMUM TAX

**Form 461**

# Limitation on Business Losses

**Attach to your tax return.**

**Go to www.irs.gov/Form461 for instructions and the latest information.**

**2023**

Department of the Treasury
Internal Revenue Service

Attachment
Sequence No. 64

| Name(s) shown on return | Identifying number |
|---|---|
| ALEX B. & MARYANA ROSENBERG | ***-**-0671 |

## Part I — Total Income/Loss Items

See instructions if you are filing a tax return other than Form 1040 or 1040-SR.

| | | | |
|---|---|---|---|
| 1 | Reserved for future use | 1 | |
| 2 | Enter amount from Schedule 1 (Form 1040), line 3 | 2 | -2,073. |
| 3 | Enter amount from Form 1040 or 1040-SR, line 7. See instructions | 3 | |
| 4 | Enter amount from Schedule 1 (Form 1040), line 4 | 4 | |
| 5 | Enter amount from Schedule 1 (Form 1040), line 5 | 5 | -768,576. |
| 6 | Enter amount from Schedule 1 (Form 1040), line 6 | 6 | |
| 7 | Reserved for future use | 7 | |
| 8 | Enter other income, gain, or losses from a trade or business not reported on lines 1 through 7 | 8 | |
| 9 | Combine lines 1 through 8 | 9 | -770,649. |

## Part II — Adjustment for Amounts Not Attributable to Trade or Business

See instructions if you are filing a tax return other than Form 1040 or 1040-SR.

| | | | |
|---|---|---|---|
| 10 | Enter any income or gain reported on lines 1 through 8 that is not attributable to a trade or business | 10 | |
| 11 | Enter any losses or deductions reported on lines 1 through 8 that are not attributable to a trade or business. See instructions | 11 | |
| 12 | Subtract line 11 from line 10 | 12 | |

## Part III — Limitation on Losses

| | | | |
|---|---|---|---|
| 13 | If line 12 is a negative number, enter it here as a positive number. If line 12 is a positive number, enter it here as a negative number | 13 | |
| 14 | Add lines 9 and 13 | 14 | -770,649. |
| 15 | Enter $289,000 (or $578,000 if married filing jointly) | 15 | 578,000. |
| 16 | Add lines 14 and 15. If less than zero, enter the amount from line 16 as a positive number on Schedule 1 (Form 1040), line 8p. See instructions if you are filing a tax return other than a Form 1040 or 1040-SR. If zero or greater, do not attach this form to your tax return | 16 | -192,649. |

LHA  **For Privacy Act and Paperwork Reduction Act Notice, see the separate instructions.**

Form **461** (2023)

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 109 of 165
12521016 131839 0113639              2023.04030 ROSENBERG, ALEX B              01136391

# Schedule A - Net Operating Loss (NOL)

**2023**

| Name | Social Security Number |
|------|------------------------|
| ALEX B. & MARYANA ROSENBERG | ***-**-0671 |

| | | | |
|---|---|---|---|
| 1 | For individuals, subtract your standard deduction or itemized deductions from your adjusted gross income and enter it here. For estates and trusts, enter taxable income increased by the total of the charitable deduction, income distribution deduction, and exemption amount (see instructions) | **1** | -151,576. |
| 2 | Nonbusiness capital losses before limitation. Enter as a positive number | **2** | |
| 3 | Nonbusiness capital gains (without regard to any section 1202 exclusion) | **3** | |
| 4 | If line 2 is more than line 3, enter the difference; otherwise, enter -0- | **4** | 0. |
| 5 | If line 3 is more than line 2, enter the difference; otherwise, enter -0- | **5** | 0. |
| 6 | Nonbusiness deductions (see instructions)   SEE STATEMENT 16 | **6** | 31,391. |
| 7 | Nonbusiness income other than capital gains (see instructions)   STATEMENT 15 | **7** | 5,399. |
| 8 | Add lines 5 and 7 | **8** | 5,399. |
| 9 | If line 6 is more than line 8, enter the difference; otherwise, enter -0- | **9** | 25,992. |
| 10 | If line 8 is more than line 6, enter the difference; otherwise, enter -0-. **But do not enter more than line 5** | **10** | 0. |
| 11 | Business capital losses before limitation. Enter as a positive number | **11** | |
| 12 | Business capital gains (without regard to any section 1202 exclusion) | **12** | |
| 13 | Add lines 10 and 12 | **13** | |
| 14 | Subtract line 13 from line 11. If zero or less, enter -0- | **14** | 0. |
| 15 | Add lines 4 and 14 | **15** | |
| 16 | Enter the loss, if any, from line 16 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 19, column (3), of Schedule D (Form 1041).)  Enter as a positive number. If you do not have a loss on that line (and do not have a section 1202 exclusion), skip lines 16 through 21 and enter on line 22 the amount from line 15 | **16** | |
| 17 | Section 1202 exclusion. Enter as a positive number | **17** | |
| 18 | Subtract line 17 from line 16. If zero or less, enter -0- | **18** | |
| 19 | Enter the loss, if any, from line 21 of Schedule D (Form 1040). (Estates and trusts, enter the loss, if any, from line 20 of Schedule D (Form 1041).) Enter as a positive number | **19** | |
| 20 | If line 18 is more than line 19, enter the difference; otherwise, enter -0- | **20** | |
| 21 | If line 19 is more than line 18, enter the difference; otherwise, enter -0- | **21** | |
| 22 | Subtract line 20 from line 15. If zero or less, enter -0- | **22** | |
| 23 | NOL deduction for losses from other years. Enter as a positive number | **23** | |
| 24 | **NOL.** Combine lines 1, 9, 17, and 21 through 23. If the result is less than zero, this is your current year NOL. If the result is zero or more, you **do not** have an NOL | **24** | -125,584. |

12521016 131839 0113639                2023.04030 ROSENBERG, ALEX B                01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# Alternative Tax Net Operating Loss Worksheet

Name(s) as shown on return

ALEX B. & MARYANA ROSENBERG

Social Security Number

**\*-\*\*-0671**

| | | |
|---|---|---|
| **1.** Loss for the current year | | 151,576. |
| **2.** Net operating loss deduction | | |
| **3.** Excess of nonbusiness deductions over nonbusiness income: | | |
| **(A)** AMT nonbusiness itemized deductions and adjustments | 21,391. | |
| **(B)** AMT nonbusiness income | 5,399. | |
| **(C)** Net nonbusiness capital gains (without regard to any section 1202 exclusion) | | |
| **(D)** Total nonbusiness income | 5,399. | |
| **(E)** Difference (line 3(A) less 3(D)) not less than zero | 15,992. | |
| **4.** Excess of nonbusiness capital loss over nonbusiness capital gain | | |
| **5.** Adjusted deduction for business capital loss | | |
| **(A)** Business capital loss | | |
| **(B)** Line 3(D) minus 3(A), not less than zero. Do not enter more than line 3(C) | 0. | |
| **(C)** Business capital gains (without regard to any section 1202 exclusion) | | |
| **(D)** Total (line 5(B) plus 5(C)) | | |
| **(E)** Difference (line 5(A) less 5(D)) not less than zero | | |
| **6.** Add lines 4 and 5E | | |
| **7.** Enter the loss, if any, from AMT Schedule D, Line 16 | | |
| **8.** Adjusted section 1202 exclusion | | |
| **9.** Line 7 minus line 8 | | |
| **10.** Enter the loss, if any, from AMT Schedule D, line 21 | | |
| **11.** Line 9 minus line 10, not less than zero | | |
| **12.** Line 10 minus line 11, not less than zero | | |
| **13.** Line 6 minus line 11, not less than zero | | |
| **14.** Total adjustment and preference items (Form 6251) | 10,000. | |
| **15.** Total (line 2 + 3(E) + 8 + 12 + 13 + 14) | | 25,992. |
| **16.** Current year alternative tax net operating loss - (line 1 less line 15) | | 125,584. |

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| NOL | Detail NOL Carryover/Carryback Worksheet | 2023 |

Name(s)
**ALEX B. & MARYANA ROSENBERG**

Social Security Number
***-**-0671

| Year Carried From | Amount Available for Carryover/Carryback | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 125,584. | | | | | | | | | | |
| *2023 | 193,970. | | | | | | | | | | |
| **Totals** | 319,554. | | | | | | | | | | |

| | |
|---|---|
| Total amount available for carryover | 319,554. |
| Less total amounts used | 0. |
| Less total amounts expired | 0. |
| Remaining carryover | 319,554. |

**\* SEC. 461 CARRYOVER**

322211  04-01-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

| AMT NOL | | Detail AMT NOL Carryover Worksheet | | | | | | | | | | 2023 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

Name(s)
**ALEX B. & MARYANA ROSENBERG**

Social Security Number
**\*\*\*-\*\*-0671**

| Year Carried From | Amount Available for Carryover | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in | Amount Used in |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2023 | 125,584. | | | | | | | | | | |
| *2023 | 192,649. | | | | | | | | | | |
| **Totals** | **318,233.** | | | | | | | | | | |

Total amount available for carryover  318,233.
Less total amounts used  0.
Less total amounts expired  0.
Remaining carryover  318,233.

**\* SEC. 461 CARRYOVER**

316721 04-01-23

ALEX B. & MARYANA ROSENBERG                                    ***-**-0671

---

FORM 1040             WAGES RECEIVED AND TAXES WITHHELD          STATEMENT 1

---

| T<br>S EMPLOYER'S NAME | AMOUNT<br>PAID | FEDERAL<br>TAX<br>WITHHELD | STATE<br>TAX<br>WITHHELD | CITY<br>SDI<br>TAX W/H | FICA<br>TAX | MEDICARE<br>TAX |
|---|---|---|---|---|---|---|
| T SUNTERNAL, INC. | 230,769. | 50,351. | 19,820. | 1,379. | 9,932. | 3,623. |
| S MAPLEBEAR | 209,564. | 27,060. | 17,181. | 1,378. | 9,932. | 3,475. |
| T STELLA MANASHIR | 12,083. | | 22. | 109. | 749. | 175. |
| TOTALS | 452,416. | 77,411. | 37,023. | 2,866. | 20,613. | 7,273. |

---

FORM 1040          FEDERAL INCOME TAX WITHHELD - FORM(S) W-2      STATEMENT 2

---

| T<br>S DESCRIPTION<br>- | AMOUNT |
|---|---|
| T SUNTERNAL, INC. | 50,351. |
| S MAPLEBEAR | 27,060. |
| TOTAL TO FORM 1040, LINE 25A | 77,411. |

---

FORM 1040          FEDERAL INCOME TAX WITHHELD - OTHER FORMS      STATEMENT 3

---

| T<br>S DESCRIPTION<br>- | AMOUNT |
|---|---|
| FORM 8959, LINE 24 | 497. |
| TOTAL TO FORM 1040, LINE 25C | 497. |

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALEX B. & MARYANA ROSENBERG                                    \*\*\*-\*\*-0671

| SCHEDULE 1 | STATE AND LOCAL INCOME TAX REFUNDS | STATEMENT 4 |
|---|---|---|

|  | 2022 | 2021 | 2020 |
|---|---|---|---|
|  | CALIFORNIA |  |  |
| GROSS STATE/LOCAL INC TAX REFUNDS | 5,031. |  |  |
| LESS: TAX PAID IN FOLLOWING YEAR |  |  |  |
| NET TAX REFUNDS   CALIFORNIA | 5,031. |  |  |
| TOTAL NET TAX REFUNDS | 5,031. |  |  |

ALEX B. & MARYANA ROSENBERG                                    \*\*\*-\*\*-0671

---

| SCHEDULE 1 | TAXABLE STATE AND LOCAL INCOME TAX REFUNDS | STATEMENT 5 |
|---|---|---|

|  | 2020 | 2021 | 2022 |
|---|---|---|---|
| NET TAX REFUNDS FROM STATE AND LOCAL INCOME TAX REFUNDS STMT. | | | 5,031. |

LESS:REFUNDS-NO BENEFIT DUE TO AMT
      -SALES TAX BENEFIT REDUCTION

| | | | | |
|---|---|---|---|---|
| 1 | NET REFUNDS FOR RECALCULATION | | 0. | 5,031. |
| 2 | AMOUNT FROM PRIOR YEAR SCHEDULE A, LINE 5E | | | 10,000. |
| 3 | TOTAL OF PRIOR YEAR SCHEDULE A, LINES 5B AND 5C | | | 61,489. |
| 4 | SUBTRACT LINE 3 FROM LINE 2 IF ZERO OR LESS, STOP HERE NONE OF YOUR REFUND IS TAXABLE | 0. | 0. | -51,489. |
| 5 | ENTER THE STATE AND LOCAL INCOME TAXES FROM PRIOR YEAR SCHEDULE A, LINE 5A | | | |
| 6 | ENTER THE AMOUNT FROM LINE 1 | | | |
| 7 | SUBTRACT LINE 6 FROM LINE 5 | | | |
| 8 | ADD LINE 7 TO LINE 3 | | | |
| 9 | SUBTRACT LINE 8 FROM LINE 2 | | | |
| 10 | ENTER THE LESSER OF LINE 4, LINE 6 OR LINE 9. IF ZERO OR LESS, STOP HERE. NONE OF YOUR REFUND IS TAXABLE. IF GREATER THAN ZERO, PROCEED TO LINE 11 | | | |
| 11 | ALLOWABLE PRIOR YEAR ITEMIZED DEDUCTIONS | | | |
| 12 | ENTER YOUR PRIOR YEAR STANDARD DEDUCTION | | | |
| 13 | SUBTRACT LINE 12 FROM LINE 11 | | | |
| 14 | ENTER THE SMALLER OF LINE 10 OR LINE 13. | | | |
| 15 | PRIOR YEAR TAXABLE INCOME | | | |
| 16 | AMOUNT TO INCLUDE ON SCHEDULE 1, LINE 1 | | | |

\* IF LINE 15 IS -0- OR MORE, USE AMOUNT FROM LINE 14
\* IF LINE 15 IS A NEGATIVE AMOUNT, NET LINES 14 AND 15

STATE AND LOCAL INCOME TAX REFUNDS PRIOR TO 2020

TOTAL TO SCHEDULE 1, LINE 1

ALEX B. & MARYANA ROSENBERG                                    \*\*\*-\*\*-0671

| SCHEDULE 3 | EXCESS SOCIAL SECURITY TAX WORKSHEET | STATEMENT 6 |
|---|---|---|

|  | TAXPAYER | SPOUSE |
|---|---|---|
| 1. ADD ALL SOCIAL SECURITY TAX WITHHELD BUT NOT MORE THAN $9,932.40 FOR EACH EMPLOYER (THIS TAX SHOULD BE SHOWN IN BOX 4 OF YOUR W-2 FORMS). ENTER THE TOTAL HERE | 10,681. | 9,932. |
| 2. ENTER ANY UNCOLLECTED SOCIAL SECURITY TAX ON TIPS OR GROUP-TERM LIFE INSURANCE INCLUDED IN THE TOTAL ON SCHEDULE 2, LINE 13 |  |  |
| 3. ADD LINES 1 AND 2 | 10,681. | 9,932. |
| 4. SOCIAL SECURITY TAX LIMIT | 9,932. | 9,932. |
| 5. SUBTRACT LINE 4 FROM LINE 3. EXCESS SOCIAL SECURITY TAX INCLUDED IN SCHEDULE 3, LINE 11. | 749. | 0. |

| SCHEDULE A | STATE AND LOCAL INCOME TAXES | STATEMENT 7 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| SUNTERNAL, INC. | 19,820. |
| STATE DISABILITY INSURANCE - SUNTERNAL, INC. | 1,379. |
| MAPLEBEAR | 17,181. |
| STATE DISABILITY INSURANCE - MAPLEBEAR | 1,378. |
| STELLA MANASHIR | 22. |
| STATE DISABILITY INSURANCE - STELLA MANASHIR | 109. |
| TOTAL TO SCHEDULE A, LINE 5A | 39,889. |

| SCHEDULE A | MORTGAGE INTEREST AND POINTS REPORTED ON FORM 1098 | STATEMENT 8 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| JPMORGAN CHASE BANK, N.A., 3415 VISION DRIVE, COLUMBUS , OH 43219 | 21,391. |
| TOTAL TO SCHEDULE A, LINE 8A | 21,391. |

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALEX B. & MARYANA ROSENBERG                                    ***-**-0671

| FORM 6251 | LOSS LIMITATIONS | STATEMENT 9 |
|---|---|---|

|  |  | NET INCOME (LOSS) |  |  |
|---|---|---|---|---|
| NAME OF ACTIVITY | FORM | AMT | REGULAR | ADJUSTMENT |
| SUNTERNAL, INC. | SCH E | -768,576. | -769,897. | 1,321. |
| TOTAL TO FORM 6251, LINE 2N |  |  |  | 1,321. |

| FORM 6251 | OTHER ADJUSTMENT | STATEMENT 10 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| LIMITATION ON BUSINESS LOSSES | -1,321. |
| TOTAL INCLUDED IN FORM 6251, LINE 3 | -1,321. |

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 118 of
165
12521016 131839 0113639                      202504030 ROSENBERG, ALEX B                 01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALEX B. & MARYANA ROSENBERG                                    ***-**-0671

| SCHEDULE 8812 | CREDIT LIMIT WORKSHEET A | STATEMENT 11 |

1. ENTER THE AMOUNT FROM LINE 18 OF FORM 1040 OR FORM 1040-NR        0.

2. ADD THE FOLLOWING AMOUNTS (IF APPLICABLE) FROM:

    SCHEDULE 3, LINE 1
    SCHEDULE 3, LINE 2
    SCHEDULE 3, LINE 3
    SCHEDULE 3, LINE 4
    SCHEDULE 3, LINE 5B
    SCHEDULE 3, LINE 6D
    SCHEDULE 3, LINE 6F
    SCHEDULE 3, LINE 6L
    SCHEDULE 3, LINE 6M
       ENTER THE TOTAL

3. SUBTRACT LINE 2 FROM LINE 1

    COMPLETE THE CREDIT LIMIT WORKSHEET B ONLY IF YOU MEET ALL
    OF THE FOLLOWING:

    1. YOU ARE CLAIMING ONE OR MORE OF THE FOLLOWING CREDITS:
       A. MORTGAGE INTEREST CREDIT, FORM 8396
       B. ADOPTION CREDIT, FORM 8839
       C. RESIDENTIAL CLEAN ENERGY CREDIT, FORM 5695, PART I
       D. DISTRICT OF COLUMBIA FIRST-TIME HOMEBUYER CREDIT,
          FORM 8859
    2. YOU ARE NOT FILING FORM 2555
    3. LINE 4 OF SCHEDULE 8812 IS MORE THAN ZERO

4. IF YOU ARE NOT COMPLETING CREDIT LIMIT WORKSHEET B, ENTER
   -0-; OTHERWISE, ENTER THE AMOUNT FROM THE CREDIT LIMIT
   WORKSHEET B.                                                        0.

5. SUBTRACT LINE 4 FROM LINE 3. ENTER THIS AMOUNT ON SCHEDULE
   8812, LINE 13.                                                      0.

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALEX B. & MARYANA ROSENBERG                                    ***-**-0671

| SCHEDULE 8812 | EARNED INCOME WORKSHEET | STATEMENT 12 |
|---|---|---|

1A  ENTER THE AMOUNT FROM LINE 1Z OF FORM 1040 OR 1040-NR          452,416.
1B  ENTER ANY NONTAXABLE COMBAT PAY RECEIVED. ALSO ENTER THIS
    AMOUNT ON SCHEDULE 8812, LINE 18B. IF YOU ARE FILING SCHEDULE
    C, F, OR SE, OR YOU RECEIVED SCHEDULE K-1 (FORM 1065), GO TO
    LINE 2A. OTHERWISE, SKIP LINES 2A THROUGH 2E AND GO TO LINE 3
2A  ENTER ANY STATUTORY EMPLOYEE INCOME FROM SCHEDULE C, LINE 1
2B  ENTER ANY NET PROFIT (LOSS) FROM SCHEDULE C, LINE 31, AND
    SCHEDULE K-1 (FORM 1065), BOX 14, CODE A (OTHER THAN
    FARMING). REDUCE SCHEDULE K-1 AMOUNTS AS DESCRIBED IN THE
    INSTRUCTIONS FOR COMPLETING SCHEDULE SE IN THE PARTNER'S INSTR.
    FOR SCHEDULE K-1. DO NOT INCLUDE STATUTORY EMPLOYEE INCOME OR
    OTHER AMOUNTS EXEMPT FROM SE TAX. OPTIONS AND COMMODITIES
    DEALERS MUST ADD ANY GAIN OR SUBTRACT ANY LOSS (IN THE NORMAL
    COURSE OF DEALING IN OR TRADING SECT. 1256 CONTRACTS) FROM
    SECT. 1256 CONTRACTS OR RELATED PROPERTY                        -2,073.
2C  ENTER NET FARM PROFIT (LOSS) FROM SCHEDULE F, LINE 34, AND
    SCHEDULE K-1 (FORM 1065), BOX 14, CODE A. REDUCE SCHEDULE K-1
    AMOUNTS AS DESCRIBED IN THE INSTRUCTIONS FOR COMPLETING
    SCHEDULE SE IN THE PARTNER'S INSTR. FOR SCHEDULE K-1. DO NOT
    INCLUDE ANY AMOUNTS EXEMPT FROM SE TAX
2D  IF YOU USED THE FARM OPTIONAL METHOD TO FIGURE NET EARNINGS
    FROM SELF-EMPLOYMENT, ENTER THE AMOUNT FROM SCHEDULE SE, LINE
    15. OTHERWISE, SKIP THIS LINE AND ENTER THE AMOUNT FROM LINE
    2C ON LINE 2E
2E  IF LINE 2C IS A PROFIT, ENTER THE SMALLER OF LINE 2C OR
    LINE 2D. IF LINE 2C IS A LOSS, ENTER THE LOSS FROM LINE 2C
3   COMBINE LINES 1A, 1B, 2A, 2B, AND 2E. IF ZERO OR LESS, STOP AND
    ENTER -0- ON LINE 3 OF CREDIT LIMIT WORKSHEET B OR SCHEDULE
    8812, LINE 18A                                                  450,343.
4   ENTER THE MEDICAID WAIVER PAYMENT AMOUNTS EXCLUDED FROM INCOME
    ON SCHEDULE 1, LINE 8S, UNLESS YOU CHOOSE TO INCLUDE THESE
    AMOUNTS IN EARNED INCOME. IF YOU AND YOUR SPOUSE BOTH RECEIVED
    MEDICAID WAIVER PAYMENTS DURING THE YEAR, YOU AND YOUR SPOUSE
    CAN MAKE DIFFERENT CHOICES ABOUT INCLUDING THE FULL AMOUNT OF
    YOUR PAYMENTS IN EARNED INCOME. ENTER ONLY THE AMOUNT OF
    MEDICAID WAIVER PAYMENTS THAT YOU OR YOUR SPOUSE, IF FILING A
    JOINT RETURN, DO NOT WANT TO INCLUDE IN EARNED INCOME. TO
    INCLUDE ALL NONTAXABLE MEDICAID WAIVER PAYMENT AMOUNTS IN
    EARNED INCOME, ENTER -0-
5   ENTER THE AMOUNT FROM SCHEDULE 1, LINE 15
6   ADD LINES 4 AND 5
7   SUBTRACT LINE 6 FROM LINE 3. ENTER THIS AMOUNT ON LINE 3 OF THE
    CREDIT LIMIT WORKSHEET B OR SCHEDULE 8812, LINE 18A            450,343.

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALEX B. & MARYANA ROSENBERG                                    ***-**-0671

| FORM 7203 | INCREASES IN BASIS | STATEMENT 13 |
|---|---|---|

SUNTERNAL, INC.

| DESCRIPTION | AMOUNT |
|---|---|
| APIC | 31,100. |
| INCLUDED IN FORM 7203, LINE 3M | 31,100. |

| FORM 7203AMT | INCREASES IN BASIS | STATEMENT 14 |
|---|---|---|

SUNTERNAL, INC.

| DESCRIPTION | AMOUNT |
|---|---|
| APIC | 31,100. |
| INCLUDED IN FORM 7203AMT, LINE 3M | 31,100. |

| NOL | NONBUSINESS INCOME | STATEMENT 15 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TAXABLE INTEREST - 1040, LINE 2B | 5,399. |
| PARTNERSHIPS & S-CORPS - SCH E PG 2, LINE 32 | -769,897. |
| BUSINESS INCOME FROM ACTIVITY - 1 | 769,897. |
| TOTAL TO SCHEDULE A - NOL, LINE 7 (NEGATIVE LIMITED TO 0) | 5,399. |

| NOL | NONBUSINESS DEDUCTIONS | STATEMENT 16 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| TAXES - SCHEDULE A, LINE 7 | 10,000. |
| INTEREST - SCHEDULE A, LINE 10 | 21,391. |
| TOTAL TO SCHEDULE A - NOL, LINE 6 | 31,391. |

339001 12-18-23

**TAXABLE YEAR**
# 2023    California Resident Income Tax Return

FORM
**540**

APE      **ATTACH FEDERAL RETURN**

```
***-**-****   ROSE     ***-**-****       23   PBA   541990
ALEX        B  ROSENBERG
MARYANA        ROSENBERG

541 PAPAC WAY
SAN JOSE       CA  95117

**-**-****   **-**-****
```

## Principal Residence

Enter your county at time of filing (see instructions)

◉ SANTA CLARA

If your address above is the same as your principal/physical residence address at the time of filing, check this box    ◉ | X |

If not, enter below your principal/physical residence address at the time of filing.

Street address (number and street) (If foreign address, see instructions.)      Apt. no/ste. no.
◉         ◉

City        State    ZIP code
◉        ◉    ◉

## Filing Status

If your California filing status is different from your federal filing status, check the box here ................

**1** | | Single

**2** | X | Married/RDP filing jointly (even if only one spouse/RDP had income). See instr.

**3** | | Married/RDP filing separately. Enter spouse's/RDP's SSN or ITIN above and full name here.

**4** | | Head of household (with qualifying person). See instructions.

**5** | | Qualifying surviving spouse/RDP. Enter year spouse/RDP died.

See instructions.

**6** If someone can claim you (or your spouse/RDP) as a dependent, check the box here. See instr. ......... ● **6** | |

## Exemptions

▶ For line 7, line 8, line 9, and line 10: Multiply the number you enter in the box by the pre-printed dollar amount for that line.

Whole dollars only

**7** **Personal:** If you checked box 1, 3, or 4 above, enter 1 in the box. If you checked box 2 or 5, enter 2 in the box. If you checked the box on line 6, see instructions. ......... ● **7** | 2 | X $144 = ● $      288

**8** **Blind:** If you (or your spouse/RDP) are visually impaired, enter 1; if both are visually impaired, enter 2. See instructions ................ ● **8** | | X $144 = ● $

**9** **Senior:** If you (or your spouse/RDP) are 65 or older, enter 1; if both are 65 or older, enter 2. See instructions ................ ● **9** | | X $144 = ● $

Your name: **ALEX B ROSENBERG**          Your SSN or ITIN: **\*\*\*\*\*\*\*\*\***

**10  Dependents: Do not include yourself or your spouse/RDP.**

**Exemptions**

| | Dependent 1 | Dependent 2 | Dependent 3 |
|---|---|---|---|
| First Name | CAMRYN | AYLA | |
| Last Name | ROSENBERG | ROSENBERG | |
| SSN. See inst. | \*\*\*\*\*2896 | \*\*\*\*\*3725 | |
| Dependent's relationship to you | SON | DAUGHTER | |

Total dependent exemptions          • **10** [ 2 ]  X $446 = ◉ $ [ 892 ]

**11  Exemption amount:** Add line 7 through line 10. Transfer this amount to line 32 ............ ◉ **11** $ [ 1,180 ]

**Taxable Income**

**12**  State wages from your federal Form(s) W-2, box 16 ............ • **12** [ 452,416 ] ·00

**13**  Enter federal adjusted gross income from federal Form 1040 or 1040-SR, line 11 ◉ **13** [ -120,185 ] ·00

**14**  California adjustments - subtractions. Enter the amount from Schedule CA (540), Part I, line 27, column B ............ • **14** [ 193,970 ] ·00

**15**  Subtract line 14 from line 13. If less than zero, enter the result in parentheses. See instructions ............ **15** [ -314,155 ] ·00

**16**  California adjustments - additions. Enter the amount from Schedule CA (540), Part I, line 27, column C ............ • **16** [ 600,316 ] ·00

**17**  California adjusted gross income. Combine line 15 and line 16 ............ • **17** [ 286,161 ] ·00

**18**  Enter the **larger** of {
Your California **itemized deductions** from Schedule CA (540), Part II, line 30; **OR**
Your California **standard deduction** shown below for your filing status:
• Single or Married/RDP filing separately ............ $ 5,363
• Married/RDP filing jointly, Head of household, or Qualifying surviving spouse/RDP  $10,726
If Married/RDP filing separately or the box on line 6 is checked, **STOP.** See instructions } • **18** [ 39,386 ] ·00

**19**  Subtract line 18 from line 17. This is your **taxable income.** If less than zero, enter -0- ............ ◉ **19** [ 246,775 ] ·00

**Tax**

**31**  Tax.  Check the box if from: [ ] Tax Table  [ X ] Tax Rate Schedule
       [ ] FTB 3800  • [ ] FTB 3803 ............ • **31** [ 16,256 ] ·00

**32**  Exemption credits. Enter the amount from line 11. If your federal AGI is more than $237,035, see instructions ............ ◉ **32** [ 1,180 ] ·00

**33**  Subtract line 32 from line 31. If less than zero, enter -0- ............ ◉ **33** [ 15,076 ] ·00

**34**  Tax. See instructions.  Check the box if from: • [ ] Schedule G-1  [ ] FTB 5870A  **34** [ ] ·00

**35**  Add line 33 and line 34 ............ ◉ **35** [ 15,076 ] ·00

**Special Credits**

**40**  Nonrefundable Child and Dependent Care Expenses Credit. See instructions • **40** [ ] ·00

**43**  Enter credit name [ ] code • [ ] and amount • **43** [ ] ·00

**44**  Enter credit name [ ] code • [ ] and amount • **44** [ ] ·00

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 123 of 165

Your name: | ALEX B ROSENBERG | Your SSN or ITIN: | * * * * * * * * *

| | | | | | |
|---|---|---|---|---|---|
| **Special Credits** | 45 | To claim more than two credits, see instructions. Attach Schedule P (540) | ● 45 | | .00 |
| | 46 | Nonrefundable Renter's Credit. See instructions | ● 46 | | .00 |
| | 47 | Add line 40 through line 46. These are your total credits | ◉ 47 | | .00 |
| | 48 | Subtract line 47 from line 35. If less than zero, enter -0- | ◉ 48 | 15,076 | .00 |
| **Other Taxes** | 61 | Alternative Minimum Tax. Attach Schedule P (540) | ● 61 | | .00 |
| | 62 | Mental Health Services Tax. See instructions | ● 62 | | .00 |
| | 63 | Other taxes and credit recapture. See instructions | ● 63 | | .00 |
| | 64 | Add line 48, line 61, line 62, and line 63. This is your total tax | ● 64 | 15,076 | .00 |
| **Payments** | 71 | California income tax withheld. See instructions | ● 71 | 37,023 | .00 |
| | 72 | 2023 California estimated tax and other payments. See instructions | ● 72 | | .00 |
| | 73 | Withholding (Form 592-B and/or Form 593). See instructions | ● 73 | | .00 |
| | 74 | Excess SDI (or VPDI) withheld. See instructions    STMT 1 | ● 74 | 109 | |
| | 75 | Earned Income Tax Credit (EITC). See instructions | ● 75 | | |
| | 76 | Young Child Tax Credit (YCTC). See instructions | ● 76 | | |
| | 77 | Foster Youth Tax Credit (FYTC). See instructions | ● 77 | | |
| | 78 | Add line 71 through line 77. These are your total payments. See instructions | ◉ 78 | 37,132 | .00 |

| | | | | |
|---|---|---|---|---|
| **Use Tax** | 91 | **Use Tax.** Do not leave blank. See instructions | ● 91 | 0 | .00 |

If line 91 is zero, check if: ● [X] No use tax is owed.   ● [ ] You paid your use tax obligation directly to CDTFA.

| | | | | |
|---|---|---|---|---|
| **ISR Penalty** | 92 | If you and your household had full-year health care coverage, check the box. See instructions. | ● [X] | | |

Medicare Part A or C coverage is qualifying health care coverage.

If you did not check the box, see instructions.

Individual Shared Responsibility (ISR) Penalty. See instructions   ● 92 | | .00

| | | | | | |
|---|---|---|---|---|---|
| **Overpaid Tax/Tax Due** | 93 | Payments balance. If line 78 is more than line 91, subtract line 91 from line 78 | ◉ 93 | 37,132 | .00 |
| | 94 | **Use Tax balance.** If line 91 is more than line 78, subtract line 78 from line 91 | ◉ 94 | | .00 |
| | 95 | Payments after Individual Shared Responsibility Penalty. If line 93 is more than line 92, subtract line 92 from line 93 | ◉ 95 | 37,132 | .00 |
| | 96 | Individual Shared Responsibility Penalty Balance. If line 92 is more than line 93, subtract line 93 from line 92 | ◉ 96 | | .00 |
| | 97 | Overpaid tax. If line 95 is more than line 64, subtract line 64 from line 95 | ◉ 97 | 22,056 | .00 |

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 124 of 165

Your name: **ALEX B ROSENBERG**     Your SSN or ITIN: **\*\*\*\*\*\*\*\***

| | | | Code | Amount | |
|---|---|---|---|---|---|
| **98** Amount of line 97 you want applied to your **2024** estimated tax | | **98** | | | •00 |
| **99** Overpaid tax available this year. Subtract line 98 from line 97 | | **99** | | 22,056 | •00 |
| **100** Tax due. If line 95 is less than line 64, subtract line 95 from line 64 | | **100** | | | •00 |
| California Seniors Special Fund. See instructions | | **400** | | | •00 |
| Alzheimer's Disease and Related Dementia Voluntary Tax Contribution Fund | | **401** | | | •00 |
| Rare and Endangered Species Preservation Voluntary Tax Contribution Program | | **403** | | | •00 |
| California Breast Cancer Research Voluntary Tax Contribution Fund | | **405** | | | •00 |
| California Firefighters' Memorial Voluntary Tax Contribution Fund | | **406** | | | •00 |
| Emergency Food for Families Voluntary Tax Contribution Fund | | **407** | | | •00 |
| California Peace Officer Memorial Foundation Voluntary Tax Contribution Fund | | **408** | | | •00 |
| California Sea Otter Voluntary Tax Contribution Fund | | **410** | | | •00 |
| California Cancer Research Voluntary Tax Contribution Fund | | **413** | | | •00 |
| School Supplies for Homeless Children Voluntary Tax Contribution Fund | | **422** | | | •00 |
| State Parks Protection Fund/Parks Pass Purchase | | **423** | | | •00 |
| Protect Our Coast and Oceans Voluntary Tax Contribution Fund | | **424** | | | •00 |
| Keep Arts in Schools Voluntary Tax Contribution Fund | | **425** | | | •00 |
| California Senior Citizen Advocacy Voluntary Tax Contribution Fund | | **438** | | | •00 |
| Native California Wildlife Rehabilitation Voluntary Tax Contribution Fund | | **439** | | | •00 |
| Rape Kit Backlog Voluntary Tax Contribution Fund | | **440** | | | •00 |
| Suicide Prevention Voluntary Tax Contribution Fund | | **444** | | | •00 |
| Mental Health Crisis Prevention Voluntary Tax Contribution Fund | | **445** | | | •00 |
| **110** Add amounts in code 400 through code 445. This is your total contribution | | **110** | | | •00 |

Overpaid Tax/Tax Due

Contributions

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 125 of 165

339005  12-14-23

Your name: **ALEX B ROSENBERG**     Your SSN or ITIN: **\*\*\*\*\*\*\*\***

**Amount You Owe**

**111** **AMOUNT YOU OWE.** If you do not have an amount on line 99, add line 94, line 96, line 100, and line 110. See instructions. **Do not send cash.**

Mail to: **FRANCHISE TAX BOARD, PO BOX 942867, SACRAMENTO CA 94267-0001**  ● **111** |_____| •00

Pay Online - Go to **ftb.ca.gov/pay** for more information.

**Interest and Penalties**

**112** Interest, late return penalties, and late payment penalties ............................ **112** |_____| •00

**113** Underpayment of estimated tax.

Check the box:  ● ☐ **FTB 5805 attached**   ● ☐ **FTB 5805F attached** ................ ● **113** |_____0| •00

**114** Total amount due. See instructions. Enclose, but **do not** staple, any payment ............ **114** |_____| •00

**115** **REFUND OR NO AMOUNT DUE.** Subtract the sum of line 110, line 112, and line 113 from line 99. See instructions.

Mail to: **FRANCHISE TAX BOARD, PO BOX 942840, SACRAMENTO CA 94240-0001**  ● **115** |____22,056| •00

**Refund and Direct Deposit**

Fill in the information to authorize direct deposit of your refund into one or two accounts. **Do not** attach a voided check or a deposit slip.

See instructions. **Have you verified the routing and account numbers?** Use whole dollars only.

All or the following amount of my refund (line 115) is authorized for direct deposit into the account shown below:

● Routing number **\*\*\*\*\*1627**   ● Type ☒ Checking / Savings   ● Account number **\*\*\*\*\*1997**   ● **116** Direct deposit amount **22,056** •00

The remaining amount of my refund (line 115) is authorized for direct deposit into the account shown below:

● Routing number |_____|   ● Type Checking / Savings   ● Account number |_____|   ● **117** Direct deposit amount |_____| •00

**Voter Info.**

For voter registration information, check the box and go to **sos.ca.gov/elections.** See instructions ............................ ☐

**Health Care Coverage Info.**

Do you want information on no-cost or low-cost health care coverage? By checking the "Yes" box, you authorize the FTB to share limited information from your tax return with Covered California. See instructions ................ ◉ ☐ Yes   ☒ No

**Sign your tax return on Side 6**

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 126 of 165

339006  12-14-23

| Your name: | ALEX B ROSENBERG | Your SSN or ITIN: | * * * * * * * * * |

**IMPORTANT:** See the instructions to find out if you should attach a copy of your complete federal tax return.

Our privacy notice can be found in annual tax booklets or online. Go to **ftb.ca.gov/privacy** to learn about our privacy policy statement, or go to **ftb.ca.gov/forms** and search for **1131** to locate FTB 1131 EN-SP, Franchise Tax Board Privacy Notice on Collection. To request this notice by mail, call 800.338.0505 and enter form code **948** when instructed.

Under penalties of perjury, I declare that I have examined this tax return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete.

| Your signature | | Date | | Spouse's/RDP's signature (if a joint tax return, both must sign) |

**Sign Here**

Your email address. Enter only one email address.

Preferred phone number
408-744-2990

It is unlawful to forge a spouse's/RDP's signature.

Paid preparer's signature **(declaration of preparer is based on all information of which preparer has any knowledge)**

KELLY DRISKEL, EA

Joint tax return? See instructions.

| Firm's name (or yours, if self-employed) | PTIN |
| CLIFTONLARSONALLEN LLP | P00772972 |

| Firm's address | Firm's FEIN |
| 1100 WALNUT STREET, SUITE   KANSAS CITY, MO 64106 | 410746749 |

Do you want to allow another person to discuss this tax return with us? See instructions ...... ● [X] Yes [ ] No

| Print Third Party Designee's Name | Telephone Number |
| KELLY DRISKEL, EA | 816-704-7310 |

| TAXABLE YEAR | | |
|---|---|---|
| **2023** | **Wage and Tax Statement** | 339611 11-09-23 CALIFORNIA SCHEDULE **W-2** |

**Important:** Attach this schedule to the back of your original or amended Form 540, Form 540 2EZ, or Form 540NR.

**Caution:** If this schedule is filled out, **do not** send your federal Form(s) W-2 to the Franchise Tax Board. If your federal Form(s) W-2 are from multiple states, **attach** copies showing California tax withheld to this schedule. If this schedule is blank, attach your federal Form(s) W-2 to the lower front of your tax return. **DO NOT ATTACH PAYMENT TO THIS SCHEDULE.**

*Employee's social security number, name, and address must be the same as the information on federal Form(s) W-2.

**W-2 Information**

a. Employee's social security number *
◉ *********

c. Employer's name
◉ SUNTERNAL INC

b. Employer identification number (EIN)
◉ *********

Employer's address
◉ 5671 SANTA TERESA BLVD SUITE 105

City
◉ SAN JOSE

State
◉ CA

ZIP code
◉ 95123

e. Employee's first name *
◉ ALEX

Initial *
◉ B

Last name *
◉ ROSENBERG

Suffix *
◉

f. Employee's address *
◉ 541 PAPAC WAY

City *
◉ SAN JOSE

State *
◉ CA

ZIP code *
◉ 95117

| | | | |
|---|---|---|---|
| 1. Wages, tips, other compensation | 230,769 | 4. Social security tax withheld | 9,932 | 8. Allocated tips (not included in box 1) |
| 2. Federal income tax withheld | 50,351 | 6. Medicare tax withheld | 3,623 | 10. Dependent care benefits |
| 3. Social security wages | 160,200 | 7. Social security tips | | 11. Nonqualified plans |

**12. Codes and amounts**

12a. Code ◉ Amount ◉
12b. Code ◉ Amount ◉
12c. Code ◉ Amount ◉
12d. Code ◉ Amount ◉

**13.** Check the appropriate box for: Statutory employee, Retirement plan, or Third-party sick pay
◉ ☐ Statutory employee   ◉ ☐ Retirement plan   ◉ ☐ Third-party sick pay

**14.** SDI, VPDI, or CA SDI (from federal Form W-2, box 14 or 19)
Type ◉ CASDI   Amount ◉ 1,379

**16.** State wages, tips, etc. ◉ 230,769

**15.** State and employer's state ID number
State ◉ CA   Employer's state ID number ◉ 121-4349-1

**17.** State income tax ◉ 19,820

**Franchise Tax Board Privacy Notice on Collection**

Our privacy notice can be found in annual tax booklets or online. Go to **ftb.ca.gov/privacy** to learn about our privacy policy statement, or go to **ftb.ca.gov/forms** and search for **1131** to locate FTB 1131 EN-SP, Franchise Tax Board Privacy Notice on Collection - Aviso de Privacidad del Franchise Tax Board sobre la Recaudacion. To request this notice by mail, call 800.338.0505 and enter form code **948** when instructed.

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 128 of 165

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

TAXABLE YEAR

# 2023

## Wage and Tax Statement

**Important:** Attach this schedule to the back of your original or amended Form 540, Form 540 2EZ, or Form 540NR.

**Caution:** If this schedule is filled out, **do not** send your federal Form(s) W-2 to the Franchise Tax Board. If your federal Form(s) W-2 are from multiple states, **attach** copies showing California tax withheld to this schedule. If this schedule is blank, attach your federal Form(s) W-2 to the lower front of your tax return. **DO NOT ATTACH PAYMENT TO THIS SCHEDULE.**

*Employee's social security number, name, and address must be the same as the information on federal Form(s) W-2.

**W-2 Information**

**a.** Employee's social security number *  
⊙ *********

**b.** Employer identification number (EIN)  
⊙ *********

**c.** Employer's name  
⊙ MAPLEBEAR

Employer's address  
⊙ 50 BEALE STREET STE 600

City ⊙ SAN FRANCISCO | State ⊙ CA | ZIP code ⊙ 94105

**e.** Employee's first name * ⊙ MARYANA | Initial * ⊙ | Last name * ⊙ ROSENBERG | Suffix * ⊙

**f.** Employee's address * ⊙ 541 PAPAC WAY

City * ⊙ SAN JOSE | State * ⊙ CA | ZIP code * ⊙ 95117

1. Wages, tips, other compensation ⊙ 209,564
4. Social security tax withheld ⊙ 9,932
8. Allocated tips (not included in box 1) ⊙

2. Federal income tax withheld ⊙ 27,060
6. Medicare tax withheld ⊙ 3,475
10. Dependent care benefits ⊙

3. Social security wages ⊙ 160,200
7. Social security tips ⊙
11. Nonqualified plans ⊙

**12. Codes and amounts**

**12a.** Code ⊙ C | Amount ⊙ 302
**12c.** Code ⊙ DD | Amount ⊙ 23,188

**12b.** Code ⊙ D | Amount ⊙ 14,893
**12d.** Code ⊙ | Amount ⊙

**13.** Check the appropriate box for: Statutory employee, Retirement plan, or Third-party sick pay  
⊙ ☐ Statutory employee | ⊙ ☒ X Retirement plan | ⊙ ☐ Third-party sick pay

**14.** SDI, VPDI, or CA SDI (from federal Form W-2, box 14 or 19)  
Type ⊙ CASDI | Amount ⊙ 1,378
**16.** State wages, tips, etc. ⊙ 209,564

**15.** State and employer's state ID number  
State ⊙ CA | Employer's state ID number ⊙ 015-8444 0
**17.** State income tax ⊙ 17,181

**Franchise Tax Board Privacy Notice on Collection**

Our privacy notice can be found in annual tax booklets or online. Go to **ftb.ca.gov/privacy** to learn about our privacy policy statement, or go to **ftb.ca.gov/forms** and search for **1131** to locate FTB 1131 EN-SP, Franchise Tax Board Privacy Notice on Collection · Aviso de Privacidad del Franchise Tax Board sobre la Recaudacion. To request this notice by mail, call 800.338.0505 and enter form code **948** when instructed.

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 129 of 165

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

**TAXABLE YEAR**

# 2023

## Wage and Tax Statement

**Important:** Attach this schedule to the back of your original or amended Form 540, Form 540 2EZ, or Form 540NR.

**Caution:** If this schedule is filled out, **do not** send your federal Form(s) W-2 to the Franchise Tax Board. If your federal Form(s) W-2 are from multiple states, **attach** copies showing California tax withheld to this schedule. If this schedule is blank, attach your federal Form(s) W-2 to the lower front of your tax return. **DO NOT ATTACH PAYMENT TO THIS SCHEDULE.**

*Employee's social security number, name, and address must be the same as the information on federal Form(s) W-2.

**W-2 Information**

**a.** Employee's social security number *
⊙ *********

**c.** Employer's name
⊙ STELLA MANASHIR

**b.** Employer identification number (EIN)
⊙ *********

Employer's address
⊙ PO BOX 1717

City
⊙ WEST SACRAMENTO

State
⊙ CA

ZIP code
⊙ 95691

**e.** Employee's first name *
⊙ ALEX

Initial *
⊙ B

Last name *
⊙ ROSENBERG

Suffix *
⊙

**f.** Employee's address *
⊙ 541 PAPAC WAY

City *
⊙ SAN JOSE

State *
⊙ CA

ZIP code *
⊙ 95117

**1.** Wages, tips, other compensation
⊙ 12,083

**4.** Social security tax withheld
⊙ 749

**8.** Allocated tips (not included in box 1)
⊙

**2.** Federal income tax withheld
⊙

**6.** Medicare tax withheld
⊙ 175

**10.** Dependent care benefits
⊙

**3.** Social security wages
⊙ 12,083

**7.** Social security tips
⊙

**11.** Nonqualified plans
⊙

**12.** Codes and amounts

**12a.** Code ⊙    Amount ⊙

**12c.** Code ⊙    Amount ⊙

**12b.** Code ⊙    Amount ⊙

**12d.** Code ⊙    Amount ⊙

**13.** Check the appropriate box for: Statutory employee, Retirement plan, or Third-party sick pay
⊙ ☐ Statutory employee    ⊙ ☐ Retirement plan    ⊙ ☐ Third-party sick pay

**14.** SDI, VPDI, or CA SDI (from federal Form W-2, box 14 or 19)
Type ⊙ CASDI    Amount ⊙ 109

**16.** State wages, tips, etc.
⊙ 12,083

**15.** State and employer's state ID number
State ⊙ CA    Employer's state ID number ⊙ 19555184

**17.** State income tax
⊙ 22

**Franchise Tax Board Privacy Notice on Collection**

Our privacy notice can be found in annual tax booklets or online. Go to **ftb.ca.gov/privacy** to learn about our privacy policy statement, or go to **ftb.ca.gov/forms** and search for **1131** to locate FTB 1131 EN-SP, Franchise Tax Board Privacy Notice on Collection - Aviso de Privacidad del Franchise Tax Board sobre la Recaudacion. To request this notice by mail, call 800.338.0505 and enter form code **948** when instructed.

Case: 25-50975    Doc# 1    Filed: 06/29/25    Entered: 06/29/25 16:25:36    Page 130 of 165

339011 12-21-23

SCHEDULE
**CA (540)**

TAXABLE YEAR
**2023**

# California Adjustments - Residents

**Important:** Attach this schedule behind Form 540, Side 6 as a supporting California schedule.

Name(s) as shown on tax return
ALEX B ROSENBERG AND MARYANA ROSENBERG

SSN or ITIN
***-**-0671

## Part I   Income Adjustment Schedule

**Section A - Income** from federal Form 1040 or 1040-SR

| | | | A Federal Amounts (taxable amounts from your federal tax return) | B Subtractions See instructions | C Additions See instructions |
|---|---|---|---|---|---|
| 1 | a | Total amount from federal Form(s) W-2, box 1. See instructions | 1a | 452,416 | | |
| | b | Household employee wages not reported on federal Form(s) W-2 | 1b | | | |
| | c | Tip income not reported on line 1a | 1c | | | |
| | d | Medicaid waiver payments not reported on federal Form(s) W-2. See instructions | 1d | | | |
| | e | Taxable dependent care benefits from federal Form 2441, line 26 | 1e | | | |
| | f | Employer-provided adoption benefits from federal Form 8839, line 29 | 1f | | | |
| | g | Wages from federal Form 8919, line 6 | 1g | | | |
| | h | Other earned income. See instructions | 1h | | | |
| | i | Nontaxable combat pay election. See instructions | 1i | | | |
| | z | Add line 1a through line 1i | 1z | 452,416 | | |
| 2 | Taxable interest. a | | 2b | 5,399 | | |
| 3 | Ordinary dividends. See instructions. a | | 3b | | | |
| 4 | IRA distributions. See instructions. a | | 4b | | | |
| 5 | Pensions and annuities. See instructions. a | | 5b | | | |
| 6 | Social security benefits. a | | 6b | | | |
| 7 | Capital gain or (loss). See instr. | | 7 | | | |

**Section B - Additional Income** from federal Schedule 1 (Form 1040)

| | | | | | |
|---|---|---|---|---|---|
| 1 | Taxable refunds, credits, or offsets of state and local income taxes | 1 | | | |
| 2 | a | Alimony received. See instructions | 2a | | | |
| 3 | Business income or (loss). See instructions | 3 | -2,073 | | |
| 4 | Other gains or (losses) | 4 | | | |
| 5 | Rental real estate, royalties, partnerships, S corporations, trusts, etc.   STMT 2 | 5 | -769,897 | | 600,316 |
| 6 | Farm income or (loss) | 6 | | | |
| 7 | Unemployment compensation | 7 | | | |

| Section B - Additional Income<br>Continued | | **A Federal Amounts**<br>(taxable amounts from your<br>federal tax return) | **B Subtractions**<br>See instructions | **C Additions**<br>See instructions |
|---|---|---|---|---|
| **8** Other income: | | | | |
| **a** Federal net operating loss | 8a | ◉ ( ) | | ◉ |
| **b** Gambling | 8b | ◉ | ◉ | |
| **c** Cancellation of debt | 8c | ◉ | ◉ | ◉ |
| **d** Foreign earned income exclusion from federal Form 2555 | 8d | ◉ ( ) | | ◉ |
| **e** Income from federal Form 8853 | 8e | ◉ | | ◉ |
| **f** Income from federal Form 8889 | 8f | ◉ | ◉ | |
| **g** Alaska Permanent Fund dividends | 8g | ◉ | | |
| **h** Jury duty pay | 8h | ◉ | | |
| **i** Prizes and awards | 8i | ◉ | | |
| **j** Activity not engaged in for profit income | 8j | ◉ | | |
| **k** Stock options | 8k | ◉ | | ◉ |
| **l** Income from the rental of personal property if you engaged in the rental for profit but were not in the business of renting such property | 8l | ◉ | | |
| **m** Olympic and Paralympic medals and USOC prize money | 8m | ◉ | | |
| **n** IRC Section 951(a) inclusion | 8n | ◉ | ◉ | |
| **o** IRC Section 951A(a) inclusion | 8o | ◉ | ◉ | |
| **p** IRC Section 461(l) excess business loss adjustment | 8p | ◉  193,970 | ◉  193,970 | ◉ |
| **q** Taxable distributions from an ABLE account | 8q | ◉ | | |
| **r** Scholarship and fellowship grants not reported on federal Form(s) W-2 | 8r | ◉ | | |
| **s** Nontaxable amount of Medicaid waiver payments included on federal Form 1040, line 1a or line 1d | 8s | ◉ ( ) | | |
| **t** Pension or annuity from a nonqualified deferred compensation plan or a nongovernmental IRC Section 457 plan | 8t | ◉ | | |
| **u** Wages earned while incarcerated | 8u | ◉ | | |
| **z** Other income. List type and amount.<br>◉ _____ | 8z | ◉ | ◉ | ◉ |

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 132 of 165

| Section B - Additional Income<br>Continued | A Federal Amounts<br>(taxable amounts from your<br>federal tax return) | B Subtractions<br>See instructions | C Additions<br>See instructions |
|---|---|---|---|
| 9 a Total other income. Add lines 8a through 8z  **9a** | 193,970 | 193,970 | |
| b1 Disaster loss deduction from form FTB 3805V ...  **9b1** | | | |
| b2 NOL deduction from form FTB 3805V  **9b2** | | | |
| b3 NOL deduction from form FTB 3805Z, 3807,<br>or 3809  **9b3** | | | |
| 10 **Total.** Combine Section A, line 1z through line 7,<br>and Section B, line 1 through line 7, and line 9a<br>in column A and column C. Add Section A, line 1z<br>through line 7, and Section B, line 1 through line 7,<br>line 9a, and line 9b1 through line 9b3 in column B<br>(as applicable). See instructions  **10** | −120,185 | 193,970 | 600,316 |

**Section C - Adjustments to Income**
from federal Schedule 1 (Form 1040)

| | | | |
|---|---|---|---|
| 11 Educator expenses  **11** | | | |
| 12 Certain business expenses of reservists, performing<br>artists, and fee-basis government officials  **12** | | | |
| 13 Health savings account deduction  **13** | | | |
| 14 Moving expenses. Attach form FTB 3913.<br>See instructions  **14** | | | |
| 15 Deductible part of self-employment tax.<br>See instructions  **15** | | | |
| 16 Self-employed SEP, SIMPLE, and qualified plans  **16** | | | |
| 17 Self-employed health insurance deduction.<br>See instructions  **17** | | | |
| 18 Penalty on early withdrawal of savings  **18** | | | |
| 19 a Alimony paid  **19a** | | | |
| b Recipient's: SSN | | | |
| Last Name | | | |
| 20 IRA deduction  **20** | | | |
| 21 Student loan interest deduction  **21** | | | |
| 22 Reserved for future use  **22** | | | |
| 23 Archer MSA deduction  **23** | | | |

| Section C - Adjustments to Income<br>Continued | | A  Federal Amounts<br>(taxable amounts from your<br>federal tax return) | B Subtractions<br>See instructions | C  Additions<br>See instructions |
|---|---|---|---|---|
| **24** Other adjustments: | | | | |
| **a** Jury duty pay | 24a | ◉ | | |
| **b** Deductible expenses related to income reported on line 8l from the rental of personal property engaged in for profit | 24b | ◉ | ◉ | ◉ |
| **c** Nontaxable amount of the value of Olympic and Paralympic medals and USOC prize money reported on line 8m | 24c | ◉ | ◉ | |
| **d** Reforestation amortization and expenses | 24d | ◉ | ◉ | |
| **e** Repayment of supplemental unemployment benefits under the federal Trade Act of 1974 | 24e | ◉ | | |
| **f** Contributions to IRC Section 501(c)(18)(D) pension plans | 24f | ◉ | ◉ | ◉ |
| **g** Contributions by certain chaplains to IRC Section 403(b) plans | 24g | ◉ | ◉ | ◉ |
| **h** Attorney fees and court costs for actions involving certain unlawful discrimination claims | 24h | ◉ | | |
| **i** Attorney fees and court costs you paid in connection with an award from the IRS for information you provided that helped the IRS detect tax law violations | 24i | ◉ | ◉ | |
| **j** Housing deduction from federal Form 2555 | 24j | ◉ | ◉ | |
| **k** Excess deductions of IRC Section 67(e) expenses from federal Schedule K-1 (Form 1041) | 24k | ◉ | | |
| **z** Other adjustments. List type and amount. | | | | |
| ◉ _____ | 24z | ◉ | ◉ | ◉ |
| **25** Total other adjustments. Add line 24a through line 24z | 25 | ◉ | ◉ | ◉ |
| **26** Add line 11 through line 23 and line 25 in columns A, B, and C. See instructions | 26 | ◉ | ◉ | ◉ |
| **27** Total. Subtract line 26 from line 10 in columns A, B, and C. See instructions | 27 | ◉        −120,185 | ◉        193,970 | ◉        600,316 |

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 134 of 165

## Part II Adjustments to Federal Itemized Deductions

Check the box if you did NOT itemize for federal but will itemize for California .........  ⊙  ☐

| | | A Federal Amounts (from federal Schedule A (Form 1040)) | B Subtractions See instructions | C Additions See instructions |
|---|---|---|---|---|
| **Medical and Dental Expenses** See instructions. | | | | |
| **1** Medical and dental expenses ⊙_____ | 1 | | | |
| **2** Enter amount from federal Form 1040 or 1040-SR, line 11 ⊙_____ | 2 | | | |
| **3** Multiply line 2 by 7.5% (0.075) ....... ⊙_____ | 3 | | | |
| **4** Subtract line 3 from line 1. If line 3 is more than line 1, enter 0 ................... | 4 | ⊙ | | ⊙ |
| **Taxes You Paid** | | | | |
| **5 a** State and local income tax or general sales taxes | 5a | ⊙ 39,889 | ⊙ 39,889 | |
| **b** State and local real estate taxes | 5b | ⊙ 17,995 | | |
| **c** State and local personal property taxes | 5c | ⊙ | | |
| **d** Add line 5a through line 5c | 5d | ⊙ 57,884 | | |
| **e** Enter the smaller of line 5d or $10,000 ($5,000 if married filing separately) in column A. Enter the amount from line 5a, column B in line 5e, column B. Enter the difference from line 5d and line 5e, column A in line 5e, column C .......... | 5e | ⊙ 10,000 | ⊙ 39,889 | ⊙ 47,884 |
| **6** Other taxes. List type ⊙_____ | 6 | ⊙ | ⊙ | ⊙ |
| **7** Add line 5e and line 6 ................... | 7 | ⊙ 10,000 | ⊙ 39,889 | ⊙ 47,884 |
| **Interest You Paid** | | | | |
| **8 a** Home mortgage interest and points reported to you on federal Form 1098 ................... | 8a | ⊙ 21,391 | | ⊙ |
| **b** Home mortgage interest not reported to you on federal Form 1098 | 8b | ⊙ | | ⊙ |
| **c** Points not reported to you on federal Form 1098 | 8c | ⊙ | | ⊙ |
| **d** Reserved for future use ................... | 8d | | | |
| **e** Add line 8a through line 8c | 8e | ⊙ 21,391 | ⊙ | ⊙ |
| **9** Investment interest ................... | 9 | ⊙ | ⊙ | ⊙ |
| **10** Add line 8e and line 9 ................... | 10 | ⊙ 21,391 | ⊙ | ⊙ |

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 135 of 165

| Part II Adjustments to Federal Itemized Deductions Continued | A Federal Amounts (from federal Schedule A (Form 1040)) | B Subtractions See instructions | C Additions See instructions |
|---|---|---|---|
| **Gifts to Charity** | | | |
| 11 Gifts by cash or check ............................ 11 | ◉ | ◉ | ◉ |
| 12 Other than by cash or check .................. 12 | ◉ | ◉ | ◉ |
| 13 Carryover from prior year ...................... 13 | ◉ | ◉ | ◉ |
| 14 Add line 11 through line 13 ................... 14 | ◉ | ◉ | ◉ |
| **Casualty and Theft Losses** | | | |
| 15 Casualty or theft loss(es) (other than net qualified disaster losses). Attach federal Form 4684. See instructions ...... 15 | ◉ | ◉ | ◉ |
| **Other Itemized Deductions** | | | |
| 16 Other - from list in federal instructions ................. 16 | ◉ | ◉ | ◉ |
| 17 Add lines 4, 7, 10, 14, 15, and 16 in columns A, B, and C .................... 17 | ◉ 31,391 | ◉ 39,889 | ◉ 47,884 |

18 **Total.** Combine line 17 column A less column B plus column C ...................................... ◉ 18     39,386

**Job Expenses and Certain Miscellaneous Deductions**

19 Unreimbursed employee expenses: job travel, union dues, job education, etc. Attach federal Form 2106 if required. See instructions ...................... ◉ 19 _____

20 Tax preparation fees ...................... ◉ 20 _____

21 Other expenses: investment, safe deposit box, etc. List type ◉ _____ ◉ 21 _____

22 Add line 19 through line 21 ...................... ◉ 22 _____

23 Enter amount from federal Form 1040 or 1040-SR, line 11 ................... ◉ _____

24 Multiply line 23 by 2% (0.02). If less than zero, enter 0 ...................... ◉ 24 _____

25 Subtract line 24 from line 22. If line 24 is more than line 22, enter 0 ...................... ◉ 25 _____

26 **Total Itemized Deductions.** Add line 18 and line 25 ...................... ◉ 26     39,386

27 Other adjustments. See instructions. Specify. ◉ _____ ◉ 27 _____

28 Combine line 26 and line 27 ...................... ◉ 28     39,386

29 Is your federal AGI (Form 540, line 13) more than the amount shown below for your filing status?

    Single or married/RDP filing separately ...................... **$237,035**
    Head of household ...................... **$355,558**
    Married/RDP filing jointly or qualifying surviving spouse/RDP ...................... **$474,075**

    **No.** Transfer the amount on line 28 to line 29.

    **Yes.** Complete the Itemized Deductions Worksheet in the instructions for Schedule CA (540), line 29 ...................... ◉ 29     39,386

30 Enter the larger of the amount on line 29 or your standard deduction shown below:

    Single or married/RDP filing separately. See instructions ...................... **$5,363**
    Married/RDP filing jointly, head of household, or qualifying surviving spouse/RDP   **$10,726**

    **Transfer the amount on line 30 to Form 540, line 18** ...................... ◉ 30     39,386

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 136 of 165

| | | | 339361 12-20-23 |
|---|---|---|---|

**TAXABLE YEAR 2023**

# Alternative Minimum Tax and Credit Limitations - Residents

CALIFORNIA SCHEDULE **P (540)**

Attach this schedule to Form 540.

| Name(s) as shown on Form 540 | Your SSN or ITIN |
|---|---|
| ALEX B ROSENBERG AND MARYANA ROSENBERG | ***-**-0671 |

## Part I  Alternative Minimum Taxable Income (AMTI)  Important: See instructions for information regarding California/federal differences.

| | | | |
|---|---|---|---|
| 1 | If you itemized deductions, go to line 2. If you did not itemize deductions, enter your standard deduction from Form 540, line 18, and go to line 6 | 1 | 00 |
| 2 | Medical and dental expenses. Enter the smaller of federal Schedule A (Form 1040), line 4, or 2 1/2% (.025) of federal Form 1040 or 1040-SR, line 11. See instructions | ● 2 | 00 |
| 3 | Personal property taxes and real property taxes. See instructions | ● 3 | 17,995 00 |
| 4 | Certain interest on a home mortgage **not** used to buy, build, or improve your home. See instructions | ● 4 | 00 |
| 5 | Miscellaneous itemized deductions. See instructions | ● 5 | 00 |
| 6 | Refund of personal property taxes and real property taxes. See instructions | ● 6 ( | 00) |
| | **Do not** include your state income tax refund on this line. | | |
| 7 | Investment interest expense adjustment. See instructions | ● 7 | 00 |
| 8 | Post-1986 depreciation. See instructions | ● 8 | 00 |
| 9 | Adjusted gain or loss. See instructions | ● 9 | 00 |
| 10 | Incentive stock options (ISOs) and California qualified stock options (CQSOs). See instructions | ●10 | 00 |
| 11 | Passive activities adjustment. See instructions | ●11 | 00 |
| 12 | Beneficiaries of estates and trusts. Enter the amount from Schedule K-1 (541), line 12a | ●12 | 00 |

13 Other adjustments and preferences. Enter the amount, if any, for each item, a through l. See instructions.

| | | | | | |
|---|---|---|---|---|---|
| a | Circulation expenditures ● | 00 | g | Mining costs ● | 00 |
| b | Depletion ● | 00 | h | Patron's adjustment ● | 00 |
| c | Installment sales ● | 00 | i | Pollution control facilities ● | 00 |
| d | Intangible drilling costs ● | 00 | j | Research and experimental ● | 00 |
| e | Long-term contracts ● | 00 | k | Tax shelter farm activities ● | 00 |
| f | Loss limitations ● | −246 00 | l | Related adjustments ● | 00 |

| | | | |
|---|---|---|---|
| | Add amounts on line a through line l, and enter total here | ●13 | −246 00 |
| 14 | Total Adjustments and Preferences. Combine line 1 through line 13 | ●14 | 17,749 00 |
| 15 | Enter taxable income from Form 540, line 19. See instructions | ●15 | 246,775 00 |
| 16 | Net operating loss (NOL) deductions from Schedule CA (540), Part I, Section B, line 9b1, line 9b2, and line 9b3, column B. Enter as a positive amount | ●16 | 00 |
| 17 | AMTI exclusion. See instructions SEE STATEMENT 3 LIMITED TO 0 | ●17 ( | 0 00) |
| 18 | If your federal adjusted gross income (AGI) is less than the amount for your filing status (listed below), skip this line and go to line 19. If you itemized deductions and your federal AGI is more than the amount for your filing status, see instructions | ●18 ( | 00) |
| | Single or married/RDP filing separately | $237,035 | |
| | Married/RDP filing jointly or qualifying surviving spouse/RDP | $474,075 | |
| | Head of household | $355,558 | |
| 19 | Combine line 14 through line 18 | ●19 | 264,524 00 |
| 20 | Alternative minimum tax NOL deduction. See instructions | ●20 | 00 |
| 21 | **Alternative Minimum Taxable Income.** Subtract line 20 from line 19 (if married/RDP filing separately and line 21 is more than $450,368, see instructions) | ●21 | 264,524 00 |

## Part II  Alternative Minimum Tax (AMT)

22 **Exemption Amount.** (If this schedule is for a certain child under age 24, see instructions.)

| If your filing status is: | And line 21 is not over: | Enter on line 22: | | |
|---|---|---|---|---|
| Single or head of household | $326,891 | $87,171 | | |
| Married/RDP filing jointly or qualifying surviving spouse/RDP | $435,855 | $116,229 | ●22 | 116,229 00 |
| Married/RDP filing separately | $217,924 | $58,111 | | |
| If Part I, line 21 is more than the amount shown above for your filing status, see instructions. | | | | |

| | | | |
|---|---|---|---|
| 23 | Subtract line 22 from line 21. If zero or less, enter -0-. See instructions | 23 | 148,295 00 |
| 24 | Tentative Minimum Tax. Multiply line 23 by 7.0% (.07) | ●24 | 10,381 00 |
| 25 | Regular tax before credits from Form 540, line 31 | ●25 | 16,256 00 |
| 26 | **Alternative Minimum Tax.** Subtract line 25 from line 24. If zero or less, enter -0- here and on Form 540, line 61. If more than zero, enter here and on Form 540, line 61. If you make estimated tax payments for taxable year 2024, enter amount from line 26 on the 2024 Form 540-ES, California Estimated Tax Worksheet, line 16. (Exception: If you have carryover credit for solar energy or commercial solar energy, first enter the result on Side 2, Part III, Section C, line 23 or 24) | ●26 | 0 00 |

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 137 of 165

## Part III  Credits that Reduce Tax  **Note:** Be sure to attach your credit forms to Form 540.

| | | | |
|---|---|---|---|
| 1  Enter the amount from Form 540, line 35 | ● 1 | 15,076 | 00 |
| 2  Enter the tentative minimum tax from Side 1, Part II, line 24 | ● 2 | 10,381 | 00 |

| | (a) Credit amount | (b) Credit used this year | (c) Tax balance that may be offset by credits | (d) Credit carryover |
|---|---|---|---|---|
| **Section A - Credits that reduce excess tax.** | | | | |
| 3  Subtract line 2 from line 1. If zero or less enter -0- and see instr. This is your excess tax which may be offset by credits ......  3 | | | ● 4,695 | |
| **A1  Credits that reduce excess tax and have no carryover provisions.** | | | | |
| 4  Code: 162 Prison inmate labor credit (FTB 3507) .............  4 | | ● | | |
| 5  Code: 232 Child and dependent care expenses credit (FTB 3506)  5 | | ● | | |
| **A2  Credits that reduce excess tax and have carryover provisions.** | | | | |
| 6  Code:● _ _ _ Credit Name:_____  6 | | ● | | ● |
| 7  Code:● _ _ _ Credit Name:_____  7 | | ● | | ● |
| 8  Code:● _ _ _ Credit Name:_____  8 | | ● | | ● |
| 9  Code:● _ _ _ Credit Name:_____  9 | | ● | | ● |
| 10  Code: 188 Credit for prior year alternative minimum tax .......  10 | ● | ● | | ● |
| **Section B - Credits that may reduce tax below tentative minimum tax.** | | | | |
| 11  If Part III, line 3 is zero, enter the amount from line 1. If line 3 is more than zero, enter the total of line 2 and the last entry in column (c)  11 | | | ● 15,076 | |
| **B1  Credits that reduce net tax and have no carryover provisions.** | | | | |
| 12  Code: 170 Credit for joint custody head of household ........  12 | | ● | | |
| 13  Code: 173 Credit for dependent parent .......  13 | | ● | | |
| 14  Code: 163 Credit for senior head of household ........  14 | | ● | | |
| 15  Nonrefundable renter's credit .......  15 | | ● | | |
| **B2  Credits that reduce net tax and have carryover provisions.** | | | | |
| 16  Code:● _ _ _ Credit Name:_____  16 | | ● | | ● |
| 17  Code:● _ _ _ Credit Name:_____  17 | | ● | | ● |
| 18  Code:● _ _ _ Credit Name:_____  18 | | ● | | ● |
| 19  Code:● _ _ _ Credit Name:_____  19 | | ● | | ● |
| **B3  Other state tax credit.** | | | | |
| 20  Code: 187 Other state tax credit .......  20 | | ● | | |
| **B4  Pass-through entity elective tax credit.** See instructions. | | | | |
| 21  Code: 242 Pass-through entity elective tax credit .......  21 | | ● | | ● |
| **Section C - Credits that may reduce alternative minimum tax.** | | | | |
| 22  Enter your alternative minimum tax from Side 1, Part II, line 26  22 | | | ● | |
| 23  Code: 180 Solar energy credit carryover from Section B2, column (d) .......  23 | | ● | | ● |
| 24  Code: 181 Commercial solar energy credit carryover from Section B2, column (d) .......  24 | | ● | | ● |
| 25  Adjusted AMT. Enter the balance from line 24, column (c) here and on Form 540, line 61 .......  25 | | | ● | |



Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 138 of 165

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# 2023 Income from Passthroughs          CA

SUNTERNAL, INC.
*.*. ******: 84-2916481

TAXABLE INCOME (LOSS) SUMMARY:

NONPASSIVE LOSS ALLOWED                                    -169,581
                                                     _____
NET INCOME (LOSS) FOR ENTITY                               -169,581
                                                     ================

ACTIVITY INFORMATION:

SUNTERNAL, INC.

 ORDINARY INCOME (LOSS)                        -169,581
                                         _____
TOTAL NONPASSIVE GAIN (LOSS)                              -169,581
                                                     ================

328021 04-01-23

12521016 131839 0113639          2023.04030 ROSENBERG, ALEX B          01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# Worksheet for Figuring a Shareholder's Stock Basis

*(Keep for your records.)*

Name of Entity: **SUNTERNAL, INC.**    EIN: **84-2916481**

| | | |
|---|---|---|
| 1. Your stock basis at the beginning of the year | 1. | 178,141. |
| **Increases:** | | |
| 2. Money and your adjusted basis in property contributed to the corporation | 2. | 3,000. |
| 3. Your share of the corporation's income (including tax-exempt income) reduced by any amount included in income with respect to clean renewable energy or (for bonds issued before October 4, 2008) qualified zone academy bonds | 3. | 0. |
| 4. Other increases to basis, including your share of the excess of the deductions for depletion (other than oil and gas depletion) over the basis of the property subject to depletion      SEE STATEMENT 5 | 4. | 31,100. |
| **Decreases:** | | |
| 5. Distributions of money and the fair market value of property (excluding dividend distributions reportable on Form 1099-DIV and distributions in excess of basis (the sum of lines 1 through 4)) | 5. ( | 32,311.) |
| 6. Enter: **(a)** Your share of the corporation's nondeductible expenses and the depletion deduction for any oil and gas property held by the corporation (but only to the extent your share of the property's adjusted basis exceeds the depletion deduction)  **or (b)** if the election under Regulations section 1.1367-1(g) applies, your share of the corporation's deductions and losses (include your entire share of the section 179 expense deduction even if your allowable section 179 expense deduction is smaller) adjusted, if the corporation made a charitable contribution of property, as described in (4) under Basis Rules | 6. ( | 10,349.) |
| 7. If the election under Regulations section 1.1367-1(g) applies, enter the amount from 6(a) above. Otherwise enter the amount from 6(b) | 7. ( | 1,001,221.) |
| 8. Enter the smaller of **(a)** the excess, as of the beginning of the tax year, of the amount you are owed for loans you made to the corporation over your basis in those loans  **or (b)** the sum of lines 1 through 7. This amount increases your loan basis | 8. ( | 0.) |
| 9. Your stock basis in the corporation at the end of the year. Combine lines 1 through 8 | 9. | 0. |

319061
04-01-23

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 140 of
19                                            165
12521016 131839 0113639                    2023 04030 ROSENBERG, ALEX B                    01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# Shareholder Debt Basis Worksheet

| Name of Entity: | EIN: |
|---|---|
| SUNTERNAL, INC. | 84-2916481 |

## Debt Basis

| | | | |
|---|---|---|---:|
| 10. | Debt basis, beginning of year (Not less than zero) | | 0. |
| 11. | Loans made during the year | 0. | |
| 12. | Restoration of debt basis (from line 8) | 0. | |
| 13. | Subtotal (Add lines 11 and 12) | | 0. |
| 14. | Less: Loan repayments | | 0. |
| 15. | Gain from loan repayments | | 0. |
| 16. | Other adjustments: | | |
| 17. | Subtotal (Combine lines 10, 13, 14, 15 and 16) | | 0. |
| 18. | Applied against excess loss and deductions | | 0. |
| 19. | Debt basis, end of year (Not less than zero) | | 0. |
| 20. | Total shareholder stock and debt basis, end of year (Add lines 9 and 19) (Not less than zero) | | 0. |

319081
04-01-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALEX B. & MARYANA ROSENBERG                                    ***-**-0671

| CA 540/540NR | EXCESS CALIFORNIA SDI (OR VPDI) WITHHELD | STATEMENT 1 |
|---|---|---|

|  | TAXPAYER | SPOUSE/RDP |
|---|---|---|
| 1. ADD AMOUNTS OF SDI (OR VPDI) WITHHELD SHOWN ON YOUR FEDERAL FORMS W-2. ENTER THE TOTAL HERE. | 1,487. | |
| 2. CURRENT YEAR SDI (OR VPDI) LIMIT | 1,378.48 | 1,378.48 |
| 3. EXCESS SDI (OR VPDI) WITHHELD. SUBTRACT LINE 2 FROM LINE 1. ENTER THE RESULTS HERE. IF ZERO OR LESS, ENTER -0-. COMBINE THE AMOUNTS ON LINE 3 AND ENTER THE TOTAL, IN WHOLE DOLLARS ONLY ON FORM 540, LINE 74 OR FORM 540NR, LINE 84. | 109. | 0. |

| CA SCHEDULE CA | RENTS, ROYALTIES, PARTNERSHIPS, ETC... | | STATEMENT 2 |
|---|---|---|---|

| DESCRIPTION | CALIFORNIA AMOUNT | FEDERAL AMOUNT | ADJUSTMENT |
|---|---|---|---|
| SUNTERNAL, INC. | -169,581. | -769,897. | 600,316. |
| TO SCH CA (540), PART IB, LINE 5C | | | 600,316. |

| CA SCHEDULE P | AMTI EXCLUSION | STATEMENT 3 |
|---|---|---|

| DESCRIPTION | AMOUNT |
|---|---|
| FLYROCK LLC | -2,073. |
| TOTAL TO SCHEDULE P, PART I, LINE 17 | -2,073. |

12521016 131839 0113639                    2024.04030 ROSENBERG, ALEX B                    01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALEX B. & MARYANA ROSENBERG                                    ***-**-0671

---

CA S-CORP BASIS WKST     ALLOCATION OF INCOME AND BASIS          STATEMENT 4

SUNTERNAL, INC.

| DESCRIPTION | INCOME | LOSS | PERCENT OF LOSS | ALLOCATION OF INCOME | ALLOCATION OF BASIS |
|---|---|---|---|---|---|
| ORDINARY | 0. | 1,001,221. | 1.000000000 | 0. | 169,581. |
| TOTALS | 0. | 1,001,221. | 1.000000000 | 0. | 169,581. |

---

CA S-CORP BASIS WKST          INCREASES IN BASIS                 STATEMENT 5

SUNTERNAL, INC.

| DESCRIPTION | AMOUNT |
|---|---|
| APIC | 31,100. |
| INCLUDED IN BASIS WORKSHEET, LINE 4 | 31,100. |

---

CA S-CORP BASIS WKST     ALLOCATION OF ALLOWABLE LOSSES          STATEMENT 6

SUNTERNAL, INC.

| DESCRIPTION | LOSS | PERCENT OF LOSS | ALLOCATION OF BASIS | ALLOWABLE LOSS | DISALLOWED LOSS |
|---|---|---|---|---|---|
| ORDINARY | 1,001,221. | 1.000000000 | 169,581. | 169,581. | 831,640. |
| TOTALS | 1,001,221. | 1.000000000 | 169,581. | 169,581. | 831,640. |

12521016 131839 0113639                  202504030 ROSENBERG, ALEX B               01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# ALTERNATIVE MINIMUM TAX
## Worksheet for Figuring a Shareholder's Stock Basis

*(Keep for your records.)*

Name of Entity: **SUNTERNAL, INC.**　　　　　EIN: **84-2916481**

| | | | |
|---|---|---|---|
| 1. | Your stock basis at the beginning of the year | 1. | 178,387. |
| | **Increases:** | | |
| 2. | Money and your adjusted basis in property contributed to the corporation | 2. | 3,000. |
| 3. | Your share of the corporation's income (including tax-exempt income) reduced by any amount included in income with respect to clean renewable energy or (for bonds issued before October 4, 2008) qualified zone academy bonds | 3. | 2,598. |
| 4. | Other increases to basis, including your share of the excess of the deductions for depletion (other than oil and gas depletion) over the basis of the property subject to depletion　　**SEE STATEMENT 9** | 4. | 31,100. |
| | **Decreases:** | | |
| 5. | Distributions of money and the fair market value of property (excluding dividend distributions reportable on Form 1099-DIV and distributions in excess of basis (the sum of lines 1 through 4)) | 5. ( | 32,311.) |
| 6. | Enter: **(a)** Your share of the corporation's nondeductible expenses and the depletion deduction for any oil and gas property held by the corporation (but only to the extent your share of the property's adjusted basis exceeds the depletion deduction)  **or (b)** if the election under Regulations section 1.1367-1(g) applies, your share of the corporation's deductions and losses (include your entire share of the section 179 expense deduction even if your allowable section 179 expense deduction is smaller) adjusted, if the corporation made a charitable contribution of property, as described in (4) under Basis Rules | 6. ( | 10,349.) |
| 7. | If the election under Regulations section 1.1367-1(g) applies, enter the amount from 6(a) above. Otherwise enter the amount from 6(b) | 7. ( | 1,001,221.) |
| 8. | Enter the smaller of **(a)** the excess, as of the beginning of the tax year, of the amount you are owed for loans you made to the corporation over your basis in those loans  **or (b)** the sum of lines 1 through 7. This amount increases your loan basis | 8. ( | 0.) |
| 9. | Your stock basis in the corporation at the end of the year. Combine lines 1 through 8 | 9. | 0. |

319061
04-01-23

12521016 131839 0113639　　　　　2023.04030 ROSENBERG, ALEX B　　　　　01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# Shareholder Debt Basis Worksheet

| Name of Entity: | EIN: |
|---|---|
| SUNTERNAL, INC. | 84-2916481 |

## Debt Basis

| | | | |
|---|---|---|---|
| 10. | Debt basis, beginning of year (Not less than zero) | | 0. |
| 11. | Loans made during the year | 0. | |
| 12. | Restoration of debt basis (from line 8) | 0. | |
| 13. | Subtotal (Add lines 11 and 12) | | 0. |
| 14. | Less: Loan repayments | | 0. |
| 15. | Gain from loan repayments | | 0. |
| 16. | Other adjustments: | | |
| 17. | Subtotal (Combine lines 10, 13, 14, 15 and 16) | | 0. |
| 18. | Applied against excess loss and deductions | | 0. |
| 19. | Debt basis, end of year (Not less than zero) | | 0. |
| 20. | Total shareholder stock and debt basis, end of year (Add lines 9 and 19) (Not less than zero) | | 0. |

319081
04-01-23

12521016 131839 0113639                    2024 04030 ROSENBERG, ALEX B                    01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALEX B. & MARYANA ROSENBERG                                   ***-**-0671

| CA AMT S-CORP | ALTERNATIVE MINIMUM TAX | STATEMENT 7 |
| BASIS WKST | ALLOCATION OF INCOME AND BASIS | |

SUNTERNAL, INC.

| DESCRIPTION | INCOME | LOSS | PERCENT OF LOSS | ALLOCATION OF INCOME | ALLOCATION OF BASIS |
|---|---|---|---|---|---|
| ORDINARY | 2,598. | 1,001,221. | 1.000000000 | 2,598. | 169,827. |
| AMOUNT USED FROM LINE 6 | 0. | 0. | .000000000 | 0. | 0. |
| TOTALS | 2,598. | 1,001,221. | 1.000000000 | 2,598. | 169,827. |

| CA AMT S-CORP | ALTERNATIVE MINIMUM TAX | STATEMENT 8 |
| BASIS WKST | ALLOCATION OF ALLOWABLE LOSSES | |

SUNTERNAL, INC.

| DESCRIPTION | LOSS | ALLOCATION OF INCOME | ALLOCATION OF BASIS | ALLOWABLE LOSS | DISALLOWED LOSS |
|---|---|---|---|---|---|
| ORDINARY | 1,001,221. | 2,598. | 169,827. | 172,425. | 828,796. |
| TOTALS | 1,001,221. | 2,598. | 169,827. | 172,425. | 828,796. |

| CA AMT S-CORP | INCREASES IN BASIS | STATEMENT 9 |
| BASIS WKST | | |

SUNTERNAL, INC.

| DESCRIPTION | AMOUNT |
|---|---|
| APIC | 31,100. |
| INCLUDED IN BASIS WORKSHEET, LINE 4 | 31,100. |

# 2023 PIT-1
## NEW MEXICO PERSONAL INCOME TAX RETURN

For the year January 1 - December 31, 2023

or fiscal year beginning __F.1__ ending __F.2__

### If amending use Form 2023 PIT-X.



Get your refund faster, file online using Taxpayer Access Point TAP **https://tap.state.nm.us.**

1019 01 1

| | | | |
|---|---|---|---|
| 1a Print your name (first, middle, last) **ALEX B. ROSENBERG** | 1b SOCIAL SECURITY NUMBER **\*\*\*-\*\*-0671** | 1c Blind / 1d Age 65 or over / 1e Residency status **N** | 1f Taxpayer's date of birth **04/23/1987** |
| 2a Print your spouse's name (first, middle, last). If married filing separately, include spouse. **MARYANA ROSENBERG** | 2b **\*\*\*-\*\*-7979** | 2c / 2d / 2e **N** | 2f Spouse's date of birth **07/21/1986** |

3a ☐ If the address is new or changed, mark this box.

3b Mailing Address (Number and street) **541 PAPAC WAY**

3c City **SAN JOSE** State **CA** Postal/ZIP Code **95117**

3d If foreign address, enter country / Foreign province and/or state

**4.** If a deceased taxpayer's refund must be made payable to a person other than the taxpayer or spouse named on this return, enter below the name and social security number of that person. You must also attach Form RPD-41083.

4a Name

4b SSN

If taxpayer or spouse died before this return is filed, enter date of death. ➡

4c Taxpayer's date of death

4d Spouse's date of death

Residency status: For taxpayer and spouse (1e and 2e), enter:

R if Resident
N if Non-Resident
F if First-Year Resident
P if Part-Year Resident

**5.** **04** **EXEMPTIONS:** Taxpayer, spouse, dependents, and other dependents reported on federal Form 1040. If you are a dependent or other dependent of another taxpayer, enter 00. (See instructions)

**6a** **EXTENSION OF TIME TO FILE:** If you have a federal or state extension, mark box 6a and enter the extension date in box 6b    **6b**

### 8. DEPENDENTS AND OTHER DEPENDENTS. As listed on your federal return.
(You must report the first 5 dependents and other dependents in this table. Use Schedule PIT-S for additional entries.)

| Column 1<br>First name — Last name | Column 2<br>Dependent's SSN | Column 3<br>Date of birth (MM/DD/CCYY) |
|---|---|---|
| CAMRYN ROSENBERG | \*\*\*-\*\*-2896 | 07/27/2019 |
| AYLA ROSENBERG | \*\*\*-\*\*-3725 | 11/15/2023 |
| | | |
| | | |
| | | |

### 7. FILING STATUS. Mark only one box.

☐ (1) Single

☒ (2) Married filing jointly

☐ (3) Married filing separately (Enter spouse's name and social security number in 2a and 2b.)

☐ (4) Head of household (Enter name of person qualifying as head of household if that person is not counted as a qualified dependent on your federal return.)

(4a) _____

☐ (5) Surviving Spouse with dependent child

| | | | |
|---|---|---|---|
| **9.** **FEDERAL ADJUSTED GROSS INCOME.** (from federal Form 1040 or 1040SR, line 11) | | **9** | **-120,185** |
| **10.** If you itemized your federal deduction amount, enter the amount of state and local tax deduction claimed on federal Form 1040, Schedule A, line 5a. See the worksheet in the instructions. | + | **10** | **3,691** |
| **11.** Total Additions to federal adjusted gross income (PIT-ADJ, line 6). **Attach PIT-ADJ** | + | **11** | |
| **12.** Federal standard or itemized deduction amount (from federal Form 1040, line 12) | − | **12** | **31,391** |
| 12a. If you **itemized**, mark the box 12a ☒ | | | |
| **13.** Deduction for certain dependents. See the worksheet in the instructions | | **13** | **4,000** |
| **14.** New Mexico low- and middle-income tax exemption. See PIT-1 instructions | − | **14** | **10,000** |
| **15.** Total Deductions and Exemptions from federal income (PIT-ADJ, line 27). **Attach PIT-ADJ.** | − | **15** | |
| **16.** Medical care expense deduction. See PIT-1 instructions<br>You must complete both lines 16 and 16a or the deduction will be denied. | − | **16** | |
| 16a. Unreimbursed and uncompensated medical care expenses .......... 16a | | | |
| **17.** **NEW MEXICO TAXABLE INCOME.** Add lines 9, 10 and 11, then subtract lines 12, 13, 14, 15 and 16<br>Cannot be less than zero. | = | **17** | |
| **18.** New Mexico tax on amount on line 17 or from PIT-B, line 14 | | **18** | **0** |
| 18a. From Tax Rate Table = **R**. From PIT-B, line 14 = **B**.    18a **B** | | | |
| **19.** Additional tax for on lump-sum distributions. See PIT-1 instructions. | + | **19** | |
| **20.** Credit for taxes paid to another state. You must have been a New Mexico resident during all or part of the year. **Include a copy of other state's return.** See PIT-1 instructions | − | **20** | |
| **21.** Business-related income tax credits applied, from Schedule PIT-CR, line A. **Attach PIT-CR** | − | **21** | |
| **22.** **NET NEW MEXICO INCOME TAX.** Add lines 18 and 19, then subtract lines 20 and 21. Cannot be less than zero | = | **22** | |

**Electronic filers:** If you file your New Mexico Personal Income Tax return online and also pay tax due online, your due date is **April 30, 2024.** All others must file by **April 15, 2024.** See PIT-1 instructions for details.

**Continue on the next page.**

367001 10-27-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D



**2023 PIT-1** (page 2)
**NEW MEXICO PERSONAL INCOME TAX RETURN**
1
**YOUR SOCIAL SECURITY NUMBER**

*\*\*\*-\*\*-0671*

**Do not** submit a **photocopy** of this form to the Department. Submit only original forms and keep a copy for your records. If submitting this return by mail, send to: New Mexico Taxation and Revenue Department, P.O. Box 25122, Santa Fe, New Mexico 87504-5122

| | | |
|---|---|---|
| 23. The amount on line 22 from page 1 | 23 | |
| 24. Total claimed on rebate and credit schedule (PIT-RC, line 26). **Attach PIT-RC** | 24 | |
| 25. Working families tax credit. (You must complete lines 25, 25a, and 25b* or the deduction will be denied.) + | 25 | |

25a. The amount of federal earned income credit (EIC) reported on your
2023 federal income tax return or calculated under NM Expansion | 25a |

25b. *NM Expansion Only: Check this box if you did not qualify for the EIC on your federal return | 25b |

| | | |
|---|---|---|
| 26. Refundable business-related income tax credits from Schedule PIT-CR, line B. Attach PIT-CR + | 26 | |
| 27. New Mexico income tax withheld. **Attach annual statements of income and withholding** + | 27 | |
| 28. New Mexico income tax withheld from oil and gas proceeds. **Attach 1099-Misc or RPD-41285** + | 28 | |
| 29. New Mexico income tax withheld from or paid by a pass-through entity. **Attach 1099-Misc or RPD-41359** + | 29 | |
| 30. 2023 estimated income tax payments. See PIT-1 instructions + | 30 | |
| 31. Other Payments + | 31 | |
| **32. TOTAL PAYMENTS AND CREDITS.** Add lines 24 through 31 = | 32 | |
| **33. TAX DUE.** If line 22 is **greater than** line 32, enter the difference here | 33 | |
| 34. Penalty on underpayment of estimated tax. See PIT-1 instructions + | 34 | |

35. Special method allowed for calculation of underpayment of estimated tax penalty. If you owe penalty on
underpayment of estimated tax and you qualify, enter 1, 2, 3, 4, or 5 in the box. **Attach RPD-41272** | 35 |

| | | |
|---|---|---|
| 36. Penalty. See PIT-1 instructions + | 36 | |
| 37. Interest. See PIT-1 instructions + | 37 | |
| **38. TAX, PENALTY, AND INTEREST DUE.** Add lines 33, 34, 36, and 37 = | 38 | |
| **39. OVERPAYMENT.** If line 23 is **less than** line 32, enter the difference here. | 39 | |
| 40. Refund voluntary contributions (PIT-D, line 18). **Attach PIT-D** − | 40 | |
| 41. Amount from line 39 you want **applied to your 2024 Estimated Tax** − | 41 | |
| **42. AMOUNT TO BE REFUNDED TO YOU.** Line 39 minus lines 40 and 41 = | 42 | |

**REFUND EXPRESS !!** *Have it directly deposited! See instructions and complete all questions in this block.*

RE.1 Routing Number | RE.2 Account Number | RE.3 Account Type: Checking | Savings

Re. 4: Will this refund go to or through an account outside of the United States? Important: If "yes," you can not use this refund method. See instructions. Yes | No

HSD. 1 | Check this box if you would like to see if you and the members of your household qualify for medical insurance through the Human Services Department (HSD) or Health Insurance Exchange (NMHIE). Important: Checking this box gives the Taxation and Revenue Department permission to share information provided on the PIT-1 and PIT-S with HSD and NMHIE. See instructions for additional information.

I declare I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief it is true, correct, and complete.

| Your signature | Date |
|---|---|

**Paid preparer's use only:**

KELLY DRISKEL, EA | 10/15/24
Signature of preparer | Date

| Driver's License, State ID No. or enter "NONE" or "DECLINED" | State | Expiration Date |
|---|---|---|
| D2148844 | 04/23/2016 | CA | 04/23/2021 |

CLIFTONLARSONALLEN LLP
P.1 Firm's name (or yours, if self-employed)

| Spouse's signature | Date |
|---|---|

P.2 NMBTIN
P.3 Preparer's PTIN *\*\*\*\*\*\*\*\**

| Spouse's Driver's License, State ID No. or enter "NONE" or "DECLINED" | State | Expiration Date |
|---|---|---|

P.4 FEIN 41-0746749
P.5 Preparer's phone number 816-704-7310

(If filing jointly, BOTH must sign even if only one had income.)
Taxpayer's phone number 408-744-2990
Taxpayer's email address

P.6 ☐ Mark this box if Form RPD-41338 is on file for this taxpayer. See PIT-1 instructions.

367002 12-11-23

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

# 2023 PIT-B
## NEW MEXICO ALLOCATION AND APPORTIONMENT
## OF INCOME SCHEDULE



1

| Print your name (first, middle, last) | YOUR SOCIAL SECURITY NUMBER |
|---|---|
| ALEX B. ROSENBERG | ***-**-0671 |

Taxpayers who allocate and apportion income from both inside and outside the State of New Mexico must complete this schedule. Please refer to the instructions when completing this schedule. Include the Schedule PIT-B with your personal income tax return, Form PIT-1.

For first-year and part-year resident taxpayers, enter the period of residency.     A. From _____ B. through _____

If your spouse's residency period is different, enter the period of residency for your spouse. If additional periods of residency apply, write them in the space below this line.     C. From _____ D. through _____

If the taxpayer or spouse is a military servicemember's spouse qualifying for relief under the Military Spouse Residency Relief Act, is not a resident of New Mexico, and is allocating income from services performed in New Mexico to their state of residence, mark the appropriate box.

Taxpayer E. ☐     Spouse F. ☐

**NOTE: Resident taxpayers including persons physically present in New Mexico 185 days or more, must allocate all income and deductions on lines 1, 2, 3, and 7 in full to New Mexico.**

## SECTION 1: ALLOCATION OF NONBUSINESS INCOME

| | | Column 1<br>Total Federal Income | Column 2<br>New Mexico Income |
|---|---|---|---|
| 1. | Wages, salaries, tips, etc. If non-resident military personnel, see PIT-B instructions. ....... **1** | 452,416 | |
| 1a. | If you used Form **PIT-110** to calculate line 1, Column 2, mark this box ............ 1a ☐ | | |
| 2. | Nonbusiness interest and dividends. Include difference from Schedule PIT-ADJ,<br>line 1 minus line 6 .... **2** | 5,399 | |
| 3. | Pensions, annuities, social security, and lump-sum distributions ................ **3** | | |
| 4. | Rents and royalties ................ **4** | | |
| 5. | Gains or losses from the sale or exchange of property ................ **5** | | |
| 6. | Income or losses from pass-through entities ................ **6** | –769,897 | –159,669 |
| 7. | All other income not included in lines 1 through 6 and line 8 ................ **7** | | |

## SECTION 2: APPORTIONMENT OF BUSINESS AND FARM INCOME     (For line 8. If none, go to line 9.)

| | | | |
|---|---|---|---|
| 8. | Business and farm income. To determine the amount for Column 2, complete<br>worksheet PIT-B, page 2. See the instructions ................ **8** | –2,073 | |
| 9. | **ADD** lines 1 through 8 and enter the amount here ................ **9** | –314,155 | –159,669 |
| 10. | Federal adjustments to income. In Column 1, enter the figure from federal Schedule 1,<br>line 22. For Column 2, see the PIT-B instructions ................ **10** | | |
| 11. | Total income. Line 9 minus line 10. **Column 1 must be equal to or<br>greater than Federal Adjusted Gross Income (Form PIT-1, line 9)** ................<br>If non-resident military personnel, see the PIT-B instructions. **11** | –314,155 | –159,669 |

| | | | |
|---|---|---|---|
| 12. | **DIVIDE** the amount on line 11, Column 2 by the amount on line 11, Column 1, showing 4 decimal places.<br>(Cannot be less than zero. If greater than 1, enter 100.0000.) | **12** | 50.8249 % |
| 13. | Using the tax rate tables, find the tax applicable to PIT-1, line 17. If an amount for tax on lump-sum<br>distributions is shown on PIT-1, line 19, add it to the tax and enter the result here | **13** | 0 |
| 14. | **MULTIPLY** line 12 by line 13. Enter the amount here and on PIT-1, line 18, and then in the box on PIT-1, line 18a,<br>mark **B** to indicate the tax came from PIT-B | **14** | 0 |

367061   10-27-23

Case: 25-50975   Doc# 1   Filed: 06/29/25   Entered: 06/29/25 16:25:36   Page 149 of 165

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

ALEX B. & MARYANA ROSENBERG                                    ***-**-0671

====================================================================

PIT-1    WORKSHEET FOR COMPUTING THE AMOUNT ON LINE 10, PIT-1    STATEMENT 1

====================================================================

```
   1. STATE AND LOCAL TAX DEDUCTION YOU CLAIMED ON FEDERAL FORM        39,889.00
      1040, SCHEDULE A, LINE 5A
   2. STATE AND LOCAL TAXES ON FEDERAL FORM 1040, SCHEDULE A, LINE     57,884.00
      5D
   3. DIVIDE LINE 1 BY LINE 2. ROUND TO 4 DECIMAL PLACES                   .6891
   4. STATE AND LOCAL TAXES CLAIMED ON FEDERAL FORM 1040, SCHEDULE     10,000.00
      A, LINE 5E
   5. MULTIPLY LINE 4 BY LINE 3.                                        6,891.00
   6. ENTER THE LESSER OF LINE 4 AND LINE 5.                            6,891.00
   7. STANDARD DEDUCTION AMOUNT YOU COULD HAVE CLAIMED ON FEDERAL      27,700.00
      FORM 1040, LINE 12, IF YOU HAD NOT ITEMIZED YOUR FEDERAL
      ALLOWABLE DEDUCTIONS
   8. TOTAL ITEMIZED DEDUCTIONS FROM FEDERAL FORM 1040, LINE 12.       31,391.00
   9. SUBTRACT LINE 7 FROM LINE 8.IF LESS THAN ZERO, ENTER 0.           3,691.00
  10. ENTER THE LESSER OF LINES 6 AND 9. ALSO ENTER THIS AMOUNT         3,691.00
      ON PIT-1, LINE 10.
```

12521016 131839 0113639                    2024.04030 ROSENBERG, ALEX B                01136391

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D



CliftonLarsonAllen LLP
CLAconnect.com

# ALEX B. & MARYANA ROSENBERG

# 1040 INCOME TAX RETURN

# 2023



CliftonLarsonAllen LLP
CLAconnect.com

October 15, 2024

Alex B. & Maryana Rosenberg
541 Papac Way
San Jose, CA  95117

Greetings,

Enclosed are your 2023 income tax returns.

The summary below reflects the tax return results, E-Filed status, and the use of direct deposit (overpayment) or direct debit (balance due).

- The table will be blank if there is no tax due or overpayment.
- If payments are due where direct debit is not utilized, we recommend using the taxing authority's authorized payment website.  All federal and state electronic payment options can be found on our CLA website at https://www.claconnect.com/resources/tools/tax-payment-sites.
- If you prefer to mail your payment, we recommend using certified mail with postmarked receipt for proof of timely payment.
- If you mail a check, include your social security number and the applicable tax form number on the check.
- Specific instructions for each taxing authority follow.

**Tax Return Summary**

| Jurisdiction | E-Filed | Amount Refunded | Overpayment Applied | Amount Due | Direct Deposit/Debit |
|---|---|---|---|---|---|
| Federal | Yes | $79,901 | $0 | | Yes |
| California | Yes | $22,056 | $0 | | Yes |

## FEDERAL INCOME TAX RETURN:

This return has qualified for electronic filing.  **Please sign and return Form 8879 to our office as soon as possible, but no later than by October 15, 2024.**  We will then transmit your return electronically to the IRS.

No payment is required as you are due a refund in the amount of $79,901.

Your refund will be deposited directly into your account ending in 1997.  Refer to Form 1040 on the Direct Deposit/Debit Report for complete account information.

## CALIFORNIA INCOME TAX RETURN:

This return has qualified for electronic filing.  **Please sign and return California Form 8879 to our office as soon as possible, but no later than by October 15, 2024.**  We will then transmit your return electronically to the FTB.

No payment is required as you are to receive a refund in the amount of $22,056.

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

Your refund will be deposited directly into your account ending in 1997.  Refer to Form 540 on the Direct Deposit/Debit Report for complete account information.

## NEW MEXICO INCOME TAX RETURN:

This return has qualified for electronic filing.  **Please sign and return Form PIT-8453 to our office as soon as possible, but no later than by October 15, 2024.**  We will then transmit your return electronically to the TRD.

No payment is required.

### A few final reminders relating to your tax return filings:

- There are substantial penalties for failure to properly disclose and report foreign financial accounts and foreign activity, specifically foreign pensions and trusts.  Please make sure you have informed us of any foreign financial accounts, foreign pensions, foreign trusts, or foreign activity so that we have the necessary information to complete any required disclosures or filings.
- Be sure to review the returns prior to signing as you have final responsibility for all information included in the returns.  Please contact us if you have any questions or concerns.
- We recommend you keep a paper or electronic copy of your tax returns permanently.  Supporting documentation should be kept for a minimum of seven years based on IRS guidance.
- A copy of the 2023 CLA Engagement Agreement can be found at https://www.claconnect.com/-/media/files/engagement-agreement.pdf for your records.  If you are unable to access this link, please contact your CLA professional for a copy of the Engagement Agreement prior to signing the enclosed 8879 e-file authorizations.

CLA exists to create opportunities — for our clients, our people, and our communities. We value our relationship with you and thank you for your trust and confidence in allowing us to serve you. If we can assist you in making strategic, informed decisions in areas of tax or beyond, please contact us as questions arise throughout the year.

Sincerely,

CliftonLarsonAllen LLP

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

Form **8879**
(Rev. January 2021)
Department of the Treasury
Internal Revenue Service

# IRS e-file Signature Authorization

▶ ERO must obtain and retain completed Form 8879.
▶ Go to www.irs.gov/Form8879 for the latest information.

OMB No. 1545-0074

Submission Identification Number (SID) ▶

| Taxpayer's name | Social security number |
|---|---|
| ALEX B. ROSENBERG | 609 32 0671 |
| Spouse's name | Spouse's social security number |
| MARYANA ROSENBERG | 611 84 7979 |

| Part I | Tax Return Information - Tax Year Ending December 31, 2023 (Enter year you are authorizing.) |
|---|---|

Enter whole dollars only on lines 1 through 5.

**Note:** Form 1040-SS filers use line 4 only. Leave lines 1, 2, 3, and 5 blank.

| | | |
|---|---|---|
| 1 | Adjusted gross income | **1** -120,185. |
| 2 | Total tax | **2** 1,956. |
| 3 | Federal income tax withheld from Form(s) W-2 and Form(s) 1099 | **3** 77,908. |
| 4 | Amount you refunded to you | **4** 79,901. |
| 5 | Amount you owe | **5** |

| Part II | Taxpayer Declaration and Signature Authorization (Be sure you get and keep a copy of your return) |
|---|---|

Under penalties of perjury, I declare that I have examined a copy of the income tax return (original or amended) I am now authorizing, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the amounts in Part I above are the amounts from the income tax return (original or amended) I am now authorizing. I consent to allow my intermediate service provider, transmitter, or electronic return originator (ERO) to send my return to the IRS and to receive from the IRS **(a)** an acknowledgement of receipt or reason for rejection of the transmission, **(b)** the reason for any delay in processing the return or refund, and **(c)** the date of any refund. If applicable, I authorize the U.S. Treasury and its designated Financial Agent to initiate an ACH electronic funds withdrawal (direct debit) entry to the financial institution account indicated in the tax preparation software for payment of my federal taxes owed on this return and/or a payment of estimated tax, and the financial institution to debit the entry to this account. This authorization is to remain in full force and effect until I notify the U.S. Treasury Financial Agent to terminate the authorization. To revoke (cancel) a payment, I must contact the U.S. Treasury Financial Agent at **1-888-353-4537**. Payment cancellation requests must be received no later than 2 business days prior to the payment (settlement) date. I also authorize the financial institutions involved in the processing of the electronic payment of taxes to receive confidential information necessary to answer inquiries and resolve issues related to the payment. I further acknowledge that the personal identification number (PIN) below is my signature for the income tax return (original or amended) I am now authorizing and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize CLIFTONLARSONALLEN LLP to enter or generate my PIN [3 0 6 7 1] as my
  ERO firm name
  signature on the income tax return (original or amended) I am now authorizing.

Enter five digits, but
don't enter all zeros

[ ] I will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you are
  entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ *Alex B Rosenberg* Date ▶ 10/16/2024

**Spouse's PIN: check one box only**

[X] I authorize CLIFTONLARSONALLEN LLP to enter or generate my PIN [2 7 9 7 9] as my
  ERO firm name
  signature on the income tax return (original or amended) I am now authorizing.

Enter five digits, but
don't enter all zeros

[ ] will enter my PIN as my signature on the income tax return (original or amended) I am now authorizing. Check this box **only** if you
  are entering your own PIN **and** your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's signature ▶ *Maryana Rosenberg* Date ▶ 10/16/2024

## Practitioner PIN Method Returns Only - continue below

| Part III | Certification and Authentication - Practitioner PIN Method Only |
|---|---|

**ERO's EFIN/PIN.** Enter your six-digit EFIN followed by your five-digit self-selected PIN. [4 8 4 6 4 4 5 5 9 0 2]

Don't enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the electronic individual income tax return (original or amended) I am now authorized to file for tax year indicated above for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and **Pub. 1345**, Handbook for Authorized IRS *e-file* Providers of Individual Income Tax Returns.

ERO's signature ▶ KELLY DRISKEL, EA Date ▶ 10/15/2024

**ERO Must Retain This Form - See Instructions**
**Don't Submit This Form to the IRS Unless Requested To Do So**

319995 04-01-23

LHA **For Paperwork Reduction Act Notice, see your tax return instructions.** Form **8879** (Rev. 01-2021)

DocuSign Envelope ID: F616877D-9FCF-4EC4-9517-38EBEEF8067D

PIT-8453
07/16/2020

New Mexico Taxation and Revenue Department

# INDIVIDUAL INCOME TAX DECLARATION FOR
## ELECTRONIC FILING AND TRANSMITTAL

| First Name, Middle Initial, and Last Name | Social Security Number (SSN) | Residency Status |
|---|---|---|
| ALEX B.    ROSENBERG | 609 32 0671 | N |
| Spouse First Name, Middle Initial, and Last Name | Social Security Number (SSN) | Residency Status |
| MARYANA    ROSENBERG | 611 84 7979 | N |

Mailing Address, City, State, and ZIP Code
541 PAPAC WAY, SAN JOSE, CA 95117

**TAX YEAR (CCYY):** 2023

**FILING STATUS** (Check One)

- [ ] (1.) Single
- [X] (2.) Married filing jointly
- [ ] (3.) Married filing separately (Enter spouse's name and social security number.)
- [ ] (4.) Head of household (Enter name of person who qualifies you as head of household if that person is not counted as a qualified exemption on your federal return.) _____
- [ ] (5.) Qualifying widow(er)

## PART I: TAX RETURN INFORMATION (Whole Dollar Amounts Only)

| | | |
|---|---|---|
| 1. **Federal Adjusted Gross Income** (as reported on PIT-1) | 1. | −120185 |
| 2. **Net New Mexico Income Tax** (as reported on PIT-1) | 2. | |
| 3. **Total Payments and Credits** (as reported on PIT-1) | 3. | |
| 4. **Tax Due** (as reported on PIT-1) | 4. | |
| 5. **Overpayment** (as reported on PIT-1) | 5. | |

## PART II: DECLARATION OF TAXPAYER

I declare the amounts described in Part I above agree with the amounts shown on the corresponding lines of my New Mexico personal income tax return, and that I have examined the contents of my electronic return and accompanying schedules and statements. To the best of my knowledge and belief, my return is true, correct, and complete. I consent that my return, including accompanying schedules and statements, be electronically transmitted to the New Mexico Taxation and Revenue Department.

*PLEASE SIGN HERE*

| Alex B Rosenberg | 10/16/2024 | Maryana Rosenberg | 10/16/2024 |
|---|---|---|---|
| Your signature | Date | Spouse's signature (If joint return, BOTH MUST sign.) | |

## PART III: DECLARATION OF PREPARER/TRANSMITTER (If Applicable)

**PAID PREPARER'S, ELECTRONIC RETURN ORIGINATOR'S or OTHER THIRD-PARTY TRANSMITTER'S USE ONLY**

I declare the above taxpayer's return is based on all pertinent information of which I have knowledge. I have verified that the taxpayer's name shown on this declaration agrees with the name that appears on the proof of account. A copy of all forms and information to be filed with or transmitted to the New Mexico Taxation and Revenue Department have been provided to the taxpayer.

| Preparer's/Transmitter's signature | Date |
|---|---|
| KELLY DRISKEL, EA | 10/15/24 |

| Check if self-employed [ ] | Preparer's PTIN P00772972 | Preparer's NMBTIN (if applicable) |
|---|---|---|

Firm's name (or yours, if self-employed)
CLIFTONLARSONALLEN LLP

| Address (number, street, city, and state) | ZIP code |
|---|---|
| 1100 WALNUT STREET, SUITE 3400, KANSAS CITY, MO | 64106 |

When required to submit a copy of this form to the Department, mail the form and attachments to:
**New Mexico Taxation and Revenue Department, P.O. Box 5418, Santa Fe, NM 87502-5418**

367091 04-01-23

022

**DO NOT MAIL THIS FORM TO THE FTB**

| TAXABLE YEAR | | FORM |
|---|---|---|
| **2023** | **California e-file Signature Authorization for Individuals** | **8879** |

| Your name | Your SSN or ITIN |
|---|---|
| ALEX B. ROSENBERG | 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 |
| Spouse's/RDP's name | Spouse's/RDP's SSN or ITIN |
| MARYANA ROSENBERG | 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 |

### Part I  Tax Return Information (whole dollars only)

| | | | |
|---|---|---|---|
| 1 | California adjusted gross income (AGI). See instructions | 1 | 286,161 |
| 2 | Amount you owe. See instructions | 2 | 0 |
| 3 | Refund or no amount due. See instructions | 3 | 22,056 |

### Part II  Taxpayer Declaration and Signature Authorization (Be sure you obtain and keep a copy of your return.)

Under penalties of perjury, I declare that I have examined a copy of my individual income tax return and accompanying schedules and statements for the tax year ending December 31, 2023, and to the best of my knowledge and belief, it is true, correct, and complete. I further declare that the information I provided to my electronic income tax return originator (ERO), transmitter, or intermediate service provider, including my name, address, and social security number (SSN) or individual tax identification number (ITIN), and the amounts shown in Part I above agree with the information and amounts shown on the corresponding lines of my electronic income tax return. If applicable, I authorize an electronic funds withdrawal of the amount on line 2 and/or the estimated tax payments as shown on my return and on form FTB 8455, California e-file Payment Record for Individuals, or a comparable form. If applicable, I declare that direct deposit refund amount on line 3 agrees with the direct deposit authorization stated on my return. If I have filed a joint return, this is an irrevocable appointment of the other spouse/registered domestic partner (RDP) as an agent to authorize an electronic funds withdrawal or direct deposit. I authorize my ERO, transmitter, or intermediate service provider to transmit my complete return to the Franchise Tax Board (FTB). **If the processing of my return or refund is delayed, I authorize the FTB to disclose to my ERO, intermediate service provider, and/or transmitter the reason(s) for the delay or the date when the refund was sent.** If I am filing a balance due return, I understand that if the FTB does not receive full and timely payment of my tax liability, I remain liable for the tax liability and all applicable interest and penalties. I acknowledge that I have read and consent to the Electronic Funds Withdrawal Consent included on the copy of my electronic income tax return. I have selected a personal identification number (PIN) as my signature for my electronic income tax return and, if applicable, my Electronic Funds Withdrawal Consent.

**Taxpayer's PIN: check one box only**

[X] I authorize CLIFTONLARSONALLEN LLP to enter my PIN 30671
ERO firm name    Do not enter all zeros

as my signature on my 2023 e-filed California individual income tax return.

[ ] I will enter my PIN as my signature on my 2023 e-filed California individual income tax return. Check this box **only** if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Your signature ▶ *Alex B. Rosenberg*   Date ▶ 10/16/2024
CO54D061AB5F406...

**Spouse's/RDP's PIN: check one box only**

[X] I authorize CLIFTONLARSONALLEN LLP to enter my PIN 27979
ERO firm name    Do not enter all zeros

as my signature on my 2023 e-filed California individual income tax return.

[ ] I will enter my PIN as my signature on my 2023 e-filed California individual income tax return. Check this box **only** if you are entering your own PIN and your return is filed using the Practitioner PIN method. The ERO must complete Part III below.

Spouse's/RDP's signature ▶ *Maryana Rosenberg*   Date ▶ 10/16/2024
5790AB480C34D2...

Practitioner PIN Method Returns Only -- continue below

### Part III  Certification and Authentication - Practitioner PIN Method Only

**ERO's Electronic Filer Identification Number (EFIN)/PIN.**
Enter your six-digit EFIN followed by your five-digit self-selected PIN.

48464455902
Do not enter all zeros

I certify that the above numeric entry is my PIN, which is my signature for the 2023 California individual income tax return for the taxpayer(s) indicated above. I confirm that I am submitting this return in accordance with the requirements of the Practitioner PIN method and FTB Pub. 1345, 2023 Handbook for Authorized e-file Providers.

ERO's signature ▶ KELLY DRISKEL, EA   Date ▶ 10/15/2024

**For Privacy Notice, get FTB 1131 EN-SP.**    FTB 8879 2023

**DocuSign**

## Certificate Of Completion

Envelope Id: F616877D9FCF4EC4951738EBEEF8067D

Subject: CLA-Tax Return for Alex B & Maryana Rosenberg-0113639 - 2023

Client Name: Alex B & Maryana Rosenberg

Client Number: 0113639

Source Envelope:

| | | |
|---|---|---|
| Document Pages: 4 | Signatures: 6 | Envelope Originator: |
| Supplemental Document Pages: 89 | Initials: 2 | CLA Operations |
| Certificate Pages: 5 | | |
| AutoNav: Enabled | | 220 S 6th St Ste 300 |
| EnvelopeId Stamping: Enabled | | Minneapolis, MN 55402-1418 |
| Time Zone: (UTC-06:00) Central Time (US & Canada) | | Christy.Ebert@claconnect.com |
| | | IP Address: 40.116.73.81 |

Status: Completed

### Record Tracking

| | | |
|---|---|---|
| Status: Original | Holder: CLA Operations | Location: DocuSign |
| 10/16/2024 12:54:47 PM | Christy.Ebert@claconnect.com | |

| Signer Events | Signature | Timestamp |
|---|---|---|
| Alex B Rosenberg | *Alex B Rosenberg* | Sent: 10/16/2024 12:58:59 PM |
| alex@sunternalsolar.com | CC64DD81AB5F406... | Viewed: 10/16/2024 5:02:29 PM |
| President | | Signed: 10/16/2024 5:02:57 PM |
| Sunternal Inc | | |
| Security Level: Email, Account Authentication (None), Access Code | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 108.147.93.11 | |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 10/16/2024 5:02:29 PM | | |
| ID: e6da728e-452d-4b9d-9ce1-ce921183e02a | | |
| Supplemental Documents: | Tax Return Copy.pdf | Viewed: 10/16/2024 5:02:39 PM |
| | | Read: Not Required |
| | | Accepted: Not Required |
| | Action Items.pdf | Viewed: 10/16/2024 5:02:43 PM |
| | | Read: Not Required |
| | | Accepted: Not Required |
| | | |
| Maryana Rosenberg | *Maryana Rosenberg* | Sent: 10/16/2024 12:58:59 PM |
| manashir21@yahoo.com | 579D40B466C34D2... | Viewed: 10/16/2024 1:46:40 PM |
| Security Level: Email, Account Authentication (None), Access Code | | Signed: 10/16/2024 5:02:44 PM |
| | Signature Adoption: Pre-selected Style | |
| | Using IP Address: 24.5.42.131 | |
| **Electronic Record and Signature Disclosure:** | | |
| Accepted: 10/16/2024 1:46:40 PM | | |
| ID: 67f83303-7373-45ac-bc2d-5f9320f26bbc | | |
| Supplemental Documents: | Tax Return Copy.pdf | Viewed: 10/16/2024 1:46:55 PM |
| | | Read: Not Required |
| | | Accepted: Not Required |
| | Action Items.pdf | Viewed: 10/16/2024 5:01:39 PM |
| | | Read: Not Required |
| | | Accepted: Not Required |

| In Person Signer Events | Signature | Timestamp |
|---|---|---|

| Editor Delivery Events | Status | Timestamp |
|---|---|---|

| Agent Delivery Events | Status | Timestamp |
|---|---|---|
| **Intermediary Delivery Events** | **Status** | **Timestamp** |
| **Certified Delivery Events** | **Status** | **Timestamp** |
| **Carbon Copy Events** | **Status** | **Timestamp** |
| **Witness Events** | **Signature** | **Timestamp** |
| **Notary Events** | **Signature** | **Timestamp** |

| Envelope Summary Events | Status | Timestamps |
|---|---|---|
| Envelope Sent | Hashed/Encrypted | 10/16/2024 12:58:59 PM |
| Certified Delivered | Security Checked | 10/16/2024 1:46:40 PM |
| Signing Complete | Security Checked | 10/16/2024 5:02:44 PM |
| Completed | Security Checked | 10/16/2024 5:02:57 PM |

| Payment Events | Status | Timestamps |
|---|---|---|

**Electronic Record and Signature Disclosure**

## ELECTRONIC RECORD AND SIGNATURE DISCLOSURE

From time to time, CliftonLarsonAllen LLP (we, us or Company) may be required by law to provide to you certain written notices or disclosures. Described below are the terms and conditions for providing to you such notices and disclosures electronically through the DocuSign system. Please read the information below carefully and thoroughly, and if you can access this information electronically to your satisfaction and agree to this Electronic Record and Signature Disclosure (ERSD), please confirm your agreement by selecting the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

### Getting paper copies

At any time, you may request from us a paper copy of any record provided or made available electronically to you by us. You will have the ability to download and print documents we send to you through the DocuSign system during and immediately after the signing session and, if you elect to create a DocuSign account, you may access the documents for a limited period of time (usually 30 days) after such documents are first sent to you. After such time, if you wish for us to send you paper copies of any such documents from our office to you, you will be charged a $0.00 per-page fee. You may request delivery of such paper copies from us by following the procedure described below.

### Withdrawing your consent

If you decide to receive notices and disclosures from us electronically, you may at any time change your mind and tell us that thereafter you want to receive required notices and disclosures only in paper format. How you must inform us of your decision to receive future notices and disclosure in paper format and withdraw your consent to receive notices and disclosures electronically is described below.

### Consequences of changing your mind

If you elect to receive required notices and disclosures only in paper format, it will slow the speed at which we can complete certain steps in transactions with you and delivering services to you because we will need first to send the required notices or disclosures to you in paper format, and then wait until we receive back from you your acknowledgment of your receipt of such paper notices or disclosures. Further, you will no longer be able to use the DocuSign system to receive required notices and consents electronically from us or to sign electronically documents from us.

### All notices and disclosures will be sent to you electronically

Unless you tell us otherwise in accordance with the procedures described herein, we will provide electronically to you through the DocuSign system all required notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you during the course of our relationship with you. To reduce the chance of you inadvertently not receiving any notice or disclosure, we prefer to provide all of the required notices and disclosures to you by the same method and to the same address that you have given us. Thus, you can receive all the disclosures and notices electronically or in paper format through the paper mail delivery system. If you do not agree with this process, please let us know as described below. Please also see the paragraph immediately above that describes the consequences of your electing not to receive delivery of the notices and disclosures electronically from us.

**How to contact CliftonLarsonAllen LLP:**

You may contact us to let us know of your changes as to how we may contact you electronically, to request paper copies of certain information from us, and to withdraw your prior consent to receive notices and disclosures electronically as follows:
To contact us by email send messages to: BusinessTechnology@CLAconnect.com

**To advise CliftonLarsonAllen LLP of your new email address**

To let us know of a change in your email address where we should send notices and disclosures electronically to you, you must send an email message to us at BusinessTechnology@CLAconnect.com and in the body of such request you must state: your previous email address, your new email address.  We do not require any other information from you to change your email address.

If you created a DocuSign account, you may update it with your new email address through your account preferences.

**To request paper copies from CliftonLarsonAllen LLP**

To request delivery from us of paper copies of the notices and disclosures previously provided by us to you electronically, you must send us an email to BusinessTechnology@CLAconnect.com and in the body of such request you must state your email address, full name, mailing address, and telephone number. We will bill you for any fees at that time, if any.

**To withdraw your consent with CliftonLarsonAllen LLP**

To inform us that you no longer wish to receive future notices and disclosures in electronic format you may:

i. decline to sign a document from within your signing session, and on the subsequent page, select the check-box indicating you wish to withdraw your consent, or you may;

ii. send us an email to BusinessTechnology@CLAconnect.com and in the body of such request you must state your email, full name, mailing address, and telephone number. We do not need any other information from you to withdraw consent.. The consequences of your withdrawing consent for online documents will be that transactions may take a longer time to process..

**Required hardware and software**

The minimum system requirements for using the DocuSign system may change over time. The current system requirements are found here: https://support.docusign.com/guides/signer-guide-signing-system-requirements.

**Acknowledging your access and consent to receive and sign documents electronically**

To confirm to us that you can access this information electronically, which will be similar to other electronic notices and disclosures that we will provide to you, please confirm that you have read this ERSD, and (i) that you are able to print on paper or electronically save this ERSD for your future reference and access; or (ii) that you are able to email this ERSD to an email address where you will be able to print on paper or save it for your future reference and access. Further, if you consent to receiving notices and disclosures exclusively in electronic format as described herein, then select the check-box next to 'I agree to use electronic records and signatures' before clicking 'CONTINUE' within the DocuSign system.

By selecting the check-box next to 'I agree to use electronic records and signatures', you confirm that:

- You can access and read this Electronic Record and Signature Disclosure; and
- You can print on paper this Electronic Record and Signature Disclosure, or save or send this Electronic Record and Disclosure to a location where you can print it, for future reference and access; and
- Until or unless you notify CliftonLarsonAllen LLP as described above, you consent to receive exclusively through electronic means all notices, disclosures, authorizations, acknowledgements, and other documents that are required to be provided or made available to you by CliftonLarsonAllen LLP during the course of your relationship with CliftonLarsonAllen LLP.

Balance Sheet

| 6/27/2025 | |
|---|---|
| | |
| Category | Amount ($) |
| Financial Asse | $413,755.00 |
| Personal and F | $6,800.00 |
| Real Estate | $2,045,000.00 |
| Vehicles | $41,652.00 |
| Secured Debts | $1,419,288.23 |
| Unsecured Nor | $1,549,185.93 |
| Net Worth | ($461,267.16) |

Profit & Loss

| Through 5/31/25 | | |
|---|---|---|
| | | |
| Row Labels | Sum of Amount | |
| Child Care | -3955 | |
| Groceries/Supplies | -3347.36 | |
| Healthcare | -156.78 | |
| Household | -6115.83 | |
| Income | 10490.08 | |
| Meals/Entertainment | -3930.94 | |
| Travel | -413.64 | |
| Vehicle | -1238.44 | |
| Other Income | 26470.56 | |
| Grand Total | 17802.65 | |

| 6/27/2025 | |
|---|---|
| | |
| Category | Amount ($) |
| Financial Asse | $413,755.00 |
| Personal and F | $6,800.00 |
| Real Estate | $2,045,000.00 |
| Vehicles | $41,652.00 |
| Secured Debts | $1,419,288.23 |
| Unsecured No | $1,549,185.93 |
| Net Worth | ($461,267.16) |

| Through 5/31/25 | | |
|---|---|---|
| | | |
| Row Labels | Sum of Amount | |
| Child Care | -3955 | |
| Groceries/Supplies | -3347.36 | |
| Healthcare | -156.78 | |
| Household | -6115.83 | |
| Income | 10490.08 | |
| Meals/Entertainment | -3930.94 | |
| Travel | -413.64 | |
| Vehicle | -1238.44 | |
| Other Income | 26470.56 | |
| Grand Total | 17802.65 | |